12880.0020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-21163-CIV-GOODMAN

[CONSENT CASE]

MIAMI YACHT CHARTERS, LLC
and ALBERTO LAMADRID,

    Plaintiff(s),

vs.

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURG PENNSYLVANIA,

    Defendant(s).
_____/

**PLAINTIFFS' NOTICE OF FILING DEPOSITION TRANSCRIPTS**

    COME NOW the Plaintiffs, MIAMI YACHT CHARTERS, LLC and ALBERTO LAMDRID, by and through the undersigned counsel, and file herewith the following deposition transcripts in support of Plaintiffs' Motion for Summary Judgment:

1. Deposition transcript of Susan Smith dated 10/14/11.

2. Deposition transcript of Susan Smith dated 06/05/12.

3. Deposition transcript of Alberto Lamadrid dated 11/07/11.

4. Deposition transcript of Alberto Lamadrid dated 03/21/12.

5. Deposition transcript of Mirkos Pichel dated 03/28/12.

6. Deposition transcript of Stewart Hutcheson dated 04/17/12.

Dated: July 6, 2012

Stabinski & Funt, P.A.
Attorneys at Law

757 NW 27th Avenue, Third Floor | Miami, FL 33125 | Tel: 305-643-3100 | Fax: 305-643-1382

                          STABINSKI & FUNT, P.A.
                          Attorneys for Plaintiffs/Counter-Defendants
                          757 NW 27th Avenue, Third Floor
                          Miami, FL 33125
                          Tel. (305) 643-3100
                          Fax: (305) 643-1328

                          By: /s/ Daniel B. Caine
                            DANIEL B. CAINE, ESQ.
                            FLA. BAR NO. 13097
                            dcaine@stabinski-funt.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-21163-CIV-GOODMAN

[CONSENT CASE]

MIAMI YACHT CHARTERS, LLC
and ALBERTO LAMADRID,

    Plaintiffs,
vs.

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH PENNSYLVANIA,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 6th day of July, 2012 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to each of the following counsel for the Defendant/Counter-Plaintiff:

Steven E. Goldman, Esq.
Goldman & Hellman
1330 Beacon Street
Suite 314
Brookline, MA 02446

        STABINSKI & FUNT, P.A.
        Attorneys for Plaintiffs/Counter-Defendants
        757 NW 27th Avenue, Third Floor
        Miami, FL 33125
        Tel. (305) 643-3100
        Fax: (305) 643-1382

        By: /s/ Daniel B. Caine
          DANIEL B. CAINE, ESQ.
          FLA. BAR NO. 13097
          dcaine@stabinski-funt.com

