UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-21163-CIV-DLG


MIAMI YACHT CHARTERS, LLC and
ALBERTO LAMADRID,

          Plaintiffs,
v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH
PENNSYLVANIA,

          Defendant.

          ~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF

STEWART HUTCHESON


TAKEN ON BEHALF OF THE PLAINTIFFS


APRIL 17, 2012
2:15 p.m. to 5:11 p.m.



STABINSKI AND FUNT, P.A.
757 NORTHWEST 27TH AVENUE
THIRD FLOOR
MIAMI, FLORIDA 33125




REPORTED BY:
SHERIDA ZAFFRULLAH, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA

2

```
 1                      APPEARANCES OF COUNSEL

 2

       ON BEHALF OF THE PLAINTIFFS:
 3
                 STABINSKI AND FUNT, P.A. - MIAMI
 4               DANIEL CAINE, ESQ.
                 757 NORTHWEST 27TH AVENUE
 5               THIRD FLOOR
                 MIAMI, FLORIDA 33125
 6               (305) 643-3100
                 dcaine@stabinski-funt.com
 7

 8     ON BEHALF OF THE DEFENDANT:

 9               GOLDMAN & HELLMAN
                 STEVEN GOLDMAN, ESQ.
10               800 SOUTHEAST THIRD AVENUE
                 4TH FLOOR
11               FORT LAUDERDALE, FLORIDA 33316
                 (954) 356-0460
12               segoldman@aol.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    INDEX OF EXAMINATION

2

3      WITNESS:  Stewart Hutcheson

4

5                                              Page

6      DIRECT EXAMINATION
       By Daniel Caine, Esq.                    5

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          INDEX TO EXHIBITS

2

3     PLAINTIFF'S              DESCRIPTION                    PAGE
      EXHIBIT
4
        A       Mr. Hutcheson's entire file as it            32
5               relates to the Alacia

6       B       The supplemental report                      37

7       C       Titan Custom Yachts estimate – copy         129

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                 DEPOSITION OF STEWART HUTCHESON

2                        APRIL 17, 2012

3

4                     STEWART HUTCHESON,

5        having been first duly sworn, testified as follows:

6                      DIRECT EXAMINATION

7     BY MR. CAINE:

8          Q    Good afternoon, Mr. Hutcheson.  My name is

9     Daniel Caine, I represent an individual by the name of

10    Alberto Lamadrid, as well as Miami Yacht Charters in a

11    case against National Union Insurance Company.  Are you

12    familiar with the case?

13         A    Yes.

14         Q    Okay.  I'm going to be taking your deposition

15    today because you've been listed as an expert on behalf

16    of the defendant.  Is that your understanding as well?

17         A    Yes.

18         Q    Okay.  Have you ever given your deposition

19    before?

20         A    Yes.

21         Q    On how many occasions have you given

22    deposition testimony?

23         A    Numerous times.

24         Q    How many deposition have you given in the

25    last -- in 2012?
```

```
 1          A    I don't recollect.  I think it's maybe one,
 2     this year.
 3          Q    Have you given over 50 depositions in your
 4     capacity as an expert witness?
 5          A    No.
 6          Q    Have you given over 25 depositions in your
 7     capacity as an expert witness?
 8          A    Over the course of all the years?
 9          Q    Correct.
10          A    Probably about 20.
11          Q    Okay.  So, in the course of overall the years,
12     you've given approximately 20 depositions as an expert
13     witness.  Is that about accurate?
14          A    Yeah.
15          Q    I'm not going to hold you to an exact number,
16     but just to get an idea.
17          A    I would say yes.
18          Q    Okay.  Are you familiar with the rules of a
19     deposition?
20          A    Yes.
21          Q    Okay.  In any case, let me just explain them
22     to you.  Obviously I'm going to be asking you a series
23     of questions today and you're going to give me series of
24     answers.  I ask that all your answers be verbal in
25     response, okay?
```

```
 1        A    Correct.

 2        Q    I will also try and make sure that you are

 3   done answering a question before I ask another question

 4   and ask that you extend the same courtesy for me, okay?

 5        A    Correct.

 6        Q    Obviously we have a court reporter here, and

 7   if we're taking over each other, it makes it difficult.

 8        A    Understood.

 9        Q    But if there's anything I ask you that you

10   don't understand, please let me know.  I'm not here to

11   trick you today, I just want to know your answers to the

12   questions I'm asking, all right?

13        A    Right.

14        Q    If there's anything that confuses you, let me

15   know and I'll ask the question or rephrase the question

16   until you do understand it, all right?

17        A    Right.

18        Q    If there's anything I ask you and you give me

19   an answer, I'm going to assume you understood the

20   question that I asked, okay?

21        A    Right.

22        Q    If you need to take a break at any time,

23   please let me know, I'll be happy to give you one, the

24   only thing I'd ask is if there's a pending question, to

25   answer the pending question and then we'll go for a
```

1       break.

2           A    Right.

3           Q    Okay.  Can you tell me your educational

4       background?

5           A    I was schooled with a university entrance,

6       went to University of Natal Durban.

7           Q    Can you spell that, the university's name?

8           A    Natal, N-A-T-A-L.  Durban, D-U-R-B-A-N.

9           Q    Okay.

10          A    I'm reared as naval architect, did not

11      complete my degree.  Went into boat building, built and

12      earned numerous large vessels, smaller vessels.

13      Designed and built smaller vessels, been a professional

14      sailor.

15          Q    Let's stop with your educational background a

16      little bit and get to some of your other experiences.

17      When was it that you attended the University of Natal

18      Durban?

19          A    1972 to '73 -- '74.

20          Q    And how long would that program had been had

21      you completed it?

22          A    Four years.

23          Q    To approximately three years or so, is that

24      about right?

25          A    I went two years.

1    Q    **Two years?**

2    A    Yeah.  Two whole years.

3    Q    **Where is the University of Natal Durban?**

4    A    South Africa.

5    Q    **You said you were attending school to become a**

6    **naval architect; is that correct?**

7    A    I'm reared as a naval architect.

8    Q    **And what does that mean?**

9    A    That's the degree I was studying, naval

10   engineering.

11   Q    **So, you went to school to obtain --**

12   A    Yeah.

13   Q    **-- a degree as a naval architect?**

14   A    Correct.

15   Q    **Okay.  After that, did you attend any other**

16   **schooling?**

17   A    No.  It's just ongoing education to various

18   societies and meetings and, you know, all the

19   exhibitions that we have and things like that.

20   Q    **Have you ever taken any courses in marine**

21   **diesel mechanics?**

22   A    No.  Not any formal courses, no.

23   Q    **You are not a marine diesel mechanic; is that**

24   **correct?**

25   A    No.

1        **Q    Now, you discuss that you've taken some other**

2    **courses and things of that nature.  Can you tell me some**

3    **of the courses that you've taken as it relates to**

4    **vessels?**

5        A   Well, composite building, engineering,

6    mechanical -- and I'm referring specifically to engines

7    and things.  I've done a lot of courses on engine

8    breakdowns, engine failures, course in origin of engine

9    failures, all the basics of a marine diesel engine and

10   the steam engine for that matter and gasoline engines.

11   I'm not a qualified marine engineer.  I've been

12   surveying since 1987.

13       **Q    Okay.  Why don't you walk me through your work**

14   **history.  After you left the University of Natal Durban**

15   **in 1974, what was the first job that you had?**

16      A   Well, I went into the military.

17      **Q    Okay.  How long were you in the military for?**

18      A   Until 1978.

19      **Q    And is that the South African Military?**

20      A   South African Police Force.

21      **Q    What did you do with the South African Police**

22   **Force?  Did you have a specific role or job title?**

23      A   I was a member of the CID.

24      **Q    What does that stands for?**

25      A   Criminal Intelligence Division.

1        **Q    Okay.  After you left the South African Police**

2        **Force in 1978, what was the next job that you had after**

3        **that?**

4        A    I went to Scotland, Urban Scotland.

5        **Q    Okay.  And --**

6        A    I worked for Nicholson Yachts.

7        **Q    What year did you begin working with**

8        **Nicholson Yachts?**

9        A    I don't know if it's '78 or '79, over there.

10       **Q    And how long were you employed with Nicholson**

11       **Yachts for?**

12       A    A year and a half.

13       **Q    So, it's approximately '79, '80?**

14       A    Yeah.  '80, yeah -- '81, I came back to South

15       Africa.

16       **Q    What was your job responsibilities with**

17       **Nicholson Yachts?**

18       A    It was building out -- it was a build out job

19       and I was working at the factory.  Refurbishing boats.

20       **Q    Are we talking about engines or the frames or**

21       **the holes, what are we talking about?**

22       A    The holes, the machinery, equipment.  Let me

23       regress to immediately after university.

24       **Q    Okay.**

25       A    I was at Southeastern Marine, where we built

1    custom race yachts for a year, before I went -- went to

2    Scotland.

3         Q    And what were your -- what was your job

4    responsibilities at Southeastern Marine?

5         A    Well, there's only three of us and we were

6    building custom boats.

7         Q    Okay.

8         A    We built Impact 101, which won the Cape

9    Turi to race from -- in other words we lofted it,

10   built it, completed it, sea trialed it, handed it over.

11        Q    Did you win?

12        A    Went on to win the Cape Turi race the next

13   week.

14        Q    Okay.  So then that takes us back to Nicholson

15   Yachts in '78 until approximately '79, '80, and you said

16   you were building out boats at the time?

17        A    Yeah.

18        Q    Okay.  And that involved building the

19   machinery itself?

20        A    Installing the machinery, not building the

21   machinery --

22        Q    Just installing?

23        A    -- installing.

24        Q    Sorry.  Just so we're clear, you weren't

25   building machinery, you were installing machinery?

```
 1        A    Correct.
 2        Q    Okay.  What else were your job
 3   responsibilities with Nicholson Yachts?
 4        A    That was it.
 5        Q    Simply to install machinery into boats?
 6        A    And to build boats, yeah.  I mean, it would
 7   take me a day to tell you all about what they were
 8   doing.
 9        Q    Okay.  After Nicholson Yachts, what was the
10   next job that you had?
11        A    I returned to South Africa, and was hired by
12   Dun & Bradstreet.
13        Q    What did you do at Dun & Bradstreet?
14        A    Yeah.
15        Q    What did you do at Dun & Bradstreet?
16        A    I was a general manager at Dun & Bradstreet,
17   credit reporting.
18        Q    Right.  How long were you at Dun & Bradstreet?
19        A    Until '84.
20        Q    So, approximately 1980 to 1984 --
21        A    Yeah.
22        Q    -- is that about right?  Okay.  And what was
23   your job responsibilities as a general manager at Dun &
24   Bradstreet?
25        A    Well, I did all commercial investigation to
```

1    credit.  Dealt with all the CFOs of the businesses.  Did

2    a lot of trading inquiries.

3        **Q    Okay.  After you left Dun & Bradstreet in**

4    **1984, what was your next job?**

5        A    I built a 47-foot steel boat.  And started my

6    own business called Credit Reporting Services.

7        **Q    Who did you build that 47-foot steel boat for?**

8        A    For myself.

9        **Q    That's not -- that wasn't a job.  That was**

10   **something you did as a hobby for yourself, correct?**

11       A    Well, I intended to charter it.

12       **Q    Okay.  Did you ever charter that boat?**

13       A    Yeah.

14       **Q    Okay.  Did you own a company?  Was there --**

15       A    Yeah.  Credit --

16       **Q    I'm Sorry.  Was there a company that owned the**

17   **47-foot steel boat that you were chartering?**

18       A    No, it was Stewart Hutcheson, myself.

19       **Q    Okay.  Then you said you also had another job**

20   **at the same time?**

21       A    I owned a company called Credit Reporting

22   Services.

23       **Q    Okay.  What kind of company was that?**

24       A    Same as Dun & Bradstreet, and my director

25   position as Dun & Bradstreet in the medical state.

15

1      Q     And how long were you working with Credit

2    Reporting Services?  How long did you own that business?

3      A     Until 1988.  And in between times, I bought a

4    151-foot steel tank, refurbished that.  It was

5    triple-expansion, steam-engine type, glass region

6    boilers.  And after that --

7      Q     On the steel -- or the 47-foot steel boat, did

8    you ever perform your own overhauls of the engines?

9      A     A rebuilt on the steel -- on the steel type

10   that we have to rebuild the triple-expansion steam

11   engines.

12     Q     Obviously that wasn't a diesel engine, was it?

13     A     Steam.

14     Q     Exactly.  That's why I'm asking you --

15     A     Yeah.

16     Q     -- it was not a diesel engine, correct?

17     A     Not a diesel engine, no.

18     Q     Have you ever rebuilt a diesel engine before?

19     A     No.

20     Q     Have you overhauled a diesel engine before?

21     A     Nope.

22     Q     Okay.  So, we have Credit Reporting Services

23   from '84 to '88.  What was the next -- your employment

24   after that?

25     A     I came to the States to play golf

16

```
 1      professionally.  Actually, I went to Portugal first to

 2      race yachts professionally, ended up in the States.

 3           Q    Okay.  How long were you playing golf in the

 4      States for?

 5           A    Seven, eight months, very long.

 6           Q    So, in 1988, you came to the States to play

 7      golf; is that correct?

 8           A    I went to Portugal first.

 9           Q    Okay.  And then after that, you came to the

10      States?

11           A    And then I came to the States.

12           Q    How long were you in Portugal for?

13           A    Four months.

14           Q    Okay.  So, you left Portugal, you came to

15      United States in '88, you play golf for seven,

16      eight months.

17           A    Yeah.

18           Q    During that time, did you have any other

19      employment?

20           A    Yeah, I was planning to go back to Portugal,

21      but I was then hired by Backyard Boats, and I was hired

22      by Condor in Annapolis.  Those two companies used me as

23      a consultant for single-ended race boats.

24           Q    I'm sorry.  You said -- you're saying the

25      company was Condor?
```

```
 1          A    Condor.

 2          Q    Okay.  C-O-N-D-O-R?

 3          A    Correct.

 4          Q    Okay.  And what was your responsibilities with

 5     Backyard Boats and Condor?

 6          A    Both of them are rigging brand new boats,

 7     outfitting boats, specialty yachts, you know, these race

 8     yachts.

 9          Q    What were you rigging them with?

10          A    New machinery, new radio equipment, new

11     navigational equipment, complete overhauls.  There

12     were -- there were been outfitted to single-ended race

13     boats.

14          Q    How many boats did you work on when you were

15     with Backyard Boats and Condor?

16          A    Fifteen.

17          Q    Did any of those boats have diesel marine

18     engines?

19          A    Yeah, the Condors did.

20          Q    Do you recall how many?

21          A    Four.

22          Q    And do they trade diesel engines?

23          A    No.

24          Q    Okay.  How long were you with during this work

25     with Backyard Boats and Condor?
```

1      A     Until -- until '89, the end of '89.

2      Q     **Okay.  At the end of '89, what's your next**

3   **position after that?**

4      A     Well, I was consulting at the same time.  And

5   at that time, I got involved with underwriters from

6   overseas, in London Underwriters and various insurance

7   companies.  And I went down to St. Croix to do some work

8   and Hurricane Hugo came along.

9      Q     **Okay.  So, around the same time, '88, '89 time**

10  **frame, you started consulting for London --**

11     A     Underwriters, yeah.

12     Q     **-- Underwriters, and other insurance**

13  **companies?**

14     A     And other insurance companies, lots of them.

15     Q     **What were you doing in -- what kind of**

16  **consulting were you doing?**

17     A     Surveying boats, surveying casualty, you know,

18  it's damaged boats.

19     Q     **What -- explain to me in your own words, what**

20  **is a surveyor?**

21     A     Well, there's many different types of

22  surveyors.  Surveyors are genuinely specialists.  If

23  they're marine surveyors, they genuinely have a very

24  intensive marine backgrounds, they know boats, they know

25  how to build boats, design boats or -- but if any -- if

```
 1       they are casualty surveyor like I am, they specialize in

 2       that field, the insurance company assigns them at loss,

 3       whether it's an in -- whether it's a grounding, an

 4       engine failure, a lightning strike.  There's tons of

 5       different, you know, causes.  And the marine surveyor

 6       goes and reports the facts, the sequence of events,

 7       tries to establish the cause and origin, and the

 8       approximate cost of repair, and how would you repair the

 9       boat.  So, essentially, since '89 until today, that's

10       all I've ever done.

11           Q    From '89 up until today, you worked as a

12       casualty marine --

13           A    I'm still working as such.

14           Q    Yeah.  I'm going to try to finish my question

15       just so the court reporter could take it down, okay?  I

16       know it's hard.  It feels like a conversation, but do

17       your best, and I'll try and do mine as well.  From '89

18       until today, you've worked as a casualty marine surveyor

19       and you've had no other employment; is that correct?

20           A    Correct.

21           Q    Okay.  You said, as a casualty marine

22       surveyor, you're assigned to determine the cause of the

23       loss; is that correct?

24           A    No.  The cause and origin.

25           Q    Okay.  The cause and origin.  Well, tell me
```

1    how it is that you go about determining the cause and

2    origin of the loss?  Meaning, is that something within

3    your expertise or do you have to bring in other experts

4    to assist you in determining the cause and origin of the

5    loss?

6         A    Sometimes we do bring in other experts whether

7    they'd be forensic or mechanical experts, yes.

8         Q    On occasion when you've had a failure of a

9    marine diesel engine, have you brought in a mechanic to

10   assist you in determining the cause and origin of the

11   damage to the engine?

12        A    In most cases, yes.

13        Q    From 1989 to the present, have you worked for

14   anybody other than insurance companies?

15        A    On a few occasions, attorneys.  And on a few

16   occasions, companies that have owned boats, you know, in

17   another capacity, but still addressing damage --

18        Q    Okay.

19        A    -- basically.

20        Q    When you've -- and your work that you've done

21   for attorneys, has that always on behalf of the

22   insurance company?

23        A    Not necessarily.

24        Q    Okay.  Have you ever testified as an expert

25   for a plaintiff?

1      A    I think only once.

2      Q    Okay.  So, out of the approximately 20 times

3   that you've told me you've been deposed, only on one of

4   those occasion was it for a plaintiff?

5      A    Correct.

6      Q    And was that plaintiff a -- individual?

7      A    A private owner, yeah.

8      Q    How many times have you testified in court?

9      A    You got a copy of that CV?

10         MR. GOLDMAN:  Not me.  He has it.

11     Q    (By Mr. Caine) If you can tell me off the top

12  of your heard your -- so, what you're telling me is all

13  the times --

14     A    Basically, yeah.  I'd say, I think about four

15  times in the last two years I've been in court -- we've

16  been in court.

17     Q    Okay.  And then all of those court cases,

18  you've testified on behalf of the insurance company?

19     A    Yeah.  Yes.  It would be on behalf of the

20  client, who was genuinely an insurance company.

21     Q    Okay.  But on those four cases that you've

22  testified, the client was the insurance company; is that

23  correct?

24     A    Correct.

25     Q    Okay.  And how many other cases have you

```
 1        testified or served as an expert witness for National
 2        Union Insurance Company?
 3            A    Once, I think.  That was -- yeah, once.  When
 4        they -- I forgot the name of the insured.
 5            Q    How about Lloyd's Underwriters, how many times
 6        have you testified on behalf of Lloyd's?
 7            A    Well, it depends on which underwriter at
 8        Lloyd's.
 9            Q    Okay.  Lloyd's runs a number of insurance
10        companies, correct?
11            A    Correct.  Well, they --
12            MR. GOLDMAN:  Form.
13            A    Hmm?
14            MR. GOLDMAN:  I just object to the form.
15            A    Okay.
16            MR. GOLDMAN:  You can answer the question if
17        you understand it.
18            A    Well, I'm not --
19            MR. GOLDMAN:  Lloyd's is not a thing, it's a
20        place.
21            MR. CAINE:  It's a place?
22            MR. GOLDMAN:  Yeah.
23            MR. CAINE:  Okay.
24            Q    (By Mr. Caine) Lloyd's underwrites for a
25        number of insurance companies; is that correct?
```

 1            MR. GOLDMAN:  Object to the form.  That's not

 2      correct.

 3      A    No.

 4      **Q    (By Mr. Caine) Okay.  Explain to me what**

 5 **Lloyd's is.**

 6      A    Lloyd's is, in essence, an administrative

 7 body.  There's a ton of underwriters at Lloyd's who form

 8 various underwriting groups.

 9      **Q    Okay.  And then do those underwriting groups**

10 **write policies for marine insurance; is that correct?**

11      A    Generally.

12      **Q    Okay.  On how many occasions have you served**

13 **as an expert witness for those insurance companies?**

14      A    For the London-based insurers, is that --

15      **Q    Correct.**

16      A    I think twice -- twice or -- two or three

17 times maybe.

18      **Q    Have you ever testified or served as an expert**

19 **witness for Mr. Goldman before?**

20      A    I've only been deposed by Mr. Goldman -- or

21 deposed in another case with Mr. Goldman once.

22      **Q    Okay.  What about Mr. Goldman's firm, Goldman**

23 **& Hellman, have you ever served as an expert witness for**

24 **their firm before?**

25            A    I don't know any other partners there, so, no.

1      Q    Okay.  Over your past 20 years of your --

2  since 1989 when you started working as a marine

3  surveyor, how many boats have you surveyed that have had

4  damage to a Detroit Diesel 12V71 TI series engine?

5      A    I'd have to consult my records.  They're

6  not -- they're not divided into categories for Detroit

7  1271 engines.

8      Q    Can you give me an approximation?

9      A    Probably, say, 20 out of 12,000 for that

10  specific engine.

11      Q    What about diesel engines?

12      A    Oh.  I couldn't tell you.  Well, over

13  hundreds.  I mean, well over into the 200th mark.

14      Q    What is Frigate Marine Service?

15      A    It's a -- it's corporation in Florida that I

16  own and I'm the sole employee.

17      Q    What does Frigate Marine Services do?

18      A    Just marine surveyor.

19      Q    And how long has Frigate Marine Services been

20  incorporated for?

21      A    I think since 2006, if I remember.  The

22  bequest of my accountant.

23      Q    It's my understanding that you work as an

24  independent contractor for Harbor Services; is that

25  correct?

```
 1          A    No.  For Harbor & Ocean Services.
 2          Q    Okay.  You work as an independent contractor
 3     for Harbor & Ocean Services; is that correct?
 4          A    Correct.
 5          Q    How long have you been doing that?
 6          A    Since Harbor & Ocean Services was formed.
 7          Q    When was that?
 8          A    I can't -- it's been so far back.  I want to
 9     say 2002, but I can't be sure, but I know it's a long
10     time ago.
11          Q    Does Harbor & Ocean Services provide services
12     for insurance companies?
13          A    Harbor & Ocean Services are surveyors and
14     consultants specializing in marine work.
15          Q    Does it do work for insurance companies?
16          A    Yes.
17          Q    Do you know what percentage of work Harbor &
18     Ocean Services performed on behalf of insurance
19     companies?
20          A    I don't know the exact number.
21          Q    Can you give me an approximation?
22          A    Ninety-five percent.
23          Q    Does -- Frigate Marine Services contract their
24     services out to any other marine surveyors?
25          A    No.
```

1      Q     Okay.  So, it would be fair to say that

2   Frigate marine Service works exclusively with Harbor &

3   Ocean Services; is that correct?

4      A     Absolutely.

5      Q     How much of your income is general for work

6   done on behalf of insurance companies?

7      A     Ninety-five percent.

8      Q     What's the other 5% devoted to?

9      A     Could be consulting.

10      Q     Is that consulting with private owners as you

11   discussed earlier?

12      A     Private owners, companies, you know, people

13   that want to get insurance, large groups, vessel owners.

14      Q     How much money did you get in 2011 from

15   proceeds on behalf of insurance companies?

16      A     I don't see what that's got to do with this

17   deposition, quite frankly.

18      Q     Well, I think there's a relevance here, so

19   unless you're going to be instructed not to answer, I'm

20   going to ask that you answer the question.

21      A     What do you say, Steve?

22           MR. GOLDMAN:  You'll have to answer the

23   question.

24      A     $125,000.

25      Q     (By Mr. Caine) How much per hour -- strike

1   that.  Do you bill different rates depending on the

2   services that you're performing as an independent

3   contractor for Harbor & Ocean Services?

4        A    No.

5        Q    Okay.  So, you have a flat rate for anything

6   you do, whether it be surveying damaged engine or boat

7   or providing deposition testimony or providing testimony

8   in court, it's all the same price?

9        A    Depositions and court appearances are

10  different price.

11       Q    What do you charge for depositions and court

12  appearances?

13       A    I don't know.  I don't do the billing.

14       Q    Well, do you bill out your time through

15  Frigate Marine Services?

16       A    Yes.

17       Q    And who's in charge of the billing?

18       A    I am.

19       Q    Okay.  But you don't -- you're in charge of

20  the billing, but you don't know how much it is that you

21  charge for depo or court appearances?

22       A    Well, I know what I charge Harbor & Ocean.

23       Q    Right.  That's my question.  How much do you

24  personally charge Harbor & Ocean Services for your depo

25  and court appearances?

```
 1        A    $85 an hour.

 2        Q    Okay.  And how much do you charge Ocean &

 3   Harbor -- Harbor & Ocean Services, I'm sorry, for

 4   surveying?

 5        A    $55 an hour.

 6        Q    Are there any other services that you perform

 7   other than doing or surveying boats or providing depo or

 8   court appearances for Harbor & Ocean Services?

 9        A    No.

10        Q    How much total has Frigate Marine Services

11   charge as it relates to this case?

12        A    I have no idea.  I haven't charged yet.

13        Q    As of today, you haven't charged any of your

14   services performed on behalf of Frigate Marine Services

15   for this case?

16        A    No.

17        Q    Okay.  Do you anticipate doing that?

18        A    Yeah.

19        Q    When is it that you anticipate charging for

20   the services that you've provided in this case?

21        A    When the case is finished.

22        Q    Well -- so, let me get you -- let me

23   understand this correctly.  Your services first started

24   in approximately July of 2010; is that correct?

25        A    You're talking about this case?
```

1    Q    When I say "this case", I mean, from its

2    inception.  Have you ever charged any money for the work

3    that was performed in inspecting the Alacia?

4         A    Yeah.

5         Q    Okay.  To date, how much money have you

6    charged relating to any services performed as a result

7    of the damage to the Alacia?

8         A    I don't know.

9         Q    Okay.

10        A    I didn't do the charging to charters.

11        Q    Okay.  Did you do a charging to Harbor & Ocean

12   Services?

13        A    Yeah.

14        Q    How much have you charged to Harbor & Ocean

15   Services to date for the work that was performed as it

16   relates to the Alacia?

17        A    I can't recollect.  I'd have to go back to my

18   records.

19        Q    Okay.  Do you have records as it relates to

20   the work that you've built out to Harbor & Ocean

21   Services pertaining to the Alacia?

22        A    I'm sure I do.

23        Q    Is that contained within your file for this

24   case?

25        A    No.

```
1          Q    Okay.  Is there a reason that the billing that

2     you have related to your work done to the Alacia would

3     not be contained within your file?

4          A    Yeah, because it's not part of my file, it's

5     not part of the billing.  I don't do the billing to the

6     client.

7          Q    But you do the billing to Harbor & Ocean

8     Services?

9          A    Correct.

10         Q    Okay.  How is it that the bill is transmitted,

11    is it via e-mail, via fax, by letter?

12         A    I make a paper copy.

13         Q    Okay.  Is it typed up on the computer --

14         A    Yeah.

15         Q    -- is there a printout?

16         A    Yeah.

17         Q    Yes?

18         A    It's typed out in the computer, printed out

19    and sent to Harbor & Ocean.

20         Q    Okay.  As you sit here today, you can't tell

21    me the amount of money that you've been paid by Harbor &

22    Ocean Services for services related to the Alacia; is

23    that correct?

24         A    Yeah, I can't tell you.

25         Q    Would it be over $1,000?
```

```
 1          A    No, I don't think so.
 2          Q    Okay.  So, you think today, the amount of
 3    money you've been paid by Harbor & Ocean Services is
 4    less than $1,000?
 5          A    Yeah.  I'm sure.  I'm sure.
 6          Q    Do you know how much money you're owed by
 7    Harbor & Ocean Services for work that you performed
 8    related to the Alacia?
 9          A    I'm not owed anything.
10          Q    Okay.  As you sit here today, you've been
11    completely paid for all the work that you've performed
12    for Harbor & Ocean Services related to the Alacia?
13          A    As far as I know, yes.
14          Q    And you think that number is less than $1000?
15          A    Oh, absolutely.
16          Q    Are you able to tell me the number of hours
17    you have invested in the work that you've done in
18    relation to the Alacia?
19          A    No, I can't tell you.  I'd have to look at my
20    records and tell you that.
21          Q    Let me actually show you, this is what's been
22    produced by counsel.  You have a copy, I take it.  And
23    let me tell you if that's your entire -- or let me ask
24    you if that's your entire file as it relates to the
25    Alacia.
```

```
 1            A    To the best of my recollection, yeah, apart
 2       from my invoice to Harbor & Ocean.
 3            Q    Do you know how many invoices you've made for
 4       the work performed to Harbor & Ocean Services?
 5            A    Only one.
 6            Q    We'll attach a copy of this as Composite
 7       Exhibit A.
 8                        (Thereupon, Exhibit A was entered
 9                         into the record.)
10            Q    (By Mr. Caine) Earlier, you testified that
11       you've made $125,000 in 2011 for work performed on
12       behalf of insurance companies; is that correct?
13            A    Yes.
14            Q    And I think you said that was about 95% of
15       your total income from 2011, correct?
16            A    Correct.
17            Q    So, if I do the math, whatever the other 5%
18       would work out to work done for other entities, correct?
19            A    Correct.
20            Q    Okay.  Let me show you what was part of your
21       file, and it looks like to me that's a -- some type of
22       time sheet or log sheet; is that correct?
23            A    Correct.
24            Q    Okay.  And what does that indicate to you?
25            A    This is my time sheet that I bill Harbor &
```

```
 1    Ocean.
 2         Q    Okay.  Would there be more time sheets than
 3    that one for the work that you performed?
 4         A    No.
 5         Q    Okay.  Well, this one's dated October 21st,
 6    2010, okay?  All right.  That's what the fax date is on
 7    the top of it.  You agree with me, right?
 8         A    Right.
 9         Q    Okay.  There seems to be a page two.  Do you
10    know what page one is?
11         A    Page one would be my invoice.
12         Q    Okay.  So, you have the handwritten invoice as
13    part of your file, but you don't have the typewritten
14    invoice as part of your file; is that correct?
15         A    No.  This is not an invoice, this is a time
16    sheet.  This is a simple worksheet that I used to -- to
17    arrive at a total amount of hours and the total amount
18    of miles.
19         Q    Is there a reason that only page two of the
20    fax is contained within your file and not page one?  And
21    I'll give you the --
22         A    Yeah.  As I said before, and I'll make it
23    quite frank, this is my time sheet, my invoice is not
24    attached to Harbor & Ocean.
25         Q    Okay.  Based on this, as if at least the date
```

1    of its fax which just October 21st, 2010, are you able

2    to tell me the total number of hours that you had spent

3    on this case?

4         A    3.8 -- 6. -- 8.9 hours.

5         Q    8.9 hours?

6         A    Yeah.

7         Q    And it also appears that you charge for travel

8    time; is that correct?

9         A    Correct.

10        Q    And what do you charge for travel time?

11        A    Currently, 65 cents a mile.

12        Q    Was that different in 2010?

13        A    I think -- I think it was like 50 cents a

14   mile.

15        Q    Okay.  So, would it be fair to say based on

16   this work, you were paid approximately $400 to $500?

17        A    Correct.

18        Q    For the work that was listed on this

19   handwritten time sheet?

20        A    Correct.

21        Q    Okay.  Subsequent to 10/21/2010, have you

22   performed any work as it relates to this case or the

23   Alacia?

24        A    No.

25        Q    Okay.  Well, you wrote a report in this case,

1        correct?

2             A    Correct.  Yeah.

3             Q    Okay.  The date of that report -- well, you

4        actually wrote several reports in this case?

5             A    Well, I have to look at my file.

6             Q    Well, do you recall recently writing a report

7        in this case?

8             A    Yes.

9             Q    Okay.  How much time did it take you to

10       prepare that report?

11            A    At least five hours.

12            Q    And had you billed for that time?

13            A    No.

14            Q    Will you bill that time at $55 an hour?

15            A    Yes.

16            Q    And will you bill that time to Harbor & Ocean

17       Services?

18            A    Yes.

19            Q    Do you know how much Harbor & Ocean Services

20       bills out the time that you worked to National Union

21       Fire Insurance Company?

22            A    I think it's double.  At least 40% more.

23            Q    Do you have any interest or ownership --

24       ownership interest in Harbor & Ocean Services?

25            A    No.

```
 1              Q     Do you know Mr. Bill Casey?

 2              A     Very well.

 3              Q     What is Mr. Casey's job title?

 4              A     Marine surveyor as well.

 5              Q     It appears on these reports that Mr. Casey

 6       signs off on them before they are provided to the

 7       insurance company.  Would that be fair to say?

 8              A     He reads them.

 9              Q     Was there a reason that he reads them before

10       they're submitted to the insurance company?

11              A     Well, for the record, yeah, because he's

12       billing it at the end of the day.

13              Q     Okay.  But -- I guess what I'm getting at is

14       he's not senior to you where he overlooks your work and

15       determines whether or not it's accurate?

16              A     No.

17              Q     So, whatever your reports says, it says and

18       you pass it on to Mr. Casey who then supplies it to the

19       insurance company?

20              A     Correct.

21              Q     Do you have any point of contact with the

22       insurance company in this particular case?  Have you

23       ever spoken to Susan Smith?

24              A     I speak to those adjusters and -- and people

25       insurance company all the time.
```

```
 1          Q    Okay.  Have you talked to Susan Smith about

 2     this case?

 3          A    I did when she assigned it, yeah.

 4          Q    And when was the last time that you spoke to

 5     Susan Smith?

 6          A    When was the final report?

 7               MR. GOLDMAN:  Do you mean about this

 8          particular case, Daniel?

 9               MR. CAINE:  Yeah.

10          Q    (By Mr. Caine) I have s supplemental report,

11     and I'll show you.  And attach it to the deposition as

12     Exhibit B.

13                         (Thereupon, Exhibit B was entered

14                         into the record.)

15          A    Okay.

16          Q    (By Mr. Caine) I'll switch copies with you.

17     This is your supplemental report which I'm going to hand

18     you, which looks like it was dated 3/12 --

19          A    3/30.

20          Q    -- 3/30/2012; is that correct?

21          A    Correct.

22          Q    Okay.  Is this the last thing that you've done

23     on this case?

24          A    Yes.

25          Q    Okay.  Have you ever talked to Ms. Smith after
```

38

```
 1      supplying the supplemental report?
 2          A    No.
 3          Q    Okay.  At time you supplied the supplemental
 4      report, did you have any conversations with Ms. Smith?
 5          A    No.
 6          Q    Okay.  When was the last time that you had a
 7      conversation with Ms. Smith about this particular case?
 8          A    Months ago.  I mean, probably in 2011 when I
 9      was told that Alberto wanted to take it to court -- or
10      wanted to, you know --
11          Q    Okay.  Do you have any other cases that you're
12      handling with Ms. Smith currently?
13          A    Yeah.  A lot.
14          Q    How many?
15          A    Active files?
16          Q    Correct.
17          A    Eight -- at least eight or so.
18          Q    In total, how many files have you worked on
19      with Ms. Smith?
20          A    Again, I'd have to do some research.
21          Q    Can you give me an approximation?
22          A    I couldn't tell you.  I can't even remember
23      when we first started being -- go to surveyors or one of
24      the primary surveyors.  You know, I'd have to do some
25      research.  And we deal with them on a regular basis.
```

```
 1           Q     Can you tell me approximately when it is that
 2    you became their go-to surveyor?
 3           A     Well, we're not the only -- we are -- I think
 4    we are the primary surveyors for them at this time.
 5    Again, I'd have to do some research.  I mean, it's been
 6    a number of years.
 7           Q     And when you say "they", are you talking about
 8    National Marine?
 9           A     No.  I'm talking about A1 Marine with
10    subsequently became Chartis.
11           Q     Okay.  And how many cases have you worked on
12    with Chartis?
13           A     I can't tell you.  A lot.  Yeah.
14           Q     Can you do me an approximately as to the
15    number of cases you've worked on, on behalf of Chartis?
16           A     No.  Not with that.  Looking at my computer
17    then, and just trying to do some sort of research on
18    that.  I mean --
19           Q     Would it be over 50?
20           A     Oh, clearly over 50.
21           Q     Would it be over 100?
22           A     Yeah.  Over what time span?
23           Q     Well --
24           A     I don't know what --
25           Q     Other than --
```

```
 1          A    -- time span you to -- over 20 years, over 22

 2     years?  Well, Chartis only recently became Chartis.  And

 3     I can't even remember when that was.  But that was

 4     probably two years ago or three years ago, I think.

 5          Q    So, over the past three years, you got over

 6     100 cases were you've worked on on behalf of Chartis; is

 7     that correct?

 8          A    No.  No.  That's not even three years since

 9     they became Chartis.

10          Q    Okay.  In the three years that it was Chartis,

11     can you tell me approximately how many case --

12          A    I would say --

13          Q    -- you've worked on their behalf?

14          A    -- probably 50.

15          Q    All right.  And before it was Chartis, it was

16     A1A; is that correct?

17          A    A1 Marine.

18          Q    Okay.  How long was -- how long have you been

19     doing work for A1 Marine?

20          A    Again, I can't tell you without looking.

21          Q    Can you tell me approximately how many cases

22     you've worked on behalf of A1 Marine?

23          A    Again, I would say probably a little more than

24     50.  I cannot tell you that, I have to do research.  I

25     mean, we've got a number of clients, they're just one of
```

```
 1     them.
 2          Q    Okay.  Have you done work with A1 Marines
 3     since 1990?
 4          A    I can't remember when they become A1 Marine.
 5     Whether they're AIG or A1 Marine or who they were
 6     writing with, we don't care.  We're only dealing with
 7     the company that does the adjusting.  And that was
 8     Chartis.  If you told me the policy, it wouldn't matter
 9     to me.  Who the carriers were, 90% of the time, we don't
10     know.
11          Q    And I may have asked you this and forgive me
12     if I have, I just don't recall.  When was it that
13     Frigate Marine Services first started working on Harbor
14     & Ocean Services?
15          A    Since the inception.
16          Q    Was that back in --
17          A    I thought it was 2002 or something.
18          Q    Okay.
19          A    And before that, Bill Casey was with SES, and
20     I was working for him then, too.  But I hadn't formed my
21     corporation.
22          Q    Okay.
23          A    Bill and I worked in there since 1989.
24          Q    Okay.  And can you tell me the various
25     companies that you've worked for as a marine surveyor.
```

1      You said, SES, you've told me Frigate and Harbor & Ocean

2      Services.  Can you tell me some of the other companies

3      you've worked for.

4          A    I didn't work for S -- SES, the only

5      corporation is Frigate Marine.

6          Q    No, but other companies that you've worked

7      with, that you've been employed by as a marine surveyor.

8          A    I wasn't employed by SES per se.  I was a

9      subcontracted to them who they were doing adjusting at

10     the time, but only for a limited time.

11         Q    That's why I said, worked with or employed by,

12     so -- can you tell me all the companies that you've

13     worked as an independent contractor for as a marine

14     surveyor.

15         A    Yeah.  Well, where do you want me to start?

16         Q    From the beginning.

17         A    To the best of my recollection, we worked for

18     Zurich --

19         Q    I'm Sorry?

20         A    -- insurance company -- Zurich.

21         Q    Zurich?  Okay.

22         A    Travelers, St. Paul's before they became

23     Travelers, Chubb, TL Dallas before they became Osprey,

24     then Osprey, Ace, well, now INA.  Florida Insurance

25     Company, Royal Insurance Company, Ski and Sea,

1     Sea and Ski, Boston --

2               MR. GOLDMAN:  I don't know.

3          A    Oh god, there's been hundreds of them, yeah.

4     I mean, I can go on and on.

5          Q    (By Mr. Caine) Well, I guess my question is,

6     you usually work through a marine surveyor company, is

7     that correct, I mean, such as Harbor & Ocean Services?

8          A    I've worked exclusively for Harbor & Ocean

9     Services since their inception.  I worked for Bill Casey

10    who owns Harbor & Ocean Services before he formed Harbor

11    & Ocean Services.

12         Q    And that's what I'm trying to get at.  Those

13    companies or entities that you performed work for on

14    behalf of before Harbor & Ocean Services.

15         A    Bill Casey.

16         Q    Okay.  Bill Casey individually or was he with

17    a company?

18         A    He was with SES at the time.

19         Q    Okay.  How long were you working for

20    Bill Casey when he was at SES?

21         A    Two years.

22         Q    Okay.  So, if we're talking somewhere around

23    2000, between 1990 and 2000, were there marine surveying

24    companies that you worked for or on behalf of, as an

25    independent contractor or as an employee?

```
 1         A     No.
 2         Q     Okay.  Do you hold -- as you sit here today,
 3    do you hold any certifications or licenses?
 4         A     No.
 5         Q     Is there any type of schooling or
 6    certification you need in order to become a marine
 7    surveyor in the State of Florida?
 8         A     No.
 9         Q     Is there a distinction between a senior
10    surveyor and a regular surveyor?
11         A     Nope.
12         Q     Do you hold any certifications or
13    qualifications from Detroit Diesel?
14         A     No.
15         Q     What is the IAMI?
16         A     IAMI?
17         Q     IAMI, IAMI.  Yeah.
18         A     It's an organization for professionals.  It's
19    an International Association of Marine Investigators.
20         Q     How is it that you became a member of that
21    organization?
22         A     Because it behooves me to join in the
23    association with people -- with my peers.
24         Q     Is that to make business contacts or is there
25    a curriculum?  I mean, how is it that you became
```

1    involved?  Did you pay a fee?

2        A    You paying annual fee.  And -- and it's not

3    a -- it's not a biz to biz contact thing.  It's just

4    like any other association of professionals.

5        Q    Okay.  And what is SAMS, S-A-M-S?

6        A    It's a Society of Marine Surveyors which I

7    used to be a member of which I no longer elected to stay

8    a member of.

9        Q    Is that the same type of thing as IAMI?

10        A    It's a Society of Marine Surveyors.

11   Allegedly, these are surveyors that have been evicted by

12   SAMS.  And I was a member of them but I don't -- I don't

13   stay a -- I didn't stay a member.

14        Q    How was it that you become a member of SAMS?

15        A    You write an exam.

16        Q    Did you pay a fee?

17        A    And then you pay a fee.

18        Q    Okay.  How long were you a member of SAMS for?

19        A    Oh, God.  Three or four years.

20        Q    Is there a reason that you're no longer a

21   member?

22        A    No, I've just done sole -- my purpose.  I'm

23   not a surveyor that runs around evaluating new boats,

24   you know, for purchase, some things like that.

25        Q    Okay.  So, SAMS is an organization of

1    surveyors who evaluates the evaluation of new boats for

2    purchase?

3         A    No, they do have some surveyors that do

4    casualty work.

5         Q    And what about IAMI, does that have surveyors

6    who do casualty work?

7         A    Correct.

8         Q    Okay.  Do they also have surveyors who

9    evaluate new the evaluation of new boats?

10        A    No.  Mostly, members are guys that work in the

11   casualty field, investigative field, fire analysis,

12   mechanical analysis, things like that.  NAMS is another

13   one, also the National Association of Marine Surveyors.

14        Q    Are you a member of that?

15        A    No.  But, I mean, I know the president asked

16   me joining, et cetera.  I don't see any -- I don't see

17   any benefit in joining those associations.

18        Q    What was your job as it relates to the claim

19   being made by Mr. Lamadrid in this case?

20        A    What was my job?

21        Q    Yeah, what were you asked to do?

22        A    Investigate the claim which, as I said before,

23   involves establishing the sequence of events, reporting

24   the facts, try to establish the cause and origin and the

25   approximate repair cost and/or describe how they would

```
 1    affect repair.

 2        Q    How was it that you received the assignment in

 3    this case?

 4        A    I can't remember whether it was an e-mail or a

 5    fax.  Did it go through bill's desk initially, I have no

 6    idea.  But, generally, we'll get a phonecall and could

 7    be followed by some sort of written instruction so that

 8    the file could be assigned a file number.  And that we

 9    can then make arrangements to make appointment with the

10    insured party.

11        Q    In this case, were you ever able to establish

12    the cause and origin of the engine failure?

13        A    No.

14        Q    I asked you about rates of pay and I think you

15    told me that.  Harbor & Ocean Services bills out at

16    least 40% more or double the amount that you charge.  Do

17    you know how much National Union Fire Insurance Company

18    or Chartis or anybody else has paid to Harbor & Ocean

19    Services for the work that you performed on

20    Mr. Lamadrid's boat, the Alacia?

21        A    No.

22        Q    Is there any type of signed agreement that you

23    have with Harbor & Ocean Services for the work that's

24    performed?

25        A    No.
```

1      Q    Do you know whether or not Harbor & Ocean

2    Services has any signed agreement with Chartis for the

3    work that's performed?

4      A    I doubt it.

5      Q    Well, earlier, I showed you a copy of your

6    supplemental report that's dated 3/30/2012 that lists

7    reference materials there on page two.  Do you see that?

8      A    Yes.

9      Q    Other than the materials referenced on page

10   two, is there anything else that you've reviewed or

11   looked at in relation to this claim or case?

12     A    I don't believe so.

13     Q    You haven't reviewed any deposition testimony

14   in this case?

15     A    Not as yet.

16     Q    Do you plan on reviewing any deposition

17   testimony?

18     A    Not really.

19     Q    Would it help assist you in any -- in

20   formulating any of your opinions to review deposition

21   testimony taken in this case?

22     A    Sorry?

23     Q    Would it help you in formulating any of your

24   opinions to review any of the deposition testimony

25   that's been given in this case?

```
 1              A    I don't think so.
 2              Q    Did you ever tell Chartis or the insurance
 3        carrier what you believe to be the cause of the engine
 4        failure in this case?
 5              A    No, not that I can recollect.  I didn't tell
 6        anybody.  I may have voiced an opinion in writing.
 7              Q    Okay.  And what was the opinion that you
 8        voiced?
 9              A    I said that Florida Detroit Diesel of Miami,
10        the opinion would be consistent with the black smoke
11        discharge reported and that it would be plausible.  So
12        the expert opinion would be the only plausible opinion,
13        in my opinion.
14              Q    That was the Detroit Diesel?
15              A    Yeah.
16              Q    Isn't it true that you discounted Detroit
17        Diesel's opinion in your initial report that you sent to
18        Susan Smith of Chartis?
19              A    I don't believe so.  I think you were
20        referring to RPM Diesel.
21              Q    Okay.  And what was it that Detroit Diesel's
22        opinion as to why this engine failed?
23              A    The seals had failed.
24              Q    And what seals are we talking about?
25              A    Turbo seals and oil lubricated turbo.
```

1    **Q      So, it's your opinion that the cause of this**
2    **engine failure was a result of a turbo seal failure?**
3          A      No.   I reported that's what Florida Detroit
4    Diesel Miami have find.
5          **Q      Do you agree with that?**
6          A      And I would say that it could be plausible.
7          **Q      When you say "plausible", my question is, do**
8    **you agree with their opinion?**
9          A      I would -- as I say, it's -- it's -- it's
10   plausible.   I would agree that that may be a cause.
11         **Q      Okay.   How would a problem with the seal in**
12   **the turbo have caused the engine failure in this case?**
13         A      Through a lack of oil.   You'd be discharging
14   oil through the turbo.
15         **Q      And how would a lack of oil have caused this**
16   **particular engine through a failure?**
17         A      No idea with it.   It was a lack of oil that
18   caused this particular engine to fail.   But any engine
19   with numerous moving parts, if that lacks lubrication;
20   i.e., the oil, it's bound eventually to fail through
21   heat, metal fatigue and a number of other causes.   But,
22   generally, if you lose lubrication, the engine will not
23   work.
24         **Q      Okay.   Do you have any facts or evidence in**
25   **this case that the engine loss lubrication?**

1       A   I don't have any facts in this case on how the

2    engine failed.  But from what parts I saw and from the

3    description given to me by the insured, it certainly

4    appears that this engine lack lubrication.  It was a

5    contributing factor, undoubtedly, to the failure of this

6    engine.

7       **Q   Did you ever consult a marine diesel engine**

8    **mechanic in this case?**

9       A   A marine diesel mechanic?

10       **Q   Yes.  Did you ever consult one in this case,**

11    **for this claim?**

12       A   I spoke to experts, you know, questioning RPM

13    Diesel and questioning Florida Detroit's Diesel, their

14    opinions.

15       **Q   Okay.  Who have you spoken to?**

16       A   Both parties that issued opinions.  RPM Diesel

17    and Florida Detroit in Miami.

18       **Q   Other than the individuals at Florida Detroit**

19    **and RPM, did you speak to any other marine diesel**

20    **mechanics?**

21       A   No.

22       **Q   Did you ever ask a marine diesel mechanic to**

23    **come and inspect Mr. Lamadrid's engine on the Alacia?**

24       A   No.

25       **Q   Is there a reason you didn't do that?**

1      A    All the evidence was spoiled, it was on a

2    pallet.  And the engine had been broken down not once

3    but twice.

4        Q    Okay.  What evidence you have that that engine

5    was broken down more than once?

6      A    Mr. Lamadrid told me --

7        Q    Okay.

8      A    -- categorically and admitted it in his

9    statement.

10       Q    What was done the first time?

11     A    Well, I can only go by what Mr. Lamadrid wrote

12    in his statement.

13       Q    And what did he tell you that's done the first

14    time?

15     A    He told me -- he said the cylinder heads out

16    for refurbishment.  And he told me the turbo was sent

17    out.

18       Q    Did he tell you that he also -- strike that.

19    Do you believe that removing the turbo would be the

20    equivalent of breaking down the engine?

21     A    When you've torn some part of the engine down.

22    Obviously, if you have made any removals, you've started

23    tearing the engine down.

24       Q    Okay.  So, your opinion or your testimony is

25    that once you removed the turbo, you've torn the engine

```
 1    down?

 2         A    You've started to break the engine down.

 3         Q    I think you said in your supplemental

 4    statement here on page five --

 5         A    Mm-hmm.

 6         Q    -- and I quote you, it says, "It is not

 7    uncommon to hire a mechanical expert in order to arrive

 8    in an infinitive cause, must attend the breakdown of the

 9    engine in a sequence that allows all probable causes to

10    be examined and from which a complete picture is

11    developed."

12         A    Correct.

13         Q    Okay.  What's your basis for saying that?

14         A    My basis is, from 20 years experience, if you

15    take an engine as a whole and you have a specialist

16    forensic mechanic and he dictates how that engine is

17    taken down, he's looking at the entire picture.  And the

18    chances are, he will tell you the cause and origin and

19    the extent of damage while that engine is being torn

20    down.

21         Q    Is it your opinion that it's not possible for

22    a mechanical expert to look at an engine after it's been

23    torn down to determine the cause of damage?

24         A    It's my opinion that if you take down an

25    engine to the extent of which this engine was torn down
```

1    and do not preserve the parts, do not mark the parts

2    correctly and preserve them correctly, that would be

3    almost impossible for even a forensic mechanic

4    inspection or forensic or mechanical expert to tell me

5    the cause and origin of the failure.

6         **Q     What would have been the proper way to break**

7    **down the engine and mark the parts in your opinion?  You**

8    **say they didn't do it properly, what would be the proper**

9    **way to do it?**

10        A    The proper way to do it would be to report the

11   loss and don't touch the engine until the experts have

12   arrived.

13        **Q    Well, that's not really my question.  What's**

14   **the proper way to break down an engine and mark it?**

15        A    By taking guidance from a mechanical or

16   forensic expert.

17        **Q     In your opinion, since you said it wasn't done**

18   **properly, I would like to know the proper way to break**

19   **down an engine and mark it.**

20        A    You don't do it.  The proper way is to mark it

21   with a pen, photograph and take off the exhaust,

22   photograph and take off the turbo.  Photograph and mark

23   it.  Left bank, right bank or whatever in port out

24   port.

25        **Q    When you went --**

```
 1        A    Then take the cylinder head off, mark it.
 2        Q    When you observed these parts, did they have
 3   any tape indicating what parts were what?
 4        A    Some rods were marked with blue tape.
 5        Q    Okay.  And did they indicate what -- where
 6   those parts came from?
 7        A    They indicated what cylinder they came from.
 8   But they didn't even indicate whether those parts -- if
 9   it came from that engine.
10        Q    Well, did you ask --
11        A    The engine was completely torn down.  The
12   block was exposed.
13        Q    Did you ask anybody where those parts have
14   come from?
15        A    I asked Mr. Lamadrid.
16        Q    And did he tell you where the parts had come
17   from?
18        A    He said, yeah, that it came from his boat.
19        Q    Did you have any reason to disbelieve him?
20        A    Yes.
21        Q    Okay.  What -- why did you not believe him
22   when he told you that the parts came from the engine?
23        A    You're sitting in a marine yard with -- with
24   hundreds of other mechanical parts in the same garage or
25   in other pallets.  And everything's under plastic and he
```

1    says those are my parts.  There's no photographic

2    evidence but he told me who tore them down, when they

3    were torn down, and whether they infect are the parts of

4    the -- from the engine.

5         **Q    So, from the start when you first got to**

6    **Mr. Lamadrid's boat yard, you are already was skeptical**

7    **of the fact that the parts he was showing you were**

8    **actually the parts from the engine; is that correct?**

9         A    No, I wasn't skeptical.  I have nothing

10   against Mr. Lamadrid.  However, because he didn't mark

11   the parts correctly, he couldn't even confirm whether

12   they were from his engine.  He didn't perform the

13   breakdown, his staff it.  And as I said before, it

14   wasn't the first breakdown.

15        **Q    Okay.  When was the first breakdown?**

16        A    According to Mr. Lamadrid, it was shortly

17   after the engine blew white or gray smoke out of the

18   exhaust, and he decided to break down gray's part

19   including the cylinder head and ship it out for

20   refurbishment.  Then -- and the turbo ship them out.  It

21   doesn't mention the injector's which is an integral part

22   of this and a critical part.  When it comes to smoke

23   emission and the color of smoke emission through an

24   exhaust, he then reassembled the engine and

25   subsequently -- allegedly, admitted even more smoke.  So

```
 1        much so that a passing boat for the boat was on fire.
 2        Then he took all his parts and broke the engine down
 3        again.  And said, right, now, tell me what the cause and
 4        origin of the first breakdown.  First, being broken
 5        down; twice, the engine being reassembled once and
 6        broken down again.
 7             Q    Do you believe that Mr. Lamadrid had only
 8        moved the exhaust manifold and the turbo from the boat
 9        the -- after the first time it broke down under -- what
10        you said, that that would impact your ability to
11        investigate the cause and origin of the engine damage?
12             A    I believe that nobody had tampered that
13        engine.  We would have had a much better chance, it
14        would have been far more likely to determine what the --
15        the cause and origin was.
16             Q    But I want you to assume that only the exhaust
17        manifold and the turbo charger had been removed from
18        that engine.
19             A    And then what did they do with it?
20             Q    Okay.  Let me ask a question.
21             A    Okay.
22             Q    And nothing else had been done, would that
23        affect your ability to determine the cause and origin of
24        the engine failure?
25             A    Somewhat, yes.
```

1          Q     Okay.

2          A     But I don't believe it would have been -- at

3     the end of the day, I don't believe it would have been a

4     big -- you know, a big issue.

5          Q     Okay.  So, if you'd only removed the turbo

6     charger and the exhaust manifold, you don't think it

7     would have been a big issue; you think you still would

8     have been able to reasonably been able to determine the

9     cause and origin of the engine failure?

10         A     If you left them in place, yeah.  They took

11    them apart or just disable them and left them in place;

12    left the gasket safe, left everything.

13         Q     Okay.

14         A     Not remove them and send them out to place in

15    Miami.

16         Q     Do you know how many Detroit Diesel engines

17    Mr. Lamadrid had at -- or strike that.  Do you know how

18    many Detroit Diesel engines or at Miami Yacht & Engines

19    Works the date that you performed your inspection?

20         A     No.

21         Q     Okay.  Do you know if there were any other

22    Detroit Diesel engines at Miami Yachts & Engine Works

23    the day you performed your inspection?

24         A     No.

25         Q     Would that make a difference in terms of

1      determining whether the parts there were in fact from

2      the engine of the Alacia?

3          A     Well, sure.  Because they -- you know, if

4      they're not preserved properly, who is to say that those

5      are the parts.

6          Q     Do you have any evidence that there are other

7      Detroit Diesel engine parts at Miami Yachts & Engine

8      Works other than those from the Alacia on the date of

9      your inspection -- your initial inspection in July of

10     2010?

11         A     I have no idea whether the other parts that

12     was in the shop were Detroit parts.

13         Q     In order to determine the cause of an engine

14     failure, it would be necessary to take the engine apart,

15     wouldn't it?

16         A     Absolutely.

17         Q     Okay.  During your inspection, were all the

18     parts made available to you for your inspection?

19         A     No.

20         Q     Okay.  What parts were not made available to

21     you during your inspection of the Detroit Diesel engine

22     that is a subject to this lawsuit?

23         A     The parts that had been allegedly worked on

24     were refurbished.

25         Q     What parts were refurbished or worked on?

1    What was your understanding as the parts that had been

2    refurbished or worked on at the time of your inspection?

3          A    The cylinder heads on them and the exhaust

4    manifolds.

5          Q    Do you know --

6          A    And the turbos.

7          Q    When you inspected the engine parts, they

8    appeared clean to you?

9          A    No.

10         Q    Okay.  What parts were not cleaned?

11         A    None of them are being cleaned --

12         Q    Okay.  What was the --

13         A    -- that I could see.

14         Q    What was their condition when you saw them?

15         A    Aged and worn with -- with corrosive scale on

16    some of the cylinder heads?

17         Q    Did you ever do an inspection of the port

18    engine to determine whether or not there's any corrosion

19    on the heads of that engine?

20         A    If I recollect there's any distorted engine

21    that had failed.

22         Q    I said, did you ever -- my question is, did

23    you ever inspect the port engine to determine whether or

24    not there's any corrosion on those heads?

25         A    No.

1        Q      How would corrosion on the heads of some of

2        the cylinders have caused this engine to have failed?

3        A      This corrosion on top of the pistons that

4        bowls themselves.  You cannot compress water.  So, if

5        water is introduced into machinery, the first thing it's

6        going to do is dilute the lubrication which makes the

7        lubrication ineffective.  The second thing it's going to

8        do is try to compress especially if it's lying on top of

9        the cylinder head.  You cannot compress water, then you

10       will transport fatigue into the rods.  You will bend the

11       rods.  You will bend the crankshaft bearings, the rod

12       bearings.  You'll probably screw up the crankshaft

13       journal.  You might then damage the main seals.

14       Q      Did you ever do any inspection of the

15       crankshafts?

16       A      No, because everything that are being taken

17       out and exposed to marine air salted, corroded.

18       Q      Or did you ever -- so you never inspected

19       crankshafts?

20       A      I didn't inspect them carefully, no.

21       Q      Would it have been important to determine if

22       the crankshafts have been bent in determining whether or

23       not water had gotten into the engine?

24       A      I don't believe the crankshaft was bent.

25       Q      Okay.  Would that be a sign indicative of

1    water getting into the engine?

2         A    The crankshaft bending.

3         Q    **Correct.**

4         A    It's tough to bend a crankshaft.

5         Q    **So, the answer is no?**

6         A    Well, it could -- maybe one of many.  If the

7    crankshaft had been bent, what bent it?  The only forces

8    operating on the crankshaft of cylinder wall are rods.

9         Q    **Okay.  If water had gotten into the engine,**

10   **would you expect to see the connecting rods who have**

11   **been bent?**

12        A    Sometimes they do.

13        Q    **Did you inspect the connecting rods in this**

14   **case?**

15        A    Yes.

16        Q    **Were they bent?**

17        A    They didn't appear to be bent.  But that's not

18   a -- does not work conclusive because it depends on the

19   amount of water.

20        Q    **What type of metal are the cylinder heads are**

21   **made out of?**

22        A    What type of metal?

23        Q    **Correct.**

24        A    They're alloys, generally.

25        Q    **Is it a cast iron?**

1      A    Generally, but it's got more than one -- one

2    alloy.

3      Q    Were the piston heads in this particular

4    engine made out of cast iron?

5      A    I can't find.  I'm not a metallurgist.

6      Q    Do you know whether or not cast iron will rust

7    when it's exposed to elements?

8      A    Cast iron differently rust when it's exposed

9    to elements.  You get an iron oxide which scale commonly

10   called corrosion.

11     Q    At the time of your inspection, were the

12   piston crowns taken apart?

13     A    You can't take apart the piston crown.

14     Q    Okay.  So, would that be a no?

15     A    Yeah, no.  Yeah.

16     Q    You mentioned in your report somewhere that

17   O-Rings were lost or missing during your inspection.

18   What O-Rings were you referring to?

19     A    I didn't mention that.  One of Mr. Lamadrid's

20   experts mentioned that.

21     Q    What O-Rings were they referencing, do you

22   know?

23     A    They're referring to rings on the -- on the

24   pistons.

25     Q    You'd agree with me on this case that the

1    piston got holed as a result of overheating, correct?

2        A    Sorry?

3        Q    The piston was holed as a result of

4    overheating.

5        A    I can't determine it and I can't agree with

6    it.  What I came first, I checked on the (inaudible).

7    I'll agree that the piston -- one of the pistons had

8    hole in it.

9        Q    Right.

10       A    Don't ask me which cylinder because it wasn't

11   marked.

12       Q    Do you know what caused the piston to get

13   holed?

14       A    No, but I can tell you what could cause the

15   piston to get holed.

16       Q    Okay.  What could cause the piston to get

17   holed?  Could be -- could heat cause the pistons to get

18   holed?

19       A    You could have metal debris filled, heat might

20   be a contributing factor.  You could have had valves

21   that become sticky, you could have had valves that

22   stuck, you could have had valves seats that broke,

23   foreign metal, water, an explosion of fuel, unburned

24   fuel accumulating and exploding.  They are a multitude

25   of probable causes when you look at the end result being

holed in the piston.

Q   Okay.  And in this case, you weren't able to determine what caused that hole in the piston; is that correct?

A   Correct.

Q   Would you agree with me that the hole on the piston ultimately cause the engine to fail?

A   Again, absolutely not.

Q   Do you have any evidence that any valves seat or valves failed?

A   Absolutely not because I didn't do the tear down.

Q   How are the moving parts of a Detroit Diesel engine cooled?

A   How are they cooled?

Q   Correct.

A   Well, generally, through heat exchanging with -- and lubrication.

Q   How were the nonmoving parts of Detroit Diesel engine cooled?

A   Generally, through heat exchange -- exchanging and coolers.

Q   Okay.  And what's the coolers?

A   Raw water or fresh water, depending on the configuration, and oil.

1    Q    Did you inspect the blowers from this engine?

2    A    No.

3    Q    Did you inspect any of the seals on this

4    engine?

5    A    No.  All at evidence was spoiled already.

6    Q    You would agree that if you suspected an

7    engine fail because of a loss of oil pressure, it would

8    be important to inspect the oil system, correct?

9    A    Correct.

10    Q    Okay.  Did you inspect the oil system?

11    A    No.

12    Q    Did you inspect the oil pump?

13    A    No.

14    Q    Did you inspect the relief valve?

15    A    No.

16    Q    Did you inspect the oil in the pan?

17    A    No.

18    Q    Did you look to even see if there was

19    sufficient oil in the pan?

20    A    I couldn't, there was no evidence.  The engine

21    had been torn down.

22    Q    Okay.  Well, was the oil pan there when you

23    did your inspection?

24    A    Yes.

25    Q    Okay.  Did you check to see if there's any oil

1      on the pan?

2          A    I did.  And it had some a little bit minute

3      bit of oil and some debris in it, metal debris filled.

4          Q    Okay.  Did you check the oil itself?

5          A    Take a sample of the oil?

6          Q    Yeah.

7          A    No, there's no point in doing it.  I don't

8      know where -- where that oil came from.

9          Q    Did you ask anybody?

10         A    It didn't matter who I asked.  You're looking

11     at a pan.  If you look to the puddle in the road and I

12     said that came from a radiator that went from a bus at

13     100 miles an hour, and you asked me and I told you that,

14     would you believe it?  It's the same thing.  I'm looking

15     at an oil pan that affixes to the bottom of the engine

16     that in fact is the sub holding or the lubricant that

17     had been subsequently removed, all the oil taken away,

18     some residue lying there and some metal debris lying in

19     the sun.

20         Q    What's your basis for saying that all the oil

21     had been removed?

22         A    There would nobody who preserved the oil.

23     You're talking about 15 liters of oil.

24         Q    Okay.  So, you're telling me that you never

25     asked anybody if the oil on the pan was the oil that was

1    present at the time of the incident; is that correct?

2         A    Correct.

3         Q    Did you ever inspect the bypasses?

4         A    No.

5         Q    Did you ever inspect the oil cooler?

6         A    No.

7         Q    Did you do any testing to determine whether or

8    not the gauges on the boat were working?

9         A    No.

10        Q    Is there a reason you didn't do that?

11        A    Well, you can't once the engine has been

12   disassembled.

13        Q    You're telling me that there's no test to

14   determine whether or not the gauges are working once the

15   engine has been disassembled?

16        A    Once the engine has been disassembled, not

17   once but twice, I can't go back and tell you the first

18   instance before they reassembled it the second time

19   whether those gauges were working.

20        Q    Did you do anything to attempt to determine

21   whether or not those gauges were working?

22        A    There's no test you can do.

23        Q    You can't get a compressor or pump to

24   determine whether or not the gauges are working?

25        A    From what?  The gauges read from the engine.

1    From senses on the engine, the RPM has taken off the

2    flywheel, so if I reassembled the engine and got it in

3    the condition it was when it loss, I could tell you

4    whether the gauges had been working or not.

5        **Q    Can you send the gauges out to the lab to**

6    **determine whether or not they had been working?**

7        A    If the gauges worked in the lab, it doesn't

8    necessarily mean they worked from the engine.  You need

9    the engine in one whole piece to make any determination.

10       **Q    What does blue smoke -- if an engine is**

11   **emitting blue smoke, what's that mean?**

12       A    Well, again, you know, it could mean various

13   things.  If you read my report, you will find that it

14   does speak about smoke.  And commonly -- the common

15   understanding of what smoke is or what smoke is evidence

16   of, I don't remember being told it was blue smoke.

17       **Q    And my question to you is, if you saw a blue**

18   **smoke coming from the engine, what would that mean to**

19   **you?**

20       A    I would shake my head because I've never seen

21   blue smoke coming from an engine.

22       **Q    So, you don't know what the cause of blue**

23   **smoke coming from an engine would be?**

24       A    No, and I don't think anybody would tell you

25   what the cause is when they see the smoke.

1          Q      What about black smoke?  What would black

2      smoke signal to you?

3          A      Black smoke would indicate unburned fuel.

4          Q      Black smoke wouldn't be an indication that

5      there was a lack of oil pressure, would it?

6          A      No, but it could also be an indication that

7      it's evident also of oil burning.  So, these are common

8      or the usual suspects that people associate with smoke.

9      But believe me, use them with exhaust pipes running.

10     And in my experience, I've -- I've seen exhaust pipes

11     start burning and smoke coming out of the exhaust and

12     people say, well, that oil is burning your engine.  Oh,

13     those are the rings burned.  It's the same when you see

14     these cars driving down the road and they expel a huge

15     puff of smoke when they pulled of fast.  People usually

16     assume that that's unburned fuel.  Oh, that maybe his

17     rings, it might be burning oil.  Same with the boat, you

18     see the smoke you cannot say with any certainty that is

19     the cause.  It's consistent with a usual suspect being

20     rings, oil, fuel.

21         Q      So, you would agree that it would be

22     consistent with a ring being burned if you saw black

23     smoke being emitted from the boat?

24         A      No, I wouldn't agree.  I said it's consistent

25     with oil burning.

1    **Q     Did you --**

2         A     Excessive oil being discharged.  You know,

3    it's burning and then being discharge through the

4    exhaust.

5         **Q     Okay.  So, if a ring burnt, would that cause**

6    **black smoke?  If a ring disintegrate, could that cause**

7    **black smoke coming from an engine?**

8         A     If a ring burned, the lubrication would then

9    cause between the wall of the piston and the cylinder

10   wall if -- if the rings were burned out and get into the

11   head and in the head mixed and be fired out of the

12   exhaust.  And, yes, you would have oil being burned.

13   It's -- it's a probable.

14        **Q     If the piston had gotten hot enough that had**

15   **blown a hole through the piston, is it possible -- or**

16   **strike that.  Do you know what temperature the piston**

17   **had -- would have had gotten to in order to get hot**

18   **enough for it to shot a hole through it?**

19        A     No, but the piston is designed alloys -- the

20   piston head is designed with -- with alloys in it.  That

21   can withstand the exhaust -- internal exhaust

22   temperatures of the engine.  So, let's assume the

23   exhaust temperature is 970 degrees, the alloys that the

24   piston is made out of can withstand that and probably

25   add another 15 percent of that number.  If it exceeds

1    that and overheats, then the piston or the alloys of the

2    piston may start melting or degrade somehow.

3         Q    And if got to that temperature, would you

4    expect that you would have some burnt or disintegrated

5    seals?

6         A    I think all your rubber seals would start

7    burning initially.  I think the metal seals would

8    degrade.  I think valve seats would start degrading; the

9    alloys in the seats are different as well.  I think you

10   would have catastrophic failure if it dropped to that

11   temperature.

12        Q    So, you would expect that this engine had

13   gotten to that temperature where it would have been hot

14   enough that the piston had -- could have got a hole in

15   it that we probably wouldn't see all the seals or rings

16   around that particular piston; is that correct?  So,

17   like it would have been disintegrated.

18        A    In all probability, yes.

19        Q    When you did look at the oil, you said you saw

20   debris filings in it, correct?

21        A    Correct.

22        Q    Okay.  Did you touch the oil; did you feel the

23   oil?

24        A    To best of my recollection, I saw metal

25   debris.

1    **Q    So, you don't believe you actually touched the**

2    **oil to see how it felt to your fingers?**

3         A    Not that I can recollect.  But there again,

4    once you've had a catastrophic failure, unless you had

5    that oil analyzed prior to the loss and then after the

6    loss, you don't know what way metals have deposited that

7    metal debris in the engine.  It could be bearing metal,

8    it could be rod metal, it could be piston head metal, it

9    could be valve metal, it could be a ton of other metals

10   coming in.

11        **Q    Okay.  But my question is, you didn't actually**

12   **touch the oil to feel whether or not -- the consistency**

13   **of the oil; is that correct?**

14        A    Oil is oil.  It doesn't lose its lubrication

15   consistency if it -- unless it's been diluted.

16        **Q    Okay.**

17        A    I did not touch the oil.  I could physically

18   see the metal debris filled.

19        **Q    Well, oil, over time, can get gooey or sticky,**

20   **correct?**

21        A    I'm not a lubrication specialist.

22        **Q    So, you don't know the answer to that?**

23        A    Oh, degraded oil, yes.  But consistency of

24   degraded oil or contaminated oil will be different to

25   that of normal oil.

1          Q     Do you know the last time that the oil was

2     changed on this boat prior to the incident in May of

3     2010?

4          A     No.

5          Q     How often, in your opinion, does oil needs to

6     be changed?

7          A     Depends on the use and the type of use.

8          Q     On a boat that's averaging a couple hundred

9     miles a year, how often would you instruct the owner of

10    that boat to change their oil?

11         A     In the marine field, it doesn't matter how

12    many miles, it's the speed they deal with that which

13    translates into hours.  So, in mechanical terms, people

14    are prudent if they changed their oil every 100 hours,

15    some people left to do it every 50 hours.  Depending on

16    the amount of usage, in this particular instance, you're

17    talking about a very, very old boat with aged machinery.

18    So, it may be prudent to change the oil on a very

19    regular basis and it would be more prudent to send that

20    oil out for analysis.  To see if in fact you are

21    experienced in any internal failures.

22         Q     How old was the starboard engine on this boat

23    at the time of your inspection?

24         A     I have to refer to my reports.  Let me reflect

25    to it.  It's a 1983 boat.  Now, I'm reporting what the

1    insured party said to me.  So, to answer your question,

2    he reports that the actual hours on that engine was 750

3    hours of use.  And that the starboard engine had been

4    rebuilt in 2007.  That is what Mr. Lamadrid told me.

5        **Q    Do you have any reason to not believe that?**

6        A    Well, subsequently, looking at the -- at the

7    correspondence and evidence of Mr. Lamadrid supported

8    his claim with, I would have reason to disbelieve that.

9    I don't believe the engine was entirely overhauled as he

10   described.  I believe that it be worked on and had --

11   and had service denture, but I don't believe that it was

12   totally overhauled.

13       **Q    When you overhaul a boat or -- strike that.**

14   **Do boat parts come with dates of manufacturing on them?**

15       A    Boat parts?

16       **Q    Boat engine parts.**

17       A    Well, again, it depends on the manufacturer.

18   In Detroit's case, you have reliable parts.  You have

19   parts -- all the end parts from the factory.  You have

20   parts from Germany.  So, again, some of the most

21   tampered date stamps and some of them to stamped with --

22   to serial number, and you would have to be in the know

23   or at Detroit to find out exactly when those parts were

24   made.

25       **Q    When you inspected that the parts that were at**

1         Mr. Lamadrid -- or I'm sorry, not -- when you inspected

2         the parts that were at Miami Yacht & Engine Works, did

3         you look at any of those parts to see if you could see

4         dates of manufacturing on them?

5              A    Not that I recollect.

6              Q    You didn't look or you didn't see them?

7              A    I don't remember.

8              Q    You don't remember if you looked?

9              A    No, I don't remember if there were numbers.  I

10        looked at the parts carefully but I don't remember if

11        there were numbers on them.  And I certainly didn't

12        transcribe those numbers or make a record of those

13        numbers.

14             Q    Would that have been important to you to find

15        out the dates of manufacturing of some of the engine

16        parts that you are looking at?

17             A    No.

18             Q    Would -- if there are parts that were marked

19        2007, would that indicate to you that those parts would

20        have been installed in the engine subsequent to 2007 or

21        in 2007?

22             A    Well, you know, by reason of elimination, we'd

23        have to assume that if the part was marked 2007 and was

24        in fact a part of that engine, we'd have to assume that

25        it was installed in 2007 as it was made.

1      Q    Certainly.  So, it would be important to look

2    at the parts if you had any doubt whether or not the

3    engine had worked on or had been overhauled to determine

4    the dates of manufacturing and some of the parts in that

5    engine, right?

6      A    No.  Again, I don't think you have a complete

7    understanding of machinery and parts.  Because these

8    parts can sit in shelves, in wax paper four years before

9    they're sold.

10     Q    But you didn't have a part that's marked to --

11   with manufacturing date of 2007 that was actually

12   manufactured four years earlier that -- and that -- and

13   then sat on a shelf and paper, would you?

14     A    Yes.

15     Q    So you --

16     A    Absolutely.  I've seen boats that are marked

17   2012 with a 2007 engine in them.  The engines being

18   lying around as it -- in its entirety wrapped in wax

19   paper Caterpillar or Detroit.  So, it doesn't make much

20   difference.

21     Q    You're telling me that Detroit or Caterpillar

22   or anyone of these various engine companies will make a

23   part in 2004 and then stamp it 2007?

24     A    No, they won't stamp it 2007 but they may have

25   only sell it in 2007 and had may only been installed in

```
 1    2009.
 2         Q    Right.
 3         A    It would still be considered a new part.
 4    However, as I tried to explain to you, Mr. Lamadrid must
 5    support his claim, he said the engine had been totally
 6    overhauled zero hours and then submits an invoice
 7    showing -- it doesn't show a crankshaft or anything.
 8    So, if it was totally overhauled and stripped down to
 9    its block, you would assume to see on an invoice a
10    crankshaft, a camshaft, rods, cylinder kit, all the
11    bearings, all the gaskets.  Everything except the block
12    if the boat was a zero-hour engine, which it wasn't.
13         Q    Okay.
14         A    He stated that 750 hours on there already.
15         Q    All right.  And we'll talk about the overhaul
16    in a minute.  Getting back to the oil that we're talking
17    about earlier.  Failure to change oil in a boat,
18    assuming you have enough to run it, would the failure to
19    change bad oil cause a loss of oil pressure?
20         A    It depends on what you're talking about when
21    you say bad.
22         Q    Okay.  Well, old oil.  Would old oil cause a
23    loss of oil pressure?
24         A    Again, what's old oil?
25         Q    500 hours, would that cause a loss of oil
```

1    **pressure?**

2         A    I have no idea.  I didn't take an oil sample.

3    But I can tell you one thing, as an engine operates,

4    it's depositing metal debris throughout the engine.

5    There is wear, there's metal to metal.  So, logically,

6    it will wear and the oil will wash up clean again.  So

7    the oil becomes contaminated over time regardless of the

8    age of the engine.  That's why you change oils.  That's

9    why you have an oil filter.

10        **Q    In this case, you did observe the No. 3**

11   **piston; is that correct?**

12        A    I observed a piston.

13        **Q    Okay.  And you were told that that was the**

14   **No. 3 piston; is that correct?**

15        A    I wasn't told it was the No. 3 piston, no.

16        **Q    Well, the piston that you observed, did it**

17   **have any tape on it that indicated which piston it was?**

18        A    No.

19        **Q    Okay.  What did you observe when you looked at**

20   **that piston?**

21        A    Which piston?

22        **Q    The one you just said you observed.**

23        A    I observed a piston.

24        **Q    Okay.  When you observed --**

25        A    More than one piston.

1      Q     You observed more than one piston.  And did

2      you observe a piston that had a hole in the cylinder

3      head?

4           A     Yes.

5           Q     Okay.  Did you observe any other conditions on

6      that piston with the hole on the cylinder head?

7           A     The hole of the piston, you mean?

8           Q     Correct.  Did you observe any other

9      conditions?  Did you observe any scoring?

10          A     No, I think it was missing a ring.  And then

11     rings had been removed from all the other pistons and

12     gathered in a bunch.  Seals had been removed.  So, apart

13     from a spoliation, no, I couldn't say I observed

14     anything other than norm part from the damage.

15          Q     Would scoring be an indication that there had

16     been a loss of oil pressure, there are scoring on the

17     piston?

18          A     One indication.

19          Q     Okay.  You would agree that if the piston had

20     had holed, that you'd expect fuel to leak through and

21     into the manifold gasket and the turbo, correct?

22          A     Can you repeat that?

23          Q     Yeah.  If the piston had had holed, you'd

24     expect to see fuel to leak into the manifold gasket as

25     well as the turbo, correct?

1        A    I don't know if I would expect it.  You're

2    describing a piston crown that's got a hole in it.  The

3    piston runs inside the cylinder wall and goes down to

4    the rods -- well, first, the knuckle pin, then the rods,

5    then the bearings, the rod bearings on the crank and

6    into the oil.  So, my first guess would be, you got a

7    fuel inject pressure that's dumping fuel on top of that

8    cylinder, if the cylinder -- if the piston had hole in

9    it, most of the fuel would actually go around the

10    cylinder walls, right past the cylinder -- right past

11    the piston.

12        **Q    Okay.  So, you would not expect to see fuel**

13    **coming out the manifold gasket and the turbo if you had**

14    **a hole at piston; is that what you're saying?**

15        A    Well, nothing can come out of the manifold

16    gasket.

17        **Q    Okay.  But didn't you indicate that there were**

18    **some fuel or oil deposits in the manifold gasket?**

19        A    Not that I can recollect.

20        **Q    Okay.  You talked in your report about water**

21    **being ingested into the engine.**

22        A    Correct.

23        **Q    Is that -- and that could potentially have**

24    **been a cause of the engine failure, correct?**

25        A    It could be a contributing cause if it

1    ingested in water or water had been introduced to the

2    engine.

3        Q    If you had -- if water had come up the

4    exhaust, you would have seen hydraulic lock, correct?

5        A    And, again, not necessarily, depending on the

6    amount of water if it had come back up the exhaust.  It

7    was a very small amount.  I mean, the old Detroit is

8    from the 671 but steam them off.  And if the engine is

9    very warm, the chances are, it probably could steam.

10   But you're talking about a turbo charge engine here, so

11   if it came back through the exhaust, the exhaust are

12   blowing exhaust gases that way.  Water came at the first

13   place, you would see -- it could be on the fence and on

14   the bearings on the -- on the exhaust side of the

15   turbos.

16       Q    Did you see any evidence of hydraulic lock on

17   this engine?

18       A    No, I didn't see any evidence of that because

19   everything was broken apart.

20       Q    Well, if you had hydraulic lock, would you

21   have expected to see bent or broken connecting rods?

22       A    A hydraulic engine is when you try to compress

23   water, all right?  And, generally, it results in bent

24   rods, and then rod bearings, and then journal damage.

25       Q    I think you indicated in your report somewhere

1      that you would agree that it's not plausible that water

2      was ingested through the manifold in this particular

3      case?

4          A    No.

5          Q    Okay.

6          A    But it could have come in through an open

7      valve.

8          Q    If water had got in through an open valve

9      where you had determined that water had gotten in

10     through some other way, you would have document it in

11     your report, correct?

12         A    If I had the chance to inspect the engine as a

13     whole, absolutely.  That's why it would be imperative to

14     break it down in the sequence to determine.

15         Q    All right.  So, you're unable to determine

16     whether or not water got in to any other potion of the

17     engine, correct?

18         A    I didn't -- I couldn't tell you where the

19     water got in.  All I can tell you, there was evidence

20     that they had been an introduction of water.  And

21     Mr. Lamadrid, in his statement said that he agreed that

22     water may have got into the engine.

23         Q    May have.  But my question is, you didn't make

24     any determinations that water had gotten into this

25     engine through any other manner, correct?

1    A    I didn't make any determination of how it got

2    in.  I said there was evidence of water on two cylinder

3    bowl -- on two piston bowls, and they were corroded.

4        **Q    Your sole evidence that you rely upon to say**

5    **that water got into this engine is because you saw some**

6    **corrosion on the top of those two piston heads, correct?**

7        A    Correct.

8        **Q    Other than that, you have no other evidence to**

9    **suggest that water got into that engine?**

10       A    No.

11           THE COURT REPORTER:  Can we take a restroom

12       break?

13           MR. CAINE:  Sure.

14                   (Thereupon, a short break was

15                   taken.)

16                   (Deposition resumed.)

17       **Q    (By Mr. Caine) Okay.  You would agree with me**

18   **if the engine would have failed or had a fuel related**

19   **failure, the valves and the seats would have been the**

20   **first things to go, correct?**

21       A    I can't agree with you there.

22       **Q    What would be would be the first things to go**

23   **if the engine have had a fuel related failure?**

24       A    Well, you could have had needle debris from

25   the injected tips being fired into the top of the

85

1    cylinders and destroying a cylinder and creating a

2    further metal debris field which then goes to all the

3    air passages and oil passages.  So, these are number of

4    other causes that you would have to examine and be very

5    specific about fuel related failures.  But fuel related

6    failures are common.

7        Q    Okay.  Can you see any evidence in this case

8    that the valves or the seats had failed?

9        A    Again, I don't want to keep repeating it.  But

10   again, this correlation of evidence wouldn't allow me to

11   see any evidence because the initial failure could --

12   and again, the engine was disassemble, reassembled,

13   worked on and disassembled again.  So --

14       Q    Okay.  My question -- I understand you

15   think --

16       A    Yeah.

17       Q    -- the evidence has been spoiled.  But you did

18   an inspection, right?

19       A    Correct.

20       Q    And when you did an inspection, whether or not

21   you believe the evidence was proper -- or preserved

22   properly --

23       A    Yeah.

24       Q    -- did you see any evidence of valves or seat

25   failure?

1          A    Well, consistent with valve and seat failure,

2     yes.  But I can't be sure --

3          **Q    Okay.**

4          A    -- whether that damages was pre-existing,

5     would have caused it, contributed or what.

6          **Q    Did you see that was consistent with valve and**

7     **seat failure during your inspection?**

8          A    I saw damage to the valves.

9          **Q    What type of damage did you see to the valves?**

10         A    Impact damage from needle debris.

11         **Q    Did you inspect the muffler on this engine?**

12         A    No.

13         **Q    Did you inspect the riser?**

14         A    No.

15         **Q    Would it have been important for you to**

16    **inspect these items to determine where the water was**

17    **coming from through the exhaust?**

18         A    Where the probable water was coming from.

19         **Q    Would have that been important for you to**

20    **inspect those items to determine where the probable**

21    **water was coming from?**

22         A    It would have been important to me to inspect

23    that, yes, again, but initially, not after the second

24    teardown.

25         **Q    And you didn't inspect them after the second**

1    teardown?

2        A    No.

3        Q    You agree that the lack of fuel wouldn't cause

4    a lack of oil pressure, correct?

5        A    Would a lack of fuel cause a lack of oil

6    pressure?  A lack of fuel would cause lower RPM.

7        Q    But wouldn't cause a lack of oil pressure?

8        A    Well, the oil pressure would drop, wouldn't

9    rise, because the engine wouldn't be doing the RPM that

10   would be allocated to it by the fuel.

11       Q    I mean, because of lack of power, right?

12       A    Right, and a lack of oil pressure.  As the

13   engine increases in RPM, the oil pressure goes up.

14       Q    You agree that if oil was licking only through

15   the turbo charger that you wouldn't expect to see oil in

16   the manifold gaskets, correct?

17       A    Again, I can't be certain, but if it's a

18   serious oil leak, you would see it coming at the joint

19   between manifold's heads to the bulking of it.  But

20   unless you knew where that leak was coming from, you

21   can't say it with any certainty.

22       Q    Okay.  But I am giving you a scenario.  If it

23   was leaking through the turbo only, you wouldn't expect

24   to see oil in the manifold gasket, would you?

25       A    Unless it came back, I can't say with any

 1    certainty, no.

 2         Q    Right.  Because the oil -- the way that the

 3    oil would flow, the turbo charger would come after.  So,

 4    it would be going reverse if you saw oil in the manifold

 5    gasket.  It would have had to come through the gasket to

 6    get to the turbo charger, not the reverse, correct?

 7         A    Well, remember that air pressure is being

 8    built up and then going through the turbo.  But the

 9    turbo itself is lubricated by oil, that's a closed

10    circuit.

11         Q    Right.

12         A    So, if there was a seal failure again,

13    depending on when and what RPM, et cetera, is where

14    you're going to find the oil.  You'd certainly find it.

15    If it did flow back where there was enough pressure to

16    blow it through, I mean, you might find it in the

17    manifold.

18         Q    And I think I asked you this, but if you did

19    get a hole in the piston, you would expect to see oil

20    both in the manifold gasket and in the turbo, correct?

21         A    Again, you asked me that and I said no.  I

22    would expect to see all that fuel being blown right

23    through that hole.

24         Q    Okay.  And where would it go after it got

25    blown through the hole?

1       A     Into the oil system.  It should then dilute

2   the oil, and that the oil will become very thin and

3   would lose its lubricating property and -- and then

4   cause an overheat.

5       **Q     It's okay.  If you need to take a break, you**

6   **know, to answer a call, let me know.**

7       A     No, no.  I switched it off.  Yeah.  Okay.

8       **Q     Can you agree that the exhaust manifold itself**

9   **is not lubricated with the oil?**

10      A     No.  The exhaust manifold is where the -- it's

11  a manifold where all the gases are escaping from the

12  valves --

13      **Q     Right.  And you don't typically --**

14      A     -- heading toward the exhaust.

15      **Q     Sorry.  And you don't typically -- or you**

16  **shouldn't have oil in the exhaust manifold if it's**

17  **working properly, correct?**

18      A     You shouldn't have oil in the exhaust

19  manifold, you would have soot deposit, you know.  But

20  you shouldn't really have any oil in the exhaust

21  manifold.

22      **Q     So, is it your testimony, I know I asked you a**

23  **similar question but, that the exhaust manifold would**

24  **never have oil leaked into it if there's a hole in the**

25  **piston or is that a possibility that that could happen?**

90

```
 1        A    Yeah.  If you degraded the piston, oil is now
 2   going to come back from the somp through the
 3   closed system, it's going to go back up and through that
 4   piston hole under pressure.  And it will then get in --
 5   in the valve housings and in the valves and things like
 6   that, and eventually get blown into the manifold.
 7        Q    And then, would it be possible for some of
 8   that oil that had got blown into the manifolds
 9   eventually to get into the turbo charger?
10        A    No, because it's going the other way under
11   pressure.  But it maybe possible depending on the
12   pressures.
13        Q    You would agree with me that just because an
14   exhaust manifold may leak oil doesn't necessarily mean
15   that you're going to get an engine failure, correct?
16        A    Well, again, I -- you know, I would say, if
17   it's leaking oil, that's an -- it's an indicative of
18   something serious going on.
19        Q    Okay.  But my question is:  Just because you
20   have oil coming out of the exhaust manifold, it does not
21   necessarily mean you're going to have an engine failure,
22   correct?
23        A    Well, who knows?  I would say you -- you're
24   heading towards some sort of failure.  Yeah.  It's just
25   not normal.
```

1      Q     Okay.

2      A     When it's going to happen, who knows?

3      Q     **Earlier, you had indicated some opinions that**

4  **you had read from RPM and Detroit Diesel about the seals**

5  **failing, correct?**

6      A     Correct.

7      Q     **Do you know whether or not prior to making**

8  **those determinations RPM or Detroit Diesel had been**

9  **aware that there was a hole in the piston?**

10     A     I have no idea.  I can't speak for was done

11  prior to my survey.

12     Q     **Do you think it would have been important for**

13  **those individuals to know before making a determination**

14  **that the seals had failed, that there was a hole in the**

15  **piston?**

16     A     I believe that RPM Diesel in fact had the

17  entire piston, the whole piston.  They were looking at

18  that when they made the determination.

19     Q     **Okay.  So, it's your testimony that it would**

20  **be important to know that you have a hole in the piston**

21  **before making any determinations about failed seals; is**

22  **that correct?**

23     A     Again, let me reiterate or qualify that

24  question.  It would be important to look at the entire

25  engine as a whole, all the parts, before you make any

1    determination.  And that is the problem I've got with

2    RPM's determination and Detroit Diesel's determination.

3    When you're looking at one single part -- it wouldn't

4    just be my opinion, and it would be common knowledge --

5    that you cannot -- you cannot possibly with any

6    certainty determine what the cause and origin was.

7         **Q    Well, let's take some other scenarios.  Let's**

8    **say an engine blows up or there's an engine failure and**

9    **you have to work backwards because your engine is now in**

10   **pieces.  Is it possible to determine the cause and**

11   **origin of the engine failure once it's in pieces?**

12        A    In pieces, what are you referring into?  Blown

13   up and there's pieces all over the engine space?

14        **Q    Sure.**

15        A    I mean, that would be impossible task then.

16   Again, generally, that's not what happened.  You're

17   looking at a hole in the block and you could then trace

18   it back.  If everything is in tact and there's a nice

19   big hole in the block.  I've never had any experience

20   with a -- I can't with some certainty and -- and a

21   highly probable cause and origin.

22        **Q    So, is it your opinion that you will never be**

23   **able to determine the cause of an engine failure if it**

24   **had been disassembled prior to you observing the**

25   **condition of the disassembled parts?**

93

1          A    No.  It would be my opinion that it would be

2      very difficult if not impossible to determine the cause

3      and origin once the engine disassembled after the loss.

4      It would then be doubly unlikely that you would ever work

5      with any certainty once the engine has been reassembled

6      and then disassembled it again, especially, if it's an

7      internal problem.  So, now you've caused further

8      problems.  So, the result and damage, you cannot tell me

9      what the origin was of the result and damage off to the

10     second go around, you know.  You're looking at result

11     and damage in just opining of what you think may have

12     caused it.  Well, there's a million different probable

13     causes.  So, at any certainty, it would be highly

14     unlikely if not impossible with forensic mechanical

15     experts.  And I'm talking about experts that specialize

16     just in Detroit Diesels.

17          **Q    Okay.  And you're not an expert that**

18     **specializes in Detroit Diesel; are you?**

19          A    No.  But those are the guys I refer to when

20     there's a likelihood of them even -- even making a

21     determination.

22          **Q    Why is it in this case that you didn't get one**

23     **of this Detroit Diesel experts out there to take a look**

24     **at this engine after it had been disassembled?**

25          A    Because, again, it been disassembled after the

1    loss and reassembled after the parts had been machined,

2    reassembled, sustained further failure, and then

3    disassembled and still not properly preserved.

4        **Q    Okay.  Is there a reason you didn't bring in a**

5    **Detroit Diesel mechanic to try and determine the reason**

6    **for the engine failure?**

7        A    Again, because everything had been

8    disassembled and already these parts had been sent up to

9    forensic experts, also called experts, being Detroit

10   Experts, and they had arrived -- arrived at that

11   conclusion, you know, and the parts had been machine

12   refurbished.  Again, it's like having a car accident and

13   being investigated with it, and then I tell you, "Well,

14   hang on.  I want you to tell me the first course of the

15   accident.  I'm having the second one that you're looking

16   at now just because I've hit the pole.  This is my

17   second accident, tell me what the first one was caused

18   by."

19       **Q    You didn't bring in an expert to try and**

20   **determine the second cause of the incident, did you?**

21       A    No.  No, because we're looking at the first

22   course.  That's the whole idea of the claim.  I don't

23   know what cause of the second cause -- or what the

24   second cause was.

25       **Q    You opined that -- you originally opined that**

1      if there had been a missing seal as RPM Diesel had

2      determined --

3           A    Yeah.

4           Q    -- that the engine would have failed within

5      hours of that reassembling of the engine without the

6      seal, correct?

7           A    I opined and I quote that all PM Diesel opined

8      that the failure with faulty workmanship because the

9      number three piston skirt was not fitted with the rubber

10     ring seal.  Well, I'm going back to Mr. Lamadrid and

11     say, well, this engine certainly had at least 750 hours

12     since 2007 when it was originally overhauled.  If the

13     skirt seal was not fitted at that time, what probability

14     is we would have lost oil already.  So, if Mr. Lamadrid

15     says to me, well, I didn't lose any oil in the past, all

16     right -- and I'm just taking to his logical conclusion,

17     that damage -- there would have been damage to that

18     engine which would have been open and obvious if in fact

19     he hadn't fitted that seal.

20          Q    Right.  You have expected to see some oil loss

21     before -- certainly while before 750 hours had been put

22     on this engine, right?

23          A    Absolutely.

24          Q    All right.

25          A    I think the oil would have bypassed that seal

1    area with a missing seal.  So, again, if they don't have

2    all the parts, say, just -- it's a simply an opinion.

3         **Q     What would be the result of having a bad turbo**

4    **charger or a turbo charger that wasn't working properly?**

5         A     Again, there's a number of -- there's a lot of

6    destruction that's going to be caused by a turbo that's

7    not spooling up properly, that's got warm bearings,

8    that's got missing seals, depending on the type of

9    turbo.  This is an oil lubricating turbo, so essentially

10   I would say the primary resulting damage of a missing

11   seal or degraded seal be the loss of oil.  Then you take

12   that to its logical conclusion and what's that going to

13   do.  If we're missing lubrication, we're missing oil,

14   the engine probably is not going to have enough

15   lubrication and it will overheat.

16        **Q     Do you know how long it would take for a bad**

17   **turbo with -- which has a leaking seal, how long it**

18   **would take for all the oil -- for the engine to loose**

19   **its oil in order for the engine to fail?**

20        A     No.  Again, it depends on the RPM and what oil

21   pressure there was and how badly degraded the seal was.

22   But, again, it wasn't made available for my inspection,

23   so I can't make a determination.

24        **Q     Would you expect to see black smoke prior to**

25   **an engine failure if you had oil coming out of a**

1    turbo -- or a turbo seal?

2        A    I believe that there would be evidence of

3    black smoke going through the exhaust, because oil was

4    being burned in the exhaust from the excessive exhaust

5    temperatures.

6        Q    You'd expect to see oil coming out of --

7        A    I would --

8        Q    -- black smoke coming out of that exhaust if

9    there was oil coming out of the turbo seal, correct?

10       A    Yeah.  I would imagine that you would at some

11   stage, yeah.

12       Q    Do you believe the engine in this particular

13   case overheated?

14       A    I think that the evidence that I saw certainly

15   shows that there has been an overheat at some stage.

16   Whether it was the first loss or the second loss, I

17   don't know.

18       Q    Okay.  If the engine overheated, would you

19   expect to see cracked cylinder heads?

20       A    It depends again what the internal temperature

21   was, because a severe of it is likely that you will

22   crack cylinder heads.

23       Q    Did you see any evidence of cracked cylinder

24   heads during your inspection?

25       A    No, because I was told that the cylinder had

1    been removed and reworked by Mr. Lamadrid.  And the

2    manifold had been reworked or refurbished.

3        Q    So, you didn't see any evidence of cracked

4    cylinder heads; is that correct?

5        A    No.

6        Q    Okay.  Did you inspect the coolant system to

7    determine if there's coolant in the engine?

8        A    No, there was no coolant in the engine.  It

9    would be broken down.

10       Q    Okay.  So, you don't know whether or not there

11   was coolant in the engine at that time of the time of

12   failure?

13       A    At the time of the first failure or the second

14   failure, I have no idea.

15       Q    Either.

16       A    Yeah, I have no idea.

17       Q    Right.  Can a piston overheat without the

18   coolant overheating?

19       A    I -- yeah.  I believe it can.

20       Q    And that's true because the pistons are cooled

21   by oil, correct?

22       A    Correct.  So, if you have a lack of oil, that

23   is one likely that the piston -- or piston might have

24   been abraded against the cylinder.

25       Q    Right.  And the piston can overheat because of

1        a lack of oil, correct?

2              A    Absolutely.  When you have a lack of

3        lubrication, you got metal to metal which creates heat.

4              Q    So, you can have an engine that can still be

5        cooled by the coolant with the piston overheating,

6        correct?

7              A    Yeah.  At some stage, the coolant is going to

8        become ineffective because of block holes steadily heat

9        up and the coolant wouldn't do its job either.

10             Q    And these Detroit Diesels have very large oil

11       coolers, correct?

12             A    They have coolers, yeah.

13             Q    Okay.  Would you characterize them as large?

14             A    I would say very large.

15             Q    Would you characterize them as larger than

16       order engines?

17             A    No, not today.  Because it depends on the

18       configurations.  The model engines -- the modern

19       engines, you know, they have -- have just as much

20       capacity.  That's the design of the engine.

21             Q    I think you wrote it in your report.  But you

22       agree that the failures of these generators have nothing

23       to do with the engine failure, correct?

24             A    I said I couldn't -- I couldn't determine

25       that.

1      Q    Okay.  You have no idea why the engines -- or,

2    I'm sorry, strike that.  You have no idea why the

3    generators in this boat failed, correct?

4      A    No.  Mr. Lamadrid told me the failure in the

5    Bahamas and then the second one failed on the way back.

6      Q    Did you have any ideas of the age of the

7    generators at the time of this incident in 2008, 2009?

8      A    Well, they were original according to

9    Mr. Lamadrid, they were old, yeah.  They were aged.

10     Q    Mr. Lamadrid told you that the generators --

11     A    Yeah.

12     Q    -- were original to the boat?

13     A    Yeah.

14     Q    Okay.  If both generators had failed at

15    approximately the same time or in close proximity, would

16    that indicate to you that there may be another problem

17    with the boat other than the generators?

18     A    Depending on where the source of the fuel was,

19    my first likelihood -- my first usual suspect, there

20    would be a fuel system failure or contaminated fuel,

21    depending on where they're being fed from, if it's a

22    common tank feeding all machinery.  I have -- I have had

23    a recent claim that within 45 minutes, both main engines

24    and both generators failed catastrophically from

25    contaminated fuel.

1     Q     Is it possible that both generators could have

2     failed because of an electrical panel failure?

3         A     Anything is possible.

4         Q     But you didn't make any determination whether

5     or not there's an electrical panel failure in this motor

6     vehicle?

7         A     Yeah.  It wasn't part of the claim.

8         Q     If you had a rubber -- or if you had a failure

9     at the rubber ring seal as stated by RPM Diesel, would

10    you expect that the boat would have run out of oil?

11        A     I'd expect it would have had oil dilution now,

12    it would have lost oil, yeah.

13        Q     But you don't know whether or not there was

14    any oil dilution on this boat at the time of the

15    incident, correct?

16        A     No, because nobody took an oil sample of the

17    first loss.

18        Q     Do you have any idea how old the seals were?

19        A     No idea.  Again, I must go back to what

20    Mr. Lamadrid told me, that he rebuilt it in 2007.

21        Q     And you would have expected at that time that

22    the seals had been replaced, correct?

23        A     I would have expected it if it would be in a

24    complete overall, yeah.

25        Q     Would you agree that if it was the relief

1      valve that got stuck on this boat that it could have

2      caused a lack of oil pressure?

3              A    It may have.

4              Q    Could that have caused the piston to overheat?

5              A    It may have.

6              Q    Did you see any evidence during your

7      inspection that the cooling valves showed pitting?

8              A    No.

9              Q    Would you expect to see pitting on a cooling

10     valves for an engine that had overheated?

11             A    Well, it depends on why it overheated.

12     Pitting is caused by contaminants or any other corrosive

13     element.  Coolant causes pitting on some of the alloys,

14     some of the valve alloys, some of the bearing alloys.

15     Coolant actually pits it and stains them.  So --

16             Q    Okay.  But my question is:  Would you expect

17     to see pitting on a cooling valve if an engine had

18     overheated?  I know there could be other causes, but

19     would you expect to see that if an engine overheated?

20             A    Maybe.

21             Q    Okay.  Are you aware that -- strike that.  As

22     part of the information that you reviewed, did you see

23     invoices in there for rebuilding the turbos in 2007?

24             A    I'd have to go back through my records, but I

25     don't believe -- I don't believe I did.  So, getting

```
 1      back to the question, did I see that any evidence of
 2      that turbos had been rebuilt or refurbished in the year
 3      2007?
 4           Q     Correct.  When the invoice is submitted to you
 5      that indicated the turbos had been rebuilt or
 6      refurnished in 2007.
 7           A     On the invoice dated 1/2/07, you'll see the
 8      second to -- or penultimate line I didn't receive two
 9      service; quantity, 2; item code, service turbos rebuilt.
10           Q     Okay.
11           A     At $850 apiece, I doubt it.  But, you know,
12      what does that rebuild.  There's no other supporting
13      documents to show what that rebuild entailed.  Was it a
14      new cartridge, was it just a seal, was it a bearing?  I
15      don't know.
16           Q     Let's take a look --
17           A     It seems awfully cheap.
18           Q     Let's take a look at the Everglades receipt
19      that's part of your file.
20           A     Yeah.
21           Q     Okay.
22           A     But where are you?
23           Q     I'll show you, right here.
24           A     Okay.
25           Q     Okay.  Does that indicate to you that the
```

1    turbo charges had been rebuilt?

2         A    It indicates parts and labor to recondition.

3         Q    To Garnett Turbocharger Assemblies, correct?

4         A    Turbocharger Assemblies, yeah.

5         Q    So --

6         A    And it's the same line item as on his -- on

7    Mr. Lamadrid's invoice.

8         Q    You're talking about the Miami Yacht and

9    Engine Works invoice?

10        A    Yeah.

11        Q    So, it would appear to you that Everglades

12   Diesel charged Miami Yacht and Engine Works $1,700 for

13   parts and labor to recondition the turbochargers?

14        A    To recondition them.

15        Q    Yeah, Okay.  So, based on these invoices, you

16   would agree that the turbochargers appear to be

17   reconditioned sometime in 2007?

18        A    Well, I don't know whether they appear to be

19   because I don't know what turbochargers he's talking

20   about.  It's as simple as that.  This is showing me that

21   two turbochargers were rebuilt.

22        Q    And it was represented to you that this was an

23   invoice for the Alacia, correct?

24        A    It was represented all for the fact in the

25   supporting documents submitted by Mr. Lamadrid to

1     support the fact that he had rebuilt his engines.

2          Q    Okay.  And you have no reason to believe that

3     this documentation provided not for the Alacia, correct?

4          A    No.  Yeah, I have no reason to believe it.

5     Yeah.

6          Q    So, if we're looking based on the invoices, it

7     would indicate to you that the turbochargers were

8     rebuilt or reconditioned --

9          A    Or reconditioned.

10         Q    -- in 2007?

11         A    Correct.

12         Q    Let's talk for a moment about overhauling of

13    an engine.

14         A    Mm-hmm.

15         Q    Have you ever participated in the overhauling

16    of an engine?

17         A    I've witnessed overhauls, yeah.

18         Q    You've witnessed them; have you ever

19    participated in them?

20         A    No.  I've been an observer.

21         Q    Okay.  Have you ever observed the overhaul of

22    a Detroit Diesel engine?

23         A    Yes, I have.

24         Q    Have you ever participated in the overhaul of

25    a Detroit Diesel engine?

1        A    No.

2        Q    Okay.  Have you ever observed the overhauling

3    of the type of Detroit Diesel engine that was in

4    Mr. Lamadrid's boat at the day of the incident?

5        A    Absolutely.

6        Q    Okay.  How many times have you observed that?

7        A    I just had a very big claim with two

8    1271s.

9        Q    Okay.  Did you observe the overhauling of

10   those engines?

11       A    Yes.

12       Q    Okay.  How many Detroit Diesel 1271s have you

13   observed being overhauled?

14       A    Probably three or four.

15       Q    Okay.  Do you agree that these types of

16   engines are made to be overhauled inside of the boat,

17   unless you need to take the block out, correct?

18       A    On major overhaul, you would take the block out.

19       Q    Okay.  Well, why is it that you need to do a

20   major overhaul to take the block out?

21       A    Well, because you're going to have to measure

22   whether the journals in fact fit the block.  Heat can

23   cause elongation of the general housings, all right, all

24   the crank shaft.  So, you would have the elongated half

25   burner and the second half, if it's underneath,

1    would be the main seals, the main bearings holding the

2    crank shaft in.  Well, those housings can elongate, in

3    which case, the block is rendered useless.

4         Q    So, it's your --I'm sorry.  You're done?

5         A    Yeah.  No.

6         Q    Okay.

7         A    So, when you're conducting a major overhaul,

8    you're going to take the engine completely apart,

9    inspect the block, inspect the coolings, systems, the

10   air passages, the cooling passages, bower thing out,

11   clean everything, and then inspect the crank shaft, the

12   cam shafts, the rods, the bearings.  You're going to

13   replace bearings.  You're going to -- you're going to

14   check the journals on the crank shaft, you're going to

15   check all these main seals and main bearings.  All the

16   gaskets are going to be replaced.  That's a major

17   overhaul where the engine is, at the end of the day, a

18   zero hour engine as new built around the old block.

19        Q    Okay.  Is it your opinion that every time you

20   do an overhaul one of these types of Detroit Diesel

21   engines that you need to remove it from the boat in

22   order to perform an overhaul?

23        A    I would say to do it properly you should

24   remove the block.  In most vessels, especially of this

25   long, this size, you've got limited space in the

1      engine -- in the engine room.  And order to inspect all

2      the main bearing, houses, and things, you would have to

3      check the engine of at least and then target them.

4          **Q    Are you familiar with what's known as an**

5      **in-frame overhaul?  In-frame overhaul.**

6          A    In-frame overhaul?  Absolutely.

7          **Q    Okay.  What type of overhaul is that?**

8          A    That's when the block remains in the boat.

9          **Q    Okay.  And is it your testimony that you**

10     **should never conduct an in-frame overhaul at this type**

11     **of engine, of a Detroit Diesel 1271?**

12         A    You can perform an overhaul in-frame.  I'm

13     talking about a major rebuild, major overhaul where

14     you're telling me the engine is a zero hour engine.

15         **Q    Okay.  Well, what would -- if you had done an**

16     **in-frame overhaul --**

17         A    Yeah.

18         **Q    -- would you consider that to be a sufficient**

19     **overhaul of the engine?**

20         A    If it was done properly and all -- all of the

21     parts were inspected and the block was carefully

22     inspected.  Remember you're looking for minute cracks and

23     things like that can acquire in the costing, blocks

24     are iron costing, you know, are susceptible to

25     cracks promulgated, are susceptible to cracks opening

1    under heat.  So, that crack won't appear when the block

2    is cold.  When the block is warn, suddenly the crack

3    promulgates and starts emitting oils and things like

4    that.  So, walls and cylinder is in the distances.

5    These things crack like heads. They crack when they get

6    warm, but don't show up when they're cold.

7        **Q    So, is it your opinion that cam shafts and**

8    **crank shafts always need to be changed during an**

9    **overhaul?**

10       A    They have to be carefully inspected.

11       **Q    Inspected but changed?**

12       A    Not necessarily.  If there's no -- no gouging,

13   no abrasions on the -- on the polish journals -- because

14   you're talking about tolerances that are minute

15   between bearings and general faces.  So, if there's no

16   abrasions, gouges, or anything else that will cause

17   damage or anything to bind, then I don't agree it should

18   be replaced.  However, there should be some sort of

19   record of inspection, and that's performed by an expert

20   generally.  And at the end of the roll, the engine

21   should be run up and bench-tested and dinotested to see

22   that the horsepower being produced from this major oil

23   are always consistent with the manufacturer's

24   specifications.  So, when an engine get very old,

25   Detroit have a program that starts the designated W,

1   starts at one and ends at six.  So, depending on the age

2   of the engines, they tell you when these major services

3   are recommended.

4       **Q    Okay.  And do you know at what point the major**

5   **services would have been recommended for this engine?**

6       A    4,000 hours generally in this engine that W6

7   is recommended.

8       **Q    And what's --**

9       A    To the best of my knowledge.

10      **Q    What's a W6?**

11      A    That's a major overhaul.

12      **Q    Okay.  When would an in-frame overhaul be**

13  **recommended?**

14      A    You can do the major overhaul in-frame if you

15  made the proper inspections, if you have the equipment

16  and you have the -- the space to do it.

17      **Q    So, if Mr. Lamadrid had performed an in-frame**

18  **overhaul with the necessary capabilities that you've**

19  **discussed --**

20      A    Yeah.

21      **Q    -- prior to the engine reaching 4,000 hours,**

22  **that could be sufficient under the Detroit Diesel**

23  **guidelines?**

24      A    That Detroit would then be happy that you

25  followed their recommendations. However, all prudent

1    mariners, including Detroit, nobody puts in their

2    handbook "check oil every day".  Nobody does that.

3    That's taken for granted.  It's like getting a new car.

4    Nobody says check the air pressure every day, check the

5    oil everyday, check the coolant every day, doesn't say

6    that in the handbook.  Just the same with every marine

7    engines, they don't say that.  So, the prudent mariner

8    makes these inspections on a daily basis, every time

9    they use the boat.

10       **Q    It's your testimony that a prudent mariner**

11   **should inspect their oil, their coolant and all the**

12   **other levels that you just testified to on a daily**

13   **basis?**

14       A    Every time they run the boat, before they

15   start the engine, first thing they do.

16       **Q    You performed -- if you want to look at page**

17   **four of your report, you talked about your examination**

18   **of the invoice for the top end, in quotes, for the top**

19   **end service inclusive of rods and piston kits was**

20   **performed, which is a far from a major overhaul.  Page**

21   **four.**

22       A    Which -- you're talking about the supplemental

23   report?

24       **Q    Your supplemental report, first paragraph.**

25       A    Yes.

```
 1          Q    Okay.  Then you go on to say a major overhaul
 2     involves a complete teardown, inspection and rebuild,
 3     and then you put injectors at service.  In this case, do
 4     you not believe that the injections were -- injectors
 5     were serviced at the time of the overhaul in 2007?
 6          A    It didn't appear so from his invoice.  I -- I
 7     made an opinion here where I say, don't take it out of
 8     context, injectors are serviced, oil coolers are cleaned
 9     and all gaskets are replaced.  That's a minimum.
10          Q    Okay.  In this particular case --
11          A    Yeah.
12          Q    -- you have the evidence to suggest that that
13     was not done during the overhaul in 2007?
14          A    Because it doesn't reflect in his invoice
15     that --
16          Q    Take look at his invoice, if you could,
17     please.  It's part of your file.
18          A    Yeah.
19          Q    Here you go.  Last line item in that invoice
20     is 12 injectors, right?
21          A    Yup.
22          Q    Would that indicate to you whether or not the
23     injectors were serviced?
24          A    Well, it appears there, but again there's no
25     supporting documents.  In mainly -- I don't think
```

1    they ran a push test and this.

2         Q    Okay.

3         A    It's usually done by summary like fuel

4    injections services.

5         Q    Why don't you to take a look at the Everglades

6    invoice that's supporting it.

7         A    Yeah.

8         Q    Same line item.  Okay.  Well, do the numbers

9    match up for the injectors there as it does on the

10   invoice?

11        A    That's the line item, yeah.

12        Q    Okay.

13        A    Reconditioned.

14        Q    Okay.  Well, would a reconditioned injector be

15   sufficient to use in an overhaul?

16        A    No.  In a major overhaul, you replace

17   injector.

18        Q    Do you have any evidence that the oil coolers

19   were not cleaned during the overhaul that was performed

20   in 2007?

21        A    There is no evidences to support that they

22   were cleaned thoroughly and all the air passages and

23   oil -- and -- and oil passages were cleaned.  In other

24   words, was the block cleaned up?

25        Q    Do you have any evidence to suggest that it

1      was not performed?

2          A    No.

3          Q    Okay.  Do you have any evidence to suggest

4      that not all the gaskets were replaced during the

5      overhaul?

6          A    Again, I'm going on the basis of their

7      invoice, and it doesn't show me all the gasket kits.

8          Q    Well, it comes -- the invoice was supported

9      with other invoices, correct?

10         A    Yeah.  And then this -- well, this invoice

11     dated 1/2/07 show or reflects other invoices.

12         Q    Right.  And --

13         A    Agree?  So, you see on the third line it says

14     one gasket, $25.31.  The first lines it says, up a

15     gasket set $79.  That's not all the gaskets.

16         Q    Did you have any evidence to suggest that not

17     all the gaskets were replaced?

18         A    By looking at this invoice, I can tell you

19     it's not all the gaskets.

20         Q    Have you seen the supporting invoice from RPM

21     Diesel which is dated December 14th, 2006 which

22     references the two head gaskets set that was purchased

23     for $79.30?

24         A    That's head gaskets.  And this one is dated

25     2007.  So, what are you telling me, did they ordered it

1    in 2006 and happened to use it in 2007 on this

2    particular engine?

3        **Q      It was only about three weeks apart, right?**

4        A    This is a boat job we're talking about three

5    weeks are part and parts if you're buying diesel parts.

6    It doesn't say for that particular engine.  Again,

7    there's no real evidence to show that it was properly

8    overhauled.

9        **Q      So, what would have been sufficient for you**

10   **then if not providing invoices, how else would somebody**

11   **substantiate for you that the item for purchase in the**

12   **work was performed?**

13       A    By supplying an invoice from a recognized

14   Detroit guy showing that they rebuilt the engine.  Not

15   from a yacht, yacht.

16       **Q      Were you claiming you rebuilt it and produced**

17   **an invoice?**

18       A    Let's be quite honest here, you can -- you can

19   make these invoices all day long.  You can manufacture

20   these invoices all day long.  And I have nothing against

21   Alberto Lamadrid, I'm handling claims there right now.

22       **Q      So --**

23       A    But it is a boatyard.

24       **Q      So, it's your opinion that these proceeds or**

25   **invoices were fabricated somehow to show that an**

1    **overhaul was conducted when in fact it was not?**

2         A    I didn't say that; do I?  I said they could

3    have been fabricated.  But that's -- those that were

4    submitted do not indicate a complete overhaul.

5         **Q    So, your sole basis for saying for saying that**

6    **a complete overhaul was not performed on this boat was**

7    **simply based on the review of the documentation that was**

8    **submitted by Mr. Lamadrid?**

9         A    Correct.

10        **Q    Okay.  You indicated when you looked at the**

11   **Star Board engine that there was a sticker below the**

12   **counter for hours which reads 3441?**

13        A    Correct.

14        **Q    Did you ever find out what that sticker was in**

15   **relation to whatever that meant?**

16        A    Not even Mr. Lamadrid knew what that was, you

17   know.  Again, I would surmise that you're talking about

18   hours.  So, somebody made a mention of hours and stuck

19   it on sometime in the past.

20        **Q    Presumably to indicate the number of hours**

21   **that were on the engine at the time of the overhaul?**

22        A    Presumably to indicate the number of hours at

23   some time in its life.  Because if you look at my

24   report, you will see that the engines were reportedly

25   had 750 hours on them.  However, and this is in my

1    supplemental report, the hour's reading of the gauge

2    were 4300 hours.  Now, did that 4300 hours represent

3    4300 hours since the other 3700 hours were on that gauge

4    since our first overhaul, because we don't know.  There

5    was another overhaul performed.  And how many hours did

6    that engine really got abused?  You would think if

7    somebody was overhauling the engine and they would zero

8    out that, and that have a zero hour engine, or at least

9    calibrate an hour meter, which is accurate.  But the

10   prudent mariner does that.  In this case, they didn't do

11   that.  So, if I'm reading off a gauge and it says 4300

12   hours, I must assume that's how many hours the engine's

13   got.

14        **Q    If you take a look down about midway through**

15   **the page of your report, page four, the page you were**

16   **looking at previously.**

17        A    Yeah.

18        **Q    The last sentence of the one, two, three,**

19   **four, five -- the fifth star, your five asterisks on**

20   **page four.**

21        A    Okay.

22        **Q    The last sentence, it says most -- you say**

23   **most of the work of performed or accounted for is**

24   **certainly indicative of refurbishment."**

25        A    And not engine service.

1      Q    Okay.  Fair enough.  But my question is:  What

2  is "refurbishment"?

3      A    You know, making it good, cleaning it up,

4  fixing it, refurbishment.  You're repairing something,

5  in other words.

6      Q    Okay.  So, when you say "refurbishment"

7  throughout your report, you say that -- that's

8  indicative of a repair?

9      A    Of repair, yeah.  And sometimes replacement.

10     Q    Okay.  Do you know whether the main and rod

11  bearings have dates of manufacturing on them?

12     A    I didn't -- I didn't list them as they do, but

13  generally they do.

14     Q    Okay.  So, you didn't do anything to determine

15  what the main and rod bearing manufacturing date was,

16  did you?

17     A    No.

18     Q    Okay.  What about the cylinder kits, do the

19  cylinder kits typically have manufacturing dates on

20  them?

21     A    Not really.  Not the cylinder kits say all

22  marked.  I don't know if that indicate -- if it's

23  indicative of the -- because remember, You get the

24  reliable parts which Detroit authorized and Detroit

25  parts.

1      Q    Okay.  Did you do anything to determine

2    whether or not there are any manufacturing dates on the

3    cylinder kits during your inspection?

4      A    No.  I think I've -- I think you asked and I

5    answered that.  No, I didn't.

6      Q    Okay.  What work did you determine was

7    refurbishment in your review of the work on the boat?

8      A    I think it was a top end overhaul.  Not a

9    complete overhaul.

10      Q    Okay.  So, when you're talking about

11    refurbishment throughout your opinions, you're talking

12    about the overhaul in 2007?

13      A    No.  I'm talking about -- I just said,

14    refurbishment could be replacement or reconditioning,

15    all service work.

16      Q    My question is:  What other work were you

17    referring to with regards to refurbishment other than

18    the overhaul in your report when you're talking about

19    refurbishment?  And I'm trying to find out what exactly

20    it is you're referring to other than the overhaul.

21      A    What refurbishment am I referring to?  In what

22    specific instance are you talking about?

23      Q    I don't know.  It's your report.  You said

24    most of the work or accounted for is certainly

25    indicative of refurbishment and not engine service.

1          A    I think that's the top, I think it's not --

2     major service should be -- major services is what I'm

3     remarking on.  And I think the word "major" has been

4     omitted there erroneously.  Refurbishment again is

5     replacement and/or repair in that particular instance.

6          **Q    So, it's your testimony that you can buy a**

7     **refurbished or rebuilt cylinder kits?**

8          A    No.  You can buy Reliabuilt, it's a

9     manufacturer recognized by Detroit that sells Detroit

10     parts.  You can either buy it directly from Detroit or

11     you can buy it form the company called Reliabuilt.  Then

12     you can go buy chinese parts for all I know, and you

13     can.  But the two common suppliers in America is

14     Reliabuilt and -- and Detroit Diesel themselves.

15          **Q    Okay.  Let's talk a little bit about the cost**

16     **of repairs to this vessel.**

17          A    Okay.

18          **Q    Your ultimate opinion in this case was that**

19     **the cost of repair on this boat, you put an estimate at**

20     **about a $110,000; is that correct?**

21          A    That's a field estimate.

22          **Q    What's a field estimate?**

23          A    That's an estimate that I performed taking

24     into account supporting documents.  And in this

25     instance, if we're referring to my supplemental report

1        dated 3/30, I took Mr. Lamadrid's estimate being at

2        boatyard at $87,000, and I included lay days and the

3        like and I came up in the figure of $110,000.

4            **Q    In fact, in your initial estimate -- or your**

5        **initial report, you estimated the repairs to be**

6        **somewhere in the $87,000 range, correct?**

7            A    Because I'm taking it directly from a

8        boatyard, namely Mr. Lamadrid.  It's reflective of what

9        he has estimated.

10           **Q    Right.  And when you go out there, you're**

11       **supposed to make an independent assessment as to what**

12       **the estimate of repairs are going to be, right?**

13           A    No, not necessarily.

14           **Q    Is there a reason that you didn't take into**

15       **account the lay days or the paints or the other**

16       **items you just discussed that you've added now to**

17       **your supplemental estimate in your original report?**

18           A    The obvious reason would be it's coming from

19       boatyard.  Mr. Lamadrid, I would remind you, owns a

20       marina.

21           **Q    So, is it your testimony that Mr. Lamadrid**

22       **would be in a better place to estimate the cost of**

23       **repairs of his boat than you would be?**

24           A    Absolutely.  Absolutely.  Not only that, I'm

25       reliant to Mr. Lamadrid's estimates for other clients.

```
 1          Q    Okay.  So, you've received other estimates

 2     from Miami Yacht and Engine Works?

 3          A    Under normal course of business, yes.

 4          Q    Okay.  And do you believe their estimates to

 5     be fair and reasonable in the industry?

 6          A    I haven't had occasion to -- to -- you know,

 7     to question him much.

 8          Q    Okay.  So, you would agree that his

 9     estimates --

10          A    So, yeah.  Generally -- generally, they are

11     fair and reasonable.

12          Q    The estimates that you've already reviewed

13     from Miami Yacht and Engine Works have been reasonable

14     in the industry, is that correct?

15          A    Generally.

16          Q    Okay.

17          A    Have been fair and reasonable, yes.

18          Q    What haul out rate did you estimate for for

19     this boat?  What was the rate you estimate for for haul

20     out?

21          A    Oh, quite frankly, I cannot remember what was

22     the rate.  I think I used the rates listed by Lamadrid's

23     sheet that I've worked with with other -- with other

24     clients.

25          Q    You're talking about Miami Engine -- Yacht and
```

1    **Engine Works?**

2         A    Miami Yacht and Engine Works, yeah.

3         **Q    Okay.  So, that's where you got the haul out**

4    **rate that you included in your estimate of $110,000?**

5         A    Yeah.

6         **Q    Okay.  How may lay days did you allow for --**

7    **to repair the vessel in your estimate?**

8         A    I would have to answer that by going back into

9    my notes.

10        **Q    Do you have notes in this case?**

11        A    I think I was referring in then supplemental

12   report.  I think I made some calculations and I may

13   still have in drafting this report.  So, I can't be

14   specific at this time of how many lay days I used and,

15   you know, exactly the haul out break.  But I'm giving

16   you an average, that's how I arrived with at that field

17   estimate of $110,000.

18        **Q    But you don't know how many lay dates you**

19   **allowed them for?**

20        A    I forget right now.

21        **Q    Do you know what the rate was that you allowed**

22   **it for?**

23        A    Again, I don't know which -- which document I

24   referred to at the time, but I did refer to a document.

25        **Q    Okay.  Are there any notes or draft of reports**

1      that are not here today?

2           A    No.  No.

3           Q    Okay.  So, you're not able to find in any one

4      of your reports where you came out with this, the lay

5      day or the amounts, you don't --

6           A    No.  I was reading -- I think I was reading

7      his estimate, and I was reading another -- I think I was

8      being reliant more so on -- on -- on his estimate.

9           Q    When you say "his", are you referring to

10     Mr. Pichel's estimate?

11          A    Yeah.

12          Q    So, you referred to Mr. Pichel's estimate in

13     order to come up with some of your own numbers for the

14     estimate of repairs; is that correct?

15          A    In order to arrive with an aggregate, yes.

16          Q    Are you familiar with Mr. Pichel?

17          A    No.

18          Q    Have you ever had occasion to work in any

19     other cases where Mr. Pichel was the mechanic in the

20     case?

21          A    No.

22          Q    Have you ever had any involvement with Titan

23     Yacht -- Custom Yachts?

24          A    No.

25          Q    Okay.  Do you know -- strike that.  You

1       **indicate on here that you only need to paint one side of**

2       **the hall in order to effectuate the repairs for -- of**

3       **cutting a hole into the hall to pull out to starboard**

4       **engine, correct?**

5           A    That would be the norm.  Unless the paint is

6       so degraded and so aged, it would never match.  However,

7       in this case, the color is matchable.  You don't look at

8       the yacht both sides at the same time.  So, the -- the

9       accepted marine practice is to cut a line on the stem

10      and cut a line on the transom and paint one side.

11          **Q    What test did you perform to determine that**

12      **the paints would match on the -- both sides of the hall?**

13          A    It's not an unusual color.

14          **Q    Okay.  My question is, what did you do to**

15      **determine that the paint in one side of the hall would**

16      **match the other side?**

17          A    Just simply from experience.  Start an unusual

18      color.  It's not hard to match that color.  It's an --

19      it's an Awlgrip two -- I mean, it's an Awlgrip two-part

20      urethane paint.  All right.  And you don't see both

21      sides of the paint.  So, the accepted marine practice in

22      affecting a repair like that -- and I've just done

23      another Broward.  With Rolly Marine, they only painted

24      one side of the boat.  So, if you took it to a --

25      after the fact and it was five points off, it really

 1    doesn't make any difference.

 2        **Q    Have you done anything in this case to**

 3    **determine whether or not the glosses are off on both**

 4    **sides of the hall?**

 5        A    I don't need to.  It is not loss-related.  The

 6    other side of the boat is not affected.  It's not

 7    loss-related.  So, if Mr. Lamadrid let that paint go to

 8    hell in a handbasket and it didn't match, the closest we

 9    can do would only necessitate painting one side of the

10    boat.

11        **Q    Okay.**

12        A    Okay.

13        **Q    But do you have any evidence -- strike that.**

14    **You agree with me, you don't have any evidence that the**

15    **failure of the engine itself was caused by wear and**

16    **tear, correct?**

17        A    I don't have any evidence as to why the engine

18    failed --

19        **Q    Okay.**

20        A    -- period.

21        **Q    My question is --**

22        A    Not to wear and tear.  I cannot determine

23    that.

24        **Q    Let me ask it again.  You would agree with me**

25    **that you don't have any evidence that the failure to**

1        **this engine itself was caused by wear and tear, correct?**

2                    MR. GOLDMAN:  Objection.  Asked and answered.

3            A    I think there's ample evidence that would

4        suggest wear and tear.  But I don't have any evidence

5        because the evidence was spoiled.

6            **Q    (By Mr. Caine) Okay.  It's a yes-or-no**

7        **question.  Do you have any evidence that would**

8        **suggest --**

9                    MR. GOLDMAN:  Objection.

10           **Q    (By Mr. Caine) -- that the --**

11                   MR. CAINE:  Let me get my question out, then

12               you can object.

13                   MR. GOLDMAN:  This is the third time.

14                   MR. CAINE:  Okay.  Well, you can get your

15               objection off for the second.

16           **Q    (By Mr. Caine) You would agree that you don't**

17       **have any evidence, yes or no, that the engine itself**

18       **failed as a result of wear and tear?**

19                   MR. GOLDMAN:  Objection to the form.  It is

20               not a yes-or-no question and you're not going to

21               get a yes-or-no answer.  I would anticipate you

22               haven't before.

23           A    Again, you know, I'll just reiterate what I

24       said.  I don't have any evidence because the evidence

25       was spoiled.  So, I can't tell you whether it was wear

1    and tear or not and whether there is evidence.  There is

2    evidence to suggest wear and tear.  Can I prove it?  No.

3    And I'm not going to try it because it's beyond any

4    expert to determine what caused this engine to fail.  I

5    defy any expert to find why this engine failed with the

6    state of the evidence that was presented after a second

7    takedown.

8         **Q    (By Mr. Caine) Did you ever tell the carrier**

9    **that the cause of the engine failure was wear and tear?**

10        A    I said that if you are looking at an expert

11   report from an expert that Mr. Lamadrid supported this

12   plan with, he is submitting opinions from experts where

13   they are saying the seal failed.  I opined that a seal

14   is a serviceable item.  And if you do not replace it in

15   a timely fashion when it demands replacing, then it

16   becomes a wear and tear issue.

17        **Q    Okay.  That's really not the answer to my**

18   **question.  My question was, did you ever tell the**

19   **carrier that the cause of the engine failure was wear**

20   **and tear?**

21        A    I don't believe I specifically said it's wear

22   and tear.  I said it's consistent with wear and tear.

23        **Q    Other than the RPM Diesel and the Detroit**

24   **Diesel report, what other evidence would you rely upon**

25   **to suggest that this engine was damaged as a result of**

```
 1    wear and tear?

 2         A    There is no other evidence available.  It,

 3    again, had been spoiled.  I'm being reliant on experts'

 4    reports.

 5         Q    All right.  You want to give me a few -- or

 6    no, actually.  Yeah.

 7              MR. CAINE:  I'm going to attach a copy of

 8         Titan Custom Yachts' estimate.  We'll put --

 9         we are up to C.

10              MR. GOLDMAN:  Or Plaintiff's C.

11              MR. CAINE:  Plaintiff's C.

12                   (Thereupon, Exhibit C was entered

13                   into the record.)

14         Q    (By Mr. Caine) Have you had a chance to review

15    that before?

16         A    Yes, I did.

17         Q    Obviously, you don't agree with the pricing

18    that's -- or the price that's stated in order to bring

19    this boat back into its pre-loss condition; is that

20    correct?

21         A    Repeat that.

22         Q    Do you agree with the total amount that's

23    stated on this estimate to bring the boat back into its

24    pre-loss condition, meaning before the engine failed?

25         A    You know, I think you should be more specific.
```

1    Is this the cost that's going to cost to rebuild the

2    starboard engine?  I don't confidently what the pre-loss

3    condition was.  We're going to bring it back with failed

4    generators and everything else.  I've examined this

5    estimate submitted by Titan.

6           Q    Okay.

7           A    We are referring to the starboard engine, the

8    rebuilding of the starboard engine.

9           **Q    You don't see anywhere on this estimate words**

10   **talking about rebuilding or replacing generators, do**

11   **you?**

12          A    No.

13          **Q    Okay.  Is there any portion of this estimate**

14   **with which you disagree?**

15          A    Yes.

16          **Q    Please tell me the portions of the estimate**

17   **that you disagree with and why.**

18          A    "Prep and paint whole sides," which we already

19   explained.  I'm not going to paint both whole sides,

20   nobody does that.  It's not the norm.  "Prep and paint

21   whole bottom and running gear" for $10,625, why would

22   you do that?

23          **Q    So, you don't agree --**

24          A    It's not loss-related.

25          **Q    So, you don't agree that that's necessary, you**

 1      don't need to prep and paint the whole bottom and

 2      running gear in order to effectuate a replacement of the

 3      starboard engine on this boat?

 4          A    No, no.  It's absolutely not necessary.

 5      Besides, that's an inflated figure if you look at an

 6      aggregate of similar boats and similar estimates.

 7          Q    What would be the appropriate figure, in your

 8      opinion, if it needed to be done?

 9          A    Probably $2,500, and it's called a "refresher

10      coat".

11          Q    Okay.

12          A    The -- the norm, the marine norm and repaying

13      norm for this is what they termed a "refresher coat".

14      Once the boat has been on hold for any long period of

15      time, the bottom paints, especially today's bottom

16      paints, do not degrade in the air, but they do sustain

17      what they call riverbearing.  They become a little dry.

18      So, the accepted marine practice is to put a refresher

19      coat over that paint, which has to be compatible with

20      that particular paint, and then relaunch the boat.

21      Titan, in here, also in "prep and paint whole bottom and

22      running gear," what's running gear got to do with it?

23      Was the running gear painted with what?  With gold

24      flake?  "Captain for sea trial," $250.  That sounds like

25      one hour.  "Mechanic for sea trial," $270.  I don't

1      agree with prep and paint whole sides, I don't agree

2      with prep and paint the whole bottom thing.

3      "Miscellaneous, engine oil and pillow oil filter, engine

4      paint," $625.  Well, they would have to be more concise

5      than that.  How much is labor and how much is materials?

6      It's not broken down.  So, this is unacceptable in the

7      marine trade environment.  Number one, it doesn't

8      include the breakdown of material and labor.  "Reinstall

9      water heater and engine room machinery."  What machinery

10     are you referring to?  "Install long block assembly" --

11     "assembled engine in vessel," $19,000.  "1271 TI long

12     block assembly," $29,000.  Those are the kind of

13     figures -- those two figures were consistent with what

14     Mr. Lamadrid quoted, in fact.

15          **Q     And consistent with what you quote it,**

16     **correct?**

17          A     Yeah.

18          **Q     Okay.**

19          A     Yes.

20          **Q     What about the painting of the hall side, what**

21     **would -- did you determine was the appropriate figure to**

22     **paint the hall?**

23          A     I can't recollect exactly how, but it would be

24     one side.  And I kind of took it from other competitive

25     bids.

1      Q      And do you know what that price was that you

2      put towards --

3      A      I said I can't -- I can't dictate exactly what

4      that -- that figure was.

5      Q      Okay.  Well, would $17,000 be too much to

6      charge for the painting of a hall -- the side of a hall?

7      A      Well, again, it depends on what type of prep

8      and paint we're talking about.  Every painting, you're

9      cropping out an aluminum shell plate of this boat, and

10     then you're replacing the same shell plate.  So, all you

11     really have to do is blend in the paint.  But if you

12     went to extreme and cut it to the transom and cut it to

13     the stem and painted the one whole side, I think that

14     would be excessive.  I think $17,000 would be excessive.

15     Q      So, sitting here today, you can't tell me the

16     amount that you attributed to painting the hall of the

17     boat that had to be cut in order to pull out the

18     starboard engine?

19     A      Not exactly, no.  Not the exact amount.

20     Q      You've mentioned --

21     A      I worked into my 110, I can't tell you.

22     Q      Okay.  You mentioned the captain for the sea

23     trial and mechanic for the sea trial.  Do you not

24     believe that's necessary?

25     A      Yeah, I believe -- I believe you should have a

1    sea trial.  I believe you should have a captain, at

2    least.  Did Mr. Lamadrid have a captain?  Why is he

3    hiring one now?

4        Q    My question is, do you need a captain and a

5    mechanic for a sea trial after installing --

6        A    No.  Mr. Lamadrid can drive the boat.  He

7    needed a mechanic to sit down and ensure that he's done

8    proper work.

9        Q    Okay.  So, it's your testimony that

10   Mr. Lamadrid could drive the boat, and then you need a

11   mechanic --

12       A    Yeah.

13       Q    -- for the sea trial?

14       A    Yeah.

15       Q    That's your testimony?  Okay.  And how much

16   would the cost, a reasonable cost in this review for a

17   mechanic for a sea trial?

18       A    $270 would be reasonable.

19       Q    Okay.  So, you have no problem with that

20   line --

21       A    No.

22       Q    -- for mechanic for a sea trial?

23       A    No.

24       Q    Do you know how many gallons of paint -- of

25   bottom paint is needed to paint this boat in order to

1    **effectuate the repairs?**

2         A    Again, I don't know exactly how many gallons,

3    because it depends on how many coats he's going to put

4    on.  It depends on how much prep work he does.  Does he

5    take off all the pre-existing bottom paint and then

6    start priming the aluminum with an adhesive-type

7    chemical bond to ensure the subsequent bond?

8         **Q    On that -- what does --**

9         A    What do you need to do?  Does anybody know?

10   All he needs is a refresher coat.

11        **Q    And what's the charge for that?**

12        A    As I say, on average taking -- average for the

13   size of boat, $2,500 would be reasonable.

14        **Q    Do you know the cost for a gallon of paint?**

15        A    Depends again what paint he's using.  On

16   average, it's about $106 a gallon these days for a

17   Micron 66, 70 lay days.  I think it had a promo of 70

18   lay days.  Why would it take a qualified mechanic 70 lay

19   days to drop a long block, partially assembled long

20   block machine into an engine -- into an engine space and

21   then rebuild -- we're using the manifold starters and

22   et cetera, et cetera.  So, that is a problem in

23   there.

24        **Q    How many lay days would be needed?**

25        A    I don't think more than 40, that's been the

1    average.  And again, it -- it's been my -- it's been my

2    experience that with qualified mechanics and workers

3    to replace a 1271 TI, no more than 40.  Some places,

4    less than a month.

5         Q    You put in your report that clearly the

6    engines and the machinery were worn and aged when one

7    examines the work that has allegedly been performed as

8    reflected by the batch of invoices submitted.

9         A    Correct.

10        Q    How do the invoices submitted indicate to you

11   that the engines and machinery were aged?

12        A    Because of the work required on those

13   invoices.

14        Q    Okay.  And if the work that's reflected in the

15   invoices was performed --

16        A    Yeah.

17        Q    -- would you agree that it would have

18   alleviated any concerns you would have had with regard

19   to worn or aged engines or machinery?

20        A    No, absolutely not.

21        Q    Okay.  What else do you think needed to be

22   done on this boat in order -- or this engine, the

23   starboard engine in order to reflect that it was not

24   worn and aged?

25        A    Replace it.

1      Q      Okay.  The only thing that would have been

2    acceptable to you would have been a brand-new engine?

3           A      No.  You asked me what I thought.  Replace it.

4    There it goes.  That will alleviate anybody's concern.

5           Q      Right.  But there's other acceptable methods

6    for repairing a worn or aged engine other than replacing

7    it, correct?  And we talked about an overhaul before?

8           A      Correct.  But you can't only do so many

9    overhauls.  You can't keep repairing.

10          Q      Do you know how many overhauls were performed

11   on the starboard engine prior to the time of the

12   incident?

13          A      No, I don't.  But there's evidence to suggest

14   that there are a lot more hours on that hour meter than

15   what was actually recorded.

16          Q      What evidence do you have that would suggest

17   that?

18          A      The hour meter that I photographed showing

19   4,200 hard hours and another stamp indicating a

20   different number, and the fact that the both was aged

21   and worn.  It is not a new boat with a new machinery, it

22   is an old boat.  I remember attending this boat when it

23   had holes in its fuel tank.

24          Q      When was that?

25          A      When he had another claim.

1      **Q**      **When was that?**

2      A      When he was with Travelers a year or so before

3      this or two years before this.

4      **Q**      **Did you do any inspection of the engine at**

5      **that time?**

6      A      No, no.  But, you know, the boat was tired,

7      that's my opinion and will remain my opinion, not a

8      young boat.

9      **Q**      **The age of the boat that was long as the**

10     **engine is properly maintained doesn't really matter,**

11     **does it?**

12     A      Absolutely.  You can put a new boat -- a

13     engine into a boat that's going to sink.  Of course, it

14     would matter.

15     **Q**      **Okay.  Would that affect the overall**

16     **performance of the engine?**

17     A      Absolutely.  Absolutely.  A dirty bottom

18     perform -- affects the performance of the engine,

19     dragging it effects performance.  Did you know that

20     20% of your output performance with a dirty bottom is

21     affected by -- just a dirty bottom, you lose 20% of your

22     efficiency.

23     **Q**      **When you went and inspected the boat for**

24     **Travelers --**

25     A      Yeah.

1       **Q       -- before this incident, did you go into the**
2   **engine room?**
3           A       I can't recollect if I did or not, because we
4   were addressing holes in the fuel tank that would
5   inadvertently been drilled into the fuel tank, and it
6   had a fuel leak.
7           **Q       When you inspected the boat back in 2010, did**
8   **you observe the fuel tanks at all?**
9           A       No.   That probably had been taken care of.
10  Allegedly, there was no fuel leak here.
11          **Q       Did you then inspect the fuel tanks as you --**
12          A       No, no reason to -- to inspect the fuel tanks.
13          **Q       Okay.   Give me a few minutes, and then we're**
14  **almost done.**
15                          **(Thereupon, a short break was**
16                          **taken.)**
17                          **(Deposition resumed.)**
18          **Q       (By Mr. Caine) We earlier discussed a top-end**
19  **overhaul.   And it was your opinion that a top-end**
20  **overhaul was what was performed on his boat, correct?**
21          A       Correct.
22          **Q       What does a top-end overhaul include?   What do**
23  **you do?**
24          A       Well, again, in my professional opinion, what
25  a top-end overhaul is essentially the cylinder heads,

```
 1      the exhaust areas, exhaust manifold and the valves and
 2      cylinder kits.  You would be going into the lower end of
 3      the engine which would necessitate the crank shaft, main
 4      bearings, rod bearings and everything else.
 5           Q    Yeah.  We talked about the lay days necessary
 6      to perform -- to assemble the engine in the boat, right?
 7           A    Correct.
 8           Q    And you said that that, in your opinion, would
 9      be less than 40 days to take -- to do that?
10           A    Correct.
11           Q    Okay.  Can you sand and perform the work to
12      the body of the boat while the engine is being
13      assembled?
14           A    Can you sand?
15           Q    Sand the boat in order to paint --
16           A    Sand what?
17           Q    Do you need to sand the boat in order to paint
18      it?
19           A    Well, you would have to abrade the whole side.
20      If we're referring to the whole side, is that above the
21      waterline or below the waterline?
22           Q    Can you do any of that work while the engine
23      is being assembled?
24           A    Absolutely.
25           Q    Is there any of that work that can't be
```

1    **performed while the engine is being assembled?**

2         A    No.  The engine is in the engine space.

3         **Q    Okay.  So, it's your opinion that that work**

4    **can be done simultaneously, you could be assembling the**

5    **engine and be doing the work to the outside of the hall**

6    **at the same time?**

7         A    Yeah.  There would be no reason not to.

8         **Q    Would that cause debris or dirt or other**

9    **substances to get in the engine room while you're**

10   **working on assembling the engine?**

11        A    Well, it depends on how messy you are.  But

12   again, a prudent yard only uses Visqueen and then would

13   pressurize the engine space to -- for the comfort of the

14   mechanic by blowing forced air in which would result in

15   positive pressure.  So, anything being done on the

16   outside would blow away from the engine space.  So, yes,

17   if you're messy and not a good marine mechanic, I'm

18   sure, if they started grinding away and they didn't make

19   those arrangements, yeah, debris might go into the

20   engine room.

21        **Q    And would that cause a problem of debris out**

22   **in the engine room while you're trying to assemble the**

23   **engine?**

24        A    Certainly, you don't want debris on cylinder

25   heads and things that -- that have no tolerance and

```
 1    you're marrying two clean surfaces, absolutely.  Well,

 2    it's not unusual.  And, in fact, as I say, I'm just

 3    doing a 1271 replacement where both engines are being --

 4    actually being rebuilt.  And it's also an aluminum boat.

 5    And they recut and they reweld because they've dropped a

 6    Visqueen curtain on the inside and put forced air into

 7    the engine.

 8              MR. CAINE:  All right.  I have no further

 9         questions.

10              MR. GOLDMAN:  I have no questions.  All right.

11         Let's talk about the reading.

12              MR. CAINE:  Sure.

13              You can read your testimony for its accuracy

14         or any other reason, or you can waive the reading

15         of your --

16              MR. GOLDMAN:  And, Miss Court Reporter, is he

17         required to come to your office or can you provide

18         a transcript to me that I give to him or something

19         along those lines?

20              THE COURT REPORTER:  What I understand -- do

21         you represent him?

22              MR. GOLDMAN:  No.

23              THE COURT REPORTER:  From what I understand,

24         he would required to go to the office.  I can give

25         my office phone number and they can --
```

1          MR. GOLDMAN:  And your office is, oh, at Las

2      Olas Boulevard?

3          THE COURT REPORTER:  Mm-hmm.

4          MR. GOLDMAN:  But he must come to your office?

5          THE COURT REPORTER:  From what I understand.

6          MR. GOLDMAN:  For right now, let's say he will

7      read.

8          THE COURT REPORTER:  Okay.

9          MR. GOLDMAN:  And if he can't, he can't.  But

10     if -- he may be able to make Las Olas, we'll talk

11     about it.

12         THE COURT REPORTER:  Okay.

13                  (Thereupon, a short discussion was

14                  had off record.)

15         MR. GOLDMAN:  Again, I presume Daniel is going

16     to be ordering.

17         MR. CAINE:  I'm going to hold off for right

18     now.  I'll let you know then.

19         THE COURT REPORTER:  Okay.

20         MR. GOLDMAN:  If he orders, I'll take the mini

21     PDF to me by e-mail.

22         THE COURT REPORTER:  Okay.

23         MR. GOLDMAN:  Okay.

24         MR. CAINE:  What kind of turnaround time do

25     you need if we do order the deposition?

```
 1              THE COURT REPORTER:  What do you mean?

 2              MR. GOLDMAN:  How long does it usually take it

 3         if you type it up?

 4              THE COURT REPORTER:  Well, we have expedited

 5         days and we have --

 6              MR. CAINE:  Is expedited two to three weeks?

 7         I mean, I don't need it at this point.  But, I

 8         mean, if -- wait, we can call your office.

 9                        (Deposition concluded at 5:11 p.m.)

10                        (Reading and signing of the

11                        deposition by the witness has been

12                        reserved.)
```

```
 1      DATE:      May 4, 2012
 2      TO:        Stewart Hutcheson
                   C/O
 3                 Goldman & Hellman
                   Steven Goldman, Esq.
 4                 800 Southeast Third Avenue, 4th Floor,
                   Fort Lauderdale, Florida 33316
 5
        IN RE:     Miami Yacht Charters, LLC and Alberto
 6                 Lamdrid v. National Union Fire Insurance
                   11-21163-CIV-DLG
 7
        Dear Mr. Hutcheson,
 8
                   Please take notice that on April 17, 2012,
 9      you gave your deposition in the above-referenced
        matter.  At that time, you did not waive signature.
10      It is now necessary that you sign your deposition.
        You may do so by contacting your own attorney or the
11      attorney who took your deposition and make an
        appointment to do so at their office.  You may also
12      contact our office at the below number, Monday –
        Friday, 9:00 AM – 5:00 PM, for further information
13      and assistance.
                   If you do not read and sign your
14      deposition within thirty (30) days, the original,
        which has already been forwarded to the ordering
15      attorney, may be filed with the Clerk of the Court.
        If you wish to waive your signature, sign your name
16      in the blank at the bottom of this letter and
        promptly return it to us.
17
        Very truly yours,
18
        ---------------
19      SHERIDA ZAFFRULLAH
        Reif King Welch Legal Services
20      (954)712-2600
21      I do hereby waive my signature.
22      --------------------
        Stewart Hutcheson
23
        Cc: via transcript:     Daniel Caine, Esq.
24                              Steven Goldman, Esq.
25
```

```
 1                                   ERRATA SHEET
 2        PAGE NO.    LINE NO.
          _____   _____    _____
 3        _____   _____    _____
          _____   _____    _____
 4        _____   _____    _____
          _____   _____    _____
 5        _____   _____    _____
          _____   _____    _____
 6        _____   _____    _____
          _____   _____    _____
 7        _____   _____    _____
          _____   _____    _____
 8        _____   _____    _____
          _____   _____    _____
 9        _____   _____    _____
          _____   _____    _____
10        _____   _____    _____
          _____   _____    _____
11        _____   _____    _____
          _____   _____    _____
12        _____   _____    _____
          _____   _____    _____
13        _____   _____    _____
          _____   _____    _____
14        _____   _____    _____
          _____   _____    _____
15        _____   _____    _____
          _____   _____    _____
16        _____   _____    _____
          _____   _____    _____
17        _____   _____    _____
          _____   _____    _____
18        _____   _____    _____
          _____   _____    _____
19        _____   _____    _____
          _____   _____    _____
20        _____   _____    _____
          _____   _____    _____
21        _____   _____    _____
          _____   _____    _____
22        _____   _____    _____
          _____   _____    _____
23        _____   _____    _____
          _____   _____    _____
24
          _____          _____
25        SIGNATURE                     DATE
```

```
1                      CERTIFICATE OF REPORTER

2

3       STATE OF FLORIDA

4       COUNTY OF MIAMI-DADE

5

6              I, SHERIDA ZAFFRULLAH, Court Reporter and

7       Notary Public for the State of Florida, do hereby

8       certify that I was authorized to and did digitally

9       report the deposition of STEWART HUTCHESON; the

10      foregoing testimony was taken before me; that a

11      review of the transcript was requested; and that the

12      transcript is a true and complete record of my

13      digital notes.

14             I further certify that I am not a

15      relative, employee, attorney or counsel of any of

16      the parties, nor am I a relative or employee any of

17      the parties' attorney or counsel connected with the

18      action, nor am I financially interested in the

19      action.

20

21      Dated this 17th day of April, 2012.

22

23      _____

24      SHERIDA ZAFFRULLAH
        NOTARY PUBLIC, STATE OF FLORIDA

25
```

```
 1                        CERTIFICATE OF OATH

 2

 3       STATE OF FLORIDA

 4       COUNTY OF MIAMI-DADE

 5

 6            I, SHERIDA ZAFFRULLAH, the undersigned

 7       authority, certify that STEWART HUTCHESON personally

 8       appeared before me and was duly sworn.

 9

10            Witness my hand and official seal this

11       17th day of April, 2012.

12

13       _____

14       SHERIDA ZAFFRULLAH, COURT REPORTER
         NOTARY PUBLIC, STATE OF FLORIDA
15       COMMISSION NO.: EE 064683
         COMMISSION EXPIRATION: 02/15/15

16

17

18

19

20

21

22

23

24

25
```

**A**

ability 57:10,23
able 31:16 34:1
  47:11 58:8,8
  65:2 92:23
  124:3 143:10
above-referen...
  145:9
abrade 140:19
abraded 98:24
abrasions
  109:13,16
absolutely 26:4
  31:15 59:16
  65:8,11 77:16
  83:13 95:23
  99:2 106:5
  108:6 121:24
  121:24 131:4
  136:20 138:12
  138:17,17
  140:24 142:1
abused 117:6
acceptable 137:2
  137:5
accepted 125:9
  125:21 131:18
accident 94:12
  94:15,17
account 120:24
  121:15
accountant
  24:22
accounted
  117:23 119:24
accumulating
  64:24
accuracy 142:13
accurate 6:13
  36:15 117:9
Ace 42:24
acquire 108:23
action 147:18,19
Active 38:15
actual 75:2
add 71:25
added 121:16

addressing
  20:17 139:4
adhesive-type
  135:6
adjusters 36:24
adjusting 41:7
  42:9
administrative
  23:6
admitted 52:8
  56:25
affect 47:1 57:23
  138:15
affixes 67:15
Africa 9:4 11:15
  13:11
African 10:19
  10:20,21 11:1
afternoon 5:8
age 79:8 100:6
  110:1 138:9
aged 60:15
  74:17 100:9
  125:6 136:6,11
  136:19,24
  137:6,20
aggregate
  124:15 131:6
ago 25:10 38:8
  40:4,4
agree 33:7 50:5
  50:8,10 63:25
  64:5,7 65:6
  66:6 70:21,24
  80:19 83:1
  84:17,21 87:3
  87:14 89:8
  90:13 99:22
  101:25 104:16
  106:15 109:17
  114:13 122:8
  126:14,24
  127:16 129:17
  129:22 130:23
  130:25 132:1,1
  136:17
agreed 83:21

agreement 47:22
  48:2
AIG 41:5
air 61:17 85:3
  88:7 107:10
  111:4 113:22
  131:16 141:14
  142:6
Alacia 4:5 29:3,7
  29:16,21 30:2
  30:22 31:8,12
  31:18,25 34:23
  47:20 51:23
  59:2,8 104:23
  105:3
Alberto 1:5 5:10
  38:9 115:21
  145:5
allegedly 45:11
  56:25 59:23
  136:7 139:10
alleviate 137:4
alleviated
  136:18
allocated 87:10
allow 85:10
  123:6
allowed 123:19
  123:21
allows 53:9
alloy 63:2
alloys 62:24
  71:19,20,23
  72:1,9 102:13
  102:14,14
aluminum 133:9
  135:6 142:4
America 120:13
amount 30:21
  31:2 33:17,17
  47:16 62:19
  74:16 82:6,7
  129:22 133:16
  133:19
amounts 124:5
ample 127:3
analysis 46:11

46:12 74:20
analyzed 73:5
and/or 46:25
  120:5
Annapolis 16:22
annual 45:2
answer 7:19,25
  22:16 26:19,20
  26:22 62:5
  73:22 75:1
  89:6 123:8
  127:21 128:17
answered 119:5
  127:2
answering 7:3
answers 6:24,24
  7:11
anticipate 28:17
  28:19 127:21
anybody 20:14
  47:18 49:6
  55:13 67:9,25
  69:24 135:9
anybody's 137:4
apart 32:1 58:11
  59:14 63:12,13
  80:12 82:19
  107:8 115:3
apiece 103:11
appear 62:17
  104:11,16,18
  109:1 112:6
appearances 2:1
  27:9,12,21,25
  28:8
appeared 60:8
  148:8
appears 34:7
  36:5 51:4
  112:24
appointment
  47:9 145:11
appropriate
  131:7 132:21
approximate
  19:8 46:25
approximately

6:12 8:23
  11:13 12:15
  13:20 21:2
  28:24 34:16
  39:1,14 40:11
  40:21 100:15
approximation
  24:8 25:21
  38:21
April 1:16 5:2
  145:8 147:21
architect 8:10
  9:6,7,13
area 96:1
areas 140:1
arrangements
  47:9 141:19
arrive 33:17
  53:7 124:15
arrived 54:12
  94:10,10
  123:16
asked 7:20 41:11
  46:15,21 47:14
  55:15 67:10,13
  67:25 88:18,21
  89:22 119:4
  127:2 137:3
asking 6:22 7:12
  15:14
assemble 140:6
  141:22
assembled
  132:11 135:19
  140:13,23
  141:1
Assemblies
  104:3,4
assembling
  141:4,10
assembly 132:10
  132:12
assessment
  121:11
assigned 19:22
  37:3 47:8

assignment 47:2
assigns 19:2
assist 20:4,10
  48:19
assistance
  145:13
associate 70:8
association
  44:19,23 45:4
  46:13
associations
  46:17
assume 7:19
  57:16 70:16
  71:22 76:23,24
  78:9 117:12
assuming 78:18
asterisks 117:19
attach 32:6
  37:11 129:7
attached 33:24
attempt 68:20
attend 9:15 53:8
attended 8:17
attending 9:5
  137:22
attorney 145:10
  145:11,15
  147:15,17
attorneys 20:15
  20:21
attributed
  133:16
authority 148:7
authorized
  118:24 147:8
available 59:18
  59:20 96:22
  129:2
Avenue 1:19 2:4
  2:10 145:4
average 123:16
  135:12,12,16
  136:1
averaging 74:8
aware 91:9
  102:21

**B**
awfully 103:17
Awlgrip 125:19
  125:19
A1 39:9 40:17,19
  40:22 41:2,4,5
A1A 40:16

_____
**B**
B 4:6 37:12,13
back 11:14
  12:14 16:20
  25:8 29:17
  41:16 68:17
  78:16 82:6,11
  87:25 88:15
  90:2,3 92:18
  95:10 100:5
  101:19 102:24
  103:1 123:8
  129:19,23
  130:3 139:7
background 8:4
  8:15
backgrounds
  18:24
backwards 92:9
Backyard 16:21
  17:5,15,25
bad 78:19,21
  96:3,16
badly 96:21
Bahamas 100:5
bank 54:23,23
based 33:25
  34:15 104:15
  105:6 116:7
basically 20:19
  21:14
basics 10:9
basis 38:25
  53:13,14 67:20
  74:19 111:8,13
  114:6 116:5
batch 136:8
bearing 73:7
  102:14 103:14
  108:2 118:15

bearings 61:11
  61:12 78:11
  81:5,5 82:14
  82:24 96:7
  107:1,12,13,15
  109:15 118:11
  140:4,4
beginning 42:16
behalf 1:14 2:2,8
  5:15 20:21
  21:18,19 22:6
  25:18 26:6,15
  28:14 32:12
  39:15 40:6,13
  40:22 43:14,24
behooves 44:22
believe 48:12
  49:3,19 52:19
  55:21 57:7,12
  58:2,3 61:24
  67:14 70:9
  73:1 75:5,9,10
  75:11 85:21
  91:16 97:2,12
  98:19 102:25
  102:25 105:2,4
  112:4 122:4
  128:21 133:24
  133:25,25
  134:1
bench-tested
  109:21
bend 61:10,11
  62:4
bending 62:2
benefit 46:17
bent 61:22,24
  62:7,7,11,16
  62:17 82:21,23
bequest 24:22
best 19:17 32:1
  42:17 72:24
  110:9
better 57:13
  121:22
beyond 128:3
bids 132:25

big 58:4,4,7
  92:19 106:7
bill 27:1,14
  30:10 32:25
  35:14,16 36:1
  41:19,23 43:9
  43:15,16,20
billed 35:12
billing 27:13,17
  27:20 30:1,5,5
  30:7 36:12
bills 35:20 47:15
bill's 47:5
bind 109:17
bit 8:16 67:2,3
  120:15
biz 45:3,3
black 49:10 70:1
  70:1,3,4,22
  71:6,7 96:24
  97:3,8
blank 145:16
blend 133:11
blew 56:17
block 55:12 78:9
  78:11 92:17,19
  99:8 106:17,18
  106:20,22
  107:3,9,18,24
  108:8,21 109:1
  109:2 113:24
  132:10,12
  135:19,20
blocks 108:23
blow 88:16
  141:16
blowers 66:1
blowing 82:12
  141:14
blown 71:15
  88:22,25 90:6
  90:8 92:12
blows 92:8
blue 55:4 69:10
  69:11,16,17,21
  69:22
Board 116:11

boat 8:11 14:5,7
  14:12,17 15:7
  19:9 27:6
  47:20 55:18
  56:6 57:1,1,8
  68:8 70:17,23
  74:2,8,10,17
  74:22,25 75:13
  75:14,15,16
  78:12,17 100:3
  100:12,17
  101:10,14
  102:1 106:4,16
  107:21 108:8
  111:9,14 115:4
  116:6 119:7
  120:19 121:23
  122:19 125:24
  126:6,10
  129:19,23
  131:3,14,20
  133:9,17 134:6
  134:10,25
  135:13 136:22
  137:21,22,22
  138:6,8,9,12
  138:13,23
  139:7,20 140:6
  140:12,15,17
  142:4
boats 11:19 12:6
  12:16 13:5,6
  16:21,23 17:5
  17:6,7,13,14
  17:15,17,25
  18:17,18,24,25
  18:25 20:16
  24:3 28:7
  45:23 46:1,9
  77:16 131:6
boatyard 115:23
  121:2,8,19
body 23:7
  140:12
boilers 15:6
bond 135:7,7
Boston 43:1

**bottom** 67:15
130:21 131:1
131:15,15,21
132:2 134:25
135:5 138:17
138:20,21
145:16
**bought** 15:3
**Boulevard** 143:2
**bound** 50:20
**bower** 107:10
**bowl** 84:3
**bowls** 61:4 84:3
**Bradstreet**
13:12,13,15,16
13:18,24 14:3
14:24,25
**brand** 17:6
**brand-new**
137:2
**break** 7:22 8:1
53:2 54:6,14
54:18 56:18
83:14 84:12,14
89:5 123:15
139:15
**breakdown** 53:8
56:13,14,15
57:4 132:8
**breakdowns**
10:8
**breaking** 52:20
**bring** 20:3,6
94:4,19 129:18
129:23 130:3
**broke** 57:2,9
64:22
**broken** 52:2,5
57:4,6 82:19
82:21 98:9
132:6
**brought** 20:9
**Broward** 125:23
**build** 11:18 13:6
14:7 18:25
**building** 8:11
10:5 11:18

12:6,16,18,20
12:25
**built** 8:11,13
11:25 12:8,10
14:5 29:20
88:8 107:18
**bulking** 87:19
**bunch** 80:12
**burned** 70:13,22
71:8,10,12
97:4
**burner** 106:25
**burning** 70:7,11
70:12,17,25
71:3 72:7
**burnt** 71:5 72:4
**bus** 67:12
**business** 14:6
15:2 44:24
122:3
**businesses** 14:1
**buy** 120:6,8,10
120:11,12
**buying** 115:5
**bypassed** 95:25
**bypasses** 68:3

———————
**C**
**C** 4:7 129:9,10
129:11,12
**Caine** 2:4 3:6
5:7,9 21:11
22:21,23,24
23:4 26:25
32:10 37:9,10
37:16 43:5
84:13,17 127:6
127:10,11,14
127:16 128:8
129:7,11,14
139:18 142:8
142:12 143:17
143:24 144:6
145:23
**calculations**
123:12
**calibrate** 117:9

**call** 89:6 131:17
144:8
**called** 14:6,21
63:10 94:9
120:11 131:9
**cam** 107:12
109:7
**camshaft** 78:10
**capabilities**
110:18
**capacity** 6:4,7
20:17 99:20
**Cape** 12:8,12
**captain** 131:24
133:22 134:1,2
134:4
**car** 94:12 111:3
**care** 41:6 139:9
**carefully** 61:20
76:10 108:21
109:10
**carrier** 49:3
128:8,19
**carriers** 41:9
**cars** 70:14
**cartridge** 103:14
**case** 1:3 5:11,12
6:21 23:21
28:11,15,20,21
28:25 29:1,24
34:3,22,25
35:4,7 36:22
37:2,8,23 38:7
40:11 46:19
47:3,11 48:11
48:14,21,25
49:4 50:12,25
51:1,8,10
62:14 63:25
65:2 75:18
79:10 83:3
85:7 93:22
97:13 107:3
112:3,10
117:10 120:18
123:10 124:20
125:7 126:2

**cases** 20:12
21:17,21,25
38:11 39:11,15
40:6,21 124:19
**Casey** 36:1,5,18
41:19 43:9,15
43:16,20
**Casey's** 36:3
**cast** 62:25 63:4,6
63:8
**casualty** 18:17
19:1,12,18,21
46:4,6,11
**catastrophic**
72:10 73:4
**catastrophically**
100:24
**categorically**
52:8
**categories** 24:6
**Caterpillar**
77:19,21
**cause** 19:7,22,24
19:25 20:1,4
20:10 46:24
47:12 49:3
50:1,10 53:8
53:18,23 54:5
57:3,11,15,23
58:9 59:13
64:14,16,17
65:7 69:22,25
70:19 71:5,6,9
78:19,22,25
81:24,25 87:3
87:5,6,7 89:4
92:6,10,21,23
93:2 94:20,23
94:23,24
106:23 109:16
128:9,19 141:8
141:21
**caused** 50:12,15
50:18 61:2
64:12 65:3
86:5 93:7,12
94:17 96:6

102:2,4,12
126:15 127:1
128:4
**causes** 19:5
50:21 53:9
64:25 85:4
93:13 102:13
102:18
**Cc** 145:23
**cents** 34:11,13
**certain** 87:17
**certainly** 51:3
76:11 77:1
88:14 95:11,21
97:14 117:24
119:24 141:24
**certainty** 70:18
87:21 88:1
92:6,20 93:5
93:13
**CERTIFICATE**
147:1 148:1
**certification**
44:6
**certifications**
44:3,12
**certify** 147:8,14
148:7
**cetera** 46:16
88:13 135:22
135:22
**CFOs** 14:1
**chance** 57:13
83:12 129:14
**chances** 53:18
82:9
**change** 74:10,18
78:17,19 79:8
**changed** 74:2,6
74:14 109:8,11
**characterize**
99:13,15
**charge** 27:11,17
27:19,21,22,24
28:2,11 34:7
34:10 47:16
82:10 133:6

135:11
**charged** 28:12
  28:13 29:2,6
  29:14 104:12
**charger** 57:17
  58:6 87:15
  88:3,6 90:9
  96:4,4
**charges** 104:1
**charging** 28:19
  29:10,11
**charter** 14:11,12
**chartering** 14:17
**charters** 1:5
  5:10 29:10
  145:5
**Chartis** 39:10,12
  39:15 40:2,2,6
  40:9,10,15
  41:8 47:18
  48:2 49:2,18
**cheap** 103:17
**check** 66:25 67:4
  107:14,15
  108:3 111:2,4
  111:4,5
**checked** 64:6
**chemical** 135:7
**chinese** 120:12
**Chubb** 42:23
**CID** 10:23
**circuit** 88:10
**claim** 46:18,22
  48:11 51:11
  75:8 78:5
  94:22 100:23
  101:7 106:7
  137:25
**claiming** 115:16
**claims** 115:21
**clean** 60:8 79:6
  107:11 142:1
**cleaned** 60:10,11
  112:8 113:19
  113:22,23,24
**cleaning** 118:3
**clear** 12:24

**clearly** 39:20
  136:5
**Clerk** 145:15
**client** 21:20,22
  30:6
**clients** 40:25
  121:25 122:24
**close** 100:15
**closed** 88:9 90:3
**closest** 126:8
**coat** 131:10,13
  131:19 135:10
**coats** 135:3
**code** 103:9
**cold** 109:2,6
**color** 56:23
  125:7,13,18,18
**come** 51:23
  55:14,16 75:14
  81:15 82:3,6
  83:6 88:3,5
  90:2 124:13
  142:17 143:4
**comes** 56:22
  114:8
**comfort** 141:13
**coming** 69:18,21
  69:23 70:11
  71:7 73:10
  81:13 86:17,18
  86:21 87:18,20
  90:20 96:25
  97:6,8,9
  121:18
**commercial**
  13:25
**COMMISSION**
  148:15,15
**common** 69:14
  70:7 85:6 92:4
  100:22 120:13
**commonly** 63:9
  69:14
**companies** 16:22
  18:7,13,14
  20:14,16 22:10
  22:25 23:13

25:12,15,19
  26:6,12,15
  32:12 41:25
  42:2,6,12
  43:13,24 77:22
**company** 1:8
  5:11 14:14,16
  14:21,23 16:25
  19:2 20:22
  21:18,20,22
  22:2 35:21
  36:7,10,19,22
  36:25 41:7
  42:20,25,25
  43:6,17 47:17
  120:11
**compatible**
  131:19
**competitive**
  132:24
**complete** 8:11
  17:11 53:10
  77:6 101:24
  112:2 116:4,6
  119:9 147:12
**completed** 8:21
  12:10
**completely**
  31:11 55:11
  107:8
**composite** 10:5
  32:6
**compress** 61:4,8
  61:9 82:22
**compressor**
  68:23
**computer** 30:13
  30:18 39:16
**concern** 137:4
**concerns** 136:18
**concise** 132:4
**concluded** 144:9
**conclusion**
  94:11 95:16
  96:12
**conclusive** 62:18
**condition** 60:14

69:3 92:25
  129:19,24
  130:3
**conditions** 80:5
  80:9
**Condor** 16:22
  16:25 17:1,5
  17:15,25
**Condors** 17:19
**conduct** 108:10
**conducted** 116:1
**conducting**
  107:7
**confidently**
  130:2
**configuration**
  65:25
**configurations**
  99:18
**confirm** 56:11
**confuses** 7:14
**connected**
  147:17
**connecting**
  62:10,13 82:21
**consider** 108:18
**considered** 78:3
**consistency**
  73:12,15,23
**consistent** 49:10
  70:19,22,24
  86:1,6 109:23
  128:22 132:13
  132:15
**consult** 24:5
  51:7,10
**consultant** 16:23
**consultants**
  25:14
**consulting** 18:4
  18:10,16 26:9
  26:10
**contact** 36:21
  45:3 145:12
**contacting**
  145:10
**contacts** 44:24

**contained** 29:23
  30:3 33:20
**contaminants**
  102:12
**contaminated**
  73:24 79:7
  100:20,25
**context** 112:8
**contract** 25:23
**contractor** 24:24
  25:2 27:3
  42:13 43:25
**contributed** 86:5
**contributing**
  51:5 64:20
  81:25
**conversation**
  19:16 38:7
**conversations**
  38:4
**coolant** 98:6,7,8
  98:11,18 99:5
  99:7,9 102:13
  102:15 111:5
  111:11
**cooled** 65:14,15
  65:20 98:20
  99:5
**cooler** 68:5
**coolers** 65:22,23
  99:11,12 112:8
  113:18
**cooling** 102:7,9
  102:17 107:10
**coolings** 107:9
**copies** 37:16
**copy** 4:7 21:9
  30:12 31:22
  32:6 48:5
  129:7
**corporation**
  24:15 41:21
  42:5
**correct** 6:9 7:1,5
  9:6,14,24 13:1
  14:10 15:16
  16:7 17:3

19:19,20,23
21:5,23,24
22:10,11,25
23:2,10,15
24:25 25:3,4
26:3 28:24
30:9,23 32:12
32:15,16,18,19
32:22,23 33:14
34:8,9,17,20
35:1,2 36:20
37:20,21 38:16
40:7,16 43:7
46:7 53:12
56:8 62:3,23
64:1 65:4,5,16
66:8,9 68:1,2
72:16,20,21
73:13,20 79:11
79:14 80:8,21
80:25 81:22,24
82:4 83:11,17
83:25 84:6,7
84:20 85:19
87:4,16 88:6
88:20 89:17
90:15,22 91:5
91:6,22 95:6
97:9 98:4,21
98:22 99:1,6
99:11,23 100:3
101:15,22
103:4 104:3,23
105:3,11
106:17 114:9
116:9,13
120:20 121:6
122:14 124:14
125:4 126:16
127:1 129:20
132:16 136:9
137:7,8 139:20
139:21 140:7
140:10
**correctly** 28:23
54:2,2 56:11
**correlation**

85:10
**correspondence**
75:7
**corroded** 61:17
84:3
**corrosion** 60:18
60:24 61:1,3
63:10 84:6
**corrosive** 60:15
102:12
**cost** 19:8 46:25
120:15,19
121:22 130:1,1
134:16,16
135:14
**costing** 108:23
108:24
**counsel** 2:1
31:22 147:15
147:17
**counter** 116:12
**COUNTY** 147:4
148:4
**couple** 74:8
**course** 6:8,11
10:8 94:14,22
122:3 138:13
**courses** 9:20,22
10:2,3,7
**court** 1:1,24 7:6
19:15 21:8,15
21:16,17 27:8
27:9,11,21,25
28:8 38:9
84:11 142:16
142:20,23
143:3,5,8,12
143:19,22
144:1,4 145:15
147:6 148:14
**courtesy** 7:4
**crack** 97:22
109:1,2,5,5
**cracked** 97:19
97:23 98:3
**cracks** 108:22
108:25,25

**crank** 81:5
106:24 107:2
107:11,14
109:8 140:3
**crankshaft**
61:11,12,24
62:2,4,7,8 78:7
78:10
**crankshafts**
61:15,19,22
**creates** 99:3
**creating** 85:1
**credit** 13:17
14:1,6,15,21
15:1,22
**Criminal** 10:25
**critical** 56:22
**Croix** 18:7
**cropping** 133:9
**crown** 63:13
81:2
**crowns** 63:12
**currently** 34:11
38:12
**curriculum**
44:25
**curtain** 142:6
**custom** 4:7 12:1
12:6 124:23
129:8
**cut** 125:9,10
133:12,12,17
**cutting** 125:3
**CV** 21:9
**cylinder** 52:15
55:1,7 56:19
60:3,16 61:9
62:8,20 64:10
71:9 78:10
80:2,6 81:3,8,8
81:10,10 84:2
85:1 97:19,22
97:23,25 98:4
98:24 109:4
118:18,19,21
119:3 120:7
139:25 140:2

141:24
**cylinders** 61:2
85:1
**C-O-N-D-O-R**
17:2
**C/O** 145:2

## D

**daily** 111:8,12
**Dallas** 42:23
**damage** 20:11
20:17 24:4
29:7 53:19,23
57:11 61:13
80:14 82:24
86:8,9,10 93:8
93:9,11 95:17
95:17 96:10
109:17
**damaged** 18:18
27:6 128:25
**damages** 86:4
**Daniel** 2:4 3:6
5:9 37:8
143:15 145:23
**date** 29:5,15
33:6,25 35:3
58:19 59:8
75:21 77:11
118:15 145:1
146:25
**dated** 33:5 37:18
48:6 103:7
114:11,21,24
121:1 147:21
**dates** 75:14 76:4
76:15 77:4
118:11,19
119:2 123:18
**day** 13:7 36:12
58:3,23 106:4
107:17 111:2,4
111:5 115:19
115:20 124:5
147:21 148:11
**days** 121:2,15
123:6,14

135:16,17,18
135:19,24
140:5,9 144:5
145:14
dcaine@stabi...
2:6
**deal** 38:25 74:12
**dealing** 41:6
**Dealt** 14:1
**Dear** 145:7
**debris** 64:19
67:3,3,18
72:20,25 73:7
73:18 79:4
84:24 85:2
86:10 141:8,19
141:21,24
**December**
114:21
**decided** 56:18
**defendant** 1:10
2:8 5:16
**defy** 128:5
**degrade** 72:2,8
131:16
**degraded** 73:23
73:24 90:1
96:11,21 125:6
**degrading** 72:8
**degree** 8:11 9:9
9:13
**degrees** 71:23
**demands** 128:15
**denture** 75:11
**depending** 27:1
65:24 74:15
82:5 88:13
90:11 96:8
100:18,21
110:1
**depends** 22:7
62:18 74:7
75:17 78:20
96:20 97:20
99:17 102:11
133:7 135:3,4
135:15 141:11

**depo** 27:21,24
28:7
**deposed** 21:3
23:20,21
**deposit** 89:19
**deposited** 73:6
**depositing** 79:4
**deposition** 1:12
5:1,14,18,22
5:24 6:19
26:17 27:7
37:11 48:13,16
48:20,24 84:16
139:17 143:25
144:9,11 145:9
145:10,11,14
147:9
**depositions** 6:3
6:6,12 27:9,11
**deposits** 81:18
**describe** 46:25
**described** 75:10
**describing** 81:2
**description** 4:3
51:3
**design** 18:25
99:20
**designated**
109:25
**designed** 8:13
71:19,20
**desk** 47:5
**destroying** 85:1
**destruction** 96:6
**determination**
69:9 84:1
91:13,18 92:1
92:2,2 93:21
96:23 101:4
**determinations**
83:24 91:8,21
**determine** 19:22
53:23 57:14,23
58:8 59:13
60:18,23 61:21
64:5 65:3 68:7
68:14,20,24

69:6 77:3
83:14,15 86:16
86:20 92:6,10
92:23 93:2
94:5,20 98:7
99:24 118:14
119:1,6 125:11
125:15 126:3
126:22 128:4
132:21
**determined** 83:9
95:2
**determines**
36:15
**determining**
20:1,4,10 59:1
61:22
**Detroit** 24:4,6
44:13 49:9,14
49:16,21 50:3
51:17,18 58:16
58:18,22 59:7
59:12,21 65:13
65:19 75:23
77:19,21 82:7
91:4,8 92:2
93:16,18,23
94:5,9 99:10
105:22,25
106:3,12
107:20 108:11
109:25 110:22
110:24 111:1
115:14 118:24
118:24 120:9,9
120:10,14
128:23
**Detroit's** 51:13
75:18
**developed** 53:11
**devoted** 26:8
**dictate** 133:3
**dictates** 53:16
**diesel** 9:21,23
10:9 15:12,16
15:17,18,20
17:17,22 20:9

24:4,11 44:13
49:9,14,20
50:4 51:7,9,13
51:13,16,19,22
58:16,18,22
59:7,21 65:13
65:19 91:4,8
91:16 93:18,23
94:5 95:1,7
101:9 104:12
105:22,25
106:3,12
107:20 108:11
110:22 114:21
115:5 120:14
128:23,24
**Diesels** 93:16
99:10
**Diesel's** 49:17,21
92:2
**difference** 58:25
77:20 126:1
**different** 18:21
19:5 27:1,10
34:12 72:9
73:24 93:12
137:20
**differently** 63:8
**difficult** 7:7 93:2
**digital** 147:13
**digitally** 147:8
**dilute** 61:6 89:1
**diluted** 73:15
**dilution** 101:11
101:14
**dinotested**
109:21
**DIRECT** 3:6 5:6
**directly** 120:10
121:7
**director** 14:24
**dirt** 141:8
**dirty** 138:17,20
138:21
**disable** 58:11
**disagree** 130:14
130:17

disassemble
85:12
**disassembled**
68:12,15,16
85:13 92:24,25
93:3,6,24,25
94:3,8
**disbelieve** 55:19
75:8
**discharge** 49:11
71:3
**discharged** 71:2
**discharging**
50:13
**discounted**
49:16
**discuss** 10:1
**discussed** 26:11
110:19 121:16
139:18
**discussion**
143:13
**disintegrate**
71:6
**disintegrated**
72:4,17
**distances** 109:4
**distinction** 44:9
**distorted** 60:20
**DISTRICT** 1:1
1:1
**divided** 24:6
**Division** 1:2
10:25
**document** 83:10
123:23,24
**documentation**
105:3 116:7
**documents**
103:13 104:25
112:25 120:24
**doing** 13:8 18:15
18:16 25:5
28:7,17 40:19
42:9 67:7 87:9
141:5 142:3
**double** 35:22

47:16
**doubly** 93:4
**doubt** 48:4 77:2
103:11
**draft** 123:25
**drafting** 123:13
**dragging** 138:19
**drilled** 139:5
**drive** 134:6,10
**driving** 70:14
**drop** 87:8
135:19
**dropped** 72:10
142:5
**dry** 131:17
**duly** 5:5 148:8
**dumping** 81:7
**Dun** 13:12,13,15
13:16,18,23
14:3,24,25
**Durban** 8:6,8,18
9:3 10:14
**D-U-R-B-A-N**
8:8

---

E
**earlier** 26:11
32:10 48:5
77:12 78:17
91:3 139:18
**earned** 8:12
**education** 9:17
**educational** 8:3
8:15
**EE** 148:15
**effects** 138:19
**effectuate** 125:2
131:2 135:1
**efficiency**
138:22
**eight** 16:5,16
38:17,17
**either** 98:15
99:9 120:10
**elected** 45:7
**electrical** 101:2
101:5

**element** 102:13
**elements** 63:7,9
**elimination** 76:22
**elongate** 107:2
**elongated** 106:24
**elongation** 106:23
**emission** 56:23 56:23
**emitted** 70:23
**emitting** 69:11 109:3
**employed** 11:10 42:7,8,11
**employee** 24:16 43:25 147:15 147:16
**employment** 15:23 16:19 19:19
**ended** 16:2
**ends** 110:1
**engine** 10:7,8,8 10:9,10 15:12 15:16,17,18,20 19:4 20:9,11 24:4,10 27:6 47:12 49:3,22 50:2,12,16,18 50:18,22,25 51:2,4,6,7,23 52:2,4,20,21 52:23,25 53:2 53:9,15,16,19 53:22,25,25 54:7,11,14,19 55:9,11,22 56:4,8,12,17 56:24 57:2,5 57:11,13,18,24 58:9,22 59:2,7 59:7,13,14,21 60:7,18,19,20 60:23 61:2,23 62:1,9 63:4

65:7,14,20
66:1,4,7,20
67:15 68:11,15
68:16,25 69:1
69:2,8,9,10,18
69:21,23 70:12
71:7,22 72:12
73:7 74:22
75:2,3,9,16
76:2,15,20,24
77:3,5,17,22
78:5,12 79:3,4
79:8 81:21,24
82:2,8,10,17
82:22 83:12,17
83:22,25 84:5
84:9,18,23
85:12 86:11
87:9,13 90:15
90:21 91:25
92:8,8,9,11,13
92:23 93:3,5
93:24 94:6
95:4,5,11,18
95:22 96:14,18
96:19,25 97:12
97:18 98:7,8
98:11 99:4,20
99:23 102:10
102:17,19
104:9,12
105:13,16,22
105:25 106:3
107:8,17,18
108:1,1,3,11
108:14,14,19
109:20,24
110:5,6,21
111:15 115:2,6
115:14 116:11
116:21 117:6,7
117:8,25
119:25 122:2
122:13,25
123:1,2 125:4
126:15,17
127:1,17 128:4

128:5,9,19,25
129:24 130:2,7
130:8 131:3
132:3,3,9,11
133:18 135:20
135:20 136:22
136:23 137:2,6
137:11 138:4
138:10,13,16
138:18 139:2
140:3,6,12,22
141:1,2,2,5,9
141:10,13,16
141:20,22,23
142:7
**engineer** 10:11
**engineering** 9:10 10:5
**engines** 10:6,10 11:20 15:8,11 17:18,22 24:7 24:11 58:16,18 58:18,22 77:17 99:16,18,19 100:1,23 105:1 106:10,16 107:21 110:2 111:7 116:24 136:6,11,19 142:3
**engine's** 117:12
**ensure** 134:7 135:7
**entailed** 103:13
**entered** 32:8 37:13 129:12
**entire** 4:4 31:23 31:24 53:17 91:17,24
**entirely** 75:9
**entirety** 77:18
**entities** 32:18 43:13
**entrance** 8:5
**environment** 132:7
**equipment**

11:22 17:10,11 110:15
**equivalent** 52:20
**ERRATA** 146:1
**erroneously** 120:4
**escaping** 89:11
**especially** 61:8 93:6 107:24 131:15
**Esq** 2:4,9 3:6 145:3,23,24
**essence** 23:6
**essentially** 19:9 96:9 139:25
**establish** 19:7 46:24 47:11
**establishing** 46:23
**estimate** 4:7 120:19,21,22 120:23 121:1,4 121:12,17,22 122:18,19 123:4,7,17 124:7,8,10,12 124:14 129:8 129:23 130:5,9 130:13,16
**estimated** 121:5 121:9
**estimates** 121:25 122:1,4,9,12 131:6
**et** 46:16 88:13 135:22,22
**evaluate** 46:9
**evaluates** 46:1
**evaluating** 45:23
**evaluation** 46:1 46:9
**events** 19:6 46:23
**eventually** 50:20 90:6,9
**Everglades** 103:18 104:11

113:5
**everyday** 111:5
**everything's** 55:25
**evicted** 45:11
**evidence** 50:24 52:1,4 56:2 59:6 65:9 66:5 66:20 69:15 75:7 82:16,18 83:19 84:2,4,8 85:7,10,11,17 85:21,24 97:2 97:14,23 98:3 102:6 103:1 112:12 113:18 113:25 114:3 114:16 115:7 126:13,14,17 126:25 127:3,4 127:5,7,17,24 127:24 128:1,2 128:6,24 129:2 137:13,16
**evidences** 113:21
**evident** 70:7
**exact** 6:15 25:20 133:19
**exactly** 15:14 75:23 119:19 123:15 132:23 133:3,19 135:2
**exam** 45:15
**examination** 3:1 3:6 5:6 111:17
**examine** 85:4
**examined** 53:10 130:4
**examines** 136:7
**exceeds** 71:25
**excessive** 71:2 97:4 133:14,14
**exchange** 65:21
**exchanging** 65:17,21
**exclusively** 26:2

43:8
**exhaust** 54:21
56:18,24 57:8
57:16 58:6
60:3 70:9,10
70:11 71:4,12
71:21,21,23
82:4,6,11,11
82:12,14 86:17
89:8,10,14,16
89:18,20,23
90:14,20 97:3
97:4,4,8 140:1
140:1
**Exhibit** 4:3 32:7
32:8 37:12,13
129:12
**exhibitions** 9:19
**EXHIBITS** 4:1
**expect** 62:10
72:4,12 80:20
80:24 81:1,12
87:15,23 88:19
88:22 96:24
97:6,19 101:10
101:11 102:9
102:16,19
**expected** 82:21
95:20 101:21
101:23
**expedited** 144:4
144:6
**expel** 70:14
**experience**
53:14 70:10
92:19 125:17
136:2
**experienced**
74:21
**experiences** 8:16
**expert** 5:15 6:4,7
6:12 20:24
22:1 23:13,18
23:23 49:12
53:7,22 54:4
54:16 93:17
94:19 109:19

128:4,5,10,11
**expertise** 20:3
**experts** 20:3,6,7
51:12 54:11
63:20 93:15,15
93:23 94:9,9
94:10 128:12
129:3
**EXPIRATION**
148:15
**explain** 6:21
18:19 23:4
78:4
**explained**
130:19
**exploding** 64:24
**explosion** 64:23
**exposed** 55:12
61:17 63:7,8
**extend** 7:4
**extent** 53:19,25
**extreme** 133:12
**e-mail** 30:11
47:4 143:21

_____

**F**
**fabricated**
115:25 116:3
**faces** 109:15
**fact** 56:7 59:1
67:16 74:20
76:24 91:16
95:18 104:24
105:1 106:22
116:1 121:4
125:25 132:14
137:20 142:2
**factor** 51:5
64:20
**factory** 11:19
75:19
**facts** 19:6 46:24
50:24 51:1
**fail** 50:18,20
65:7 66:7
96:19 128:4
**failed** 49:22,23

51:2 60:21
61:2 65:10
84:18 85:8
91:14,21 95:4
100:3,5,14,24
101:2 126:18
127:18 128:5
128:13 129:24
130:3
**failing** 91:5
**failure** 19:4 20:8
47:12 49:4
50:2,2,12,16
51:5 54:5
57:24 58:9
59:14 72:10
73:4 78:17,18
81:24 84:19,23
85:11,25 86:1
86:7 88:12
90:15,21,24
92:8,11,23
94:2,6 95:8
96:25 98:12,13
98:14 99:23
100:4,20 101:2
101:5,8 126:15
126:25 128:9
128:19
**failures** 10:8,9
74:21 85:5,6
99:22
**fair** 26:1 34:15
36:7 118:1
122:5,11,17
**familiar** 5:12
6:18 108:4
124:16
**far** 25:8 31:13
57:14 111:20
**fashion** 128:15
**fast** 70:15
**fatigue** 50:21
61:10
**faulty** 95:8
**fax** 30:11 33:6
33:20 34:1

47:5
**fed** 100:21
**fee** 45:1,2,16,17
**feeding** 100:22
**feel** 72:22 73:12
**feels** 19:16
**felt** 73:2
**fence** 82:13
**field** 19:2 46:11
46:11 74:11
85:2 120:21,22
123:16
**Fifteen** 17:16
**fifth** 117:19
**figure** 121:3
131:5,7 132:21
133:4
**figures** 132:13
132:13
**file** 4:4 29:23
30:3,4 31:24
32:21 33:13,14
33:20 35:5
47:8,8 103:19
112:17
**filed** 145:15
**files** 38:15,18
**filings** 72:20
**filled** 64:19 67:3
73:18
**filter** 79:9 132:3
**final** 37:6
**financially**
147:18
**find** 50:4 63:5
69:13 75:23
76:14 88:14,14
88:16 116:14
119:19 124:3
128:5
**fingers** 73:2
**finish** 19:14
**finished** 28:21
**fire** 1:8 35:21
46:11 47:17
57:1 145:6
**fired** 71:11

84:25
**firm** 23:22,24
**first** 5:5 10:15
16:1,8 28:23
38:23 41:13
52:10,13 56:5
56:14,15 57:4
57:4,9 61:5
64:6 68:17
81:4,6 82:12
84:20,22 94:14
94:17,21 97:16
98:13 100:19
100:19 101:17
111:15,24
114:14 117:4
**fit** 106:22
**fitted** 95:9,13,19
**five** 35:11 53:4
117:19,19
125:25
**fixing** 118:4
**flake** 131:24
**flat** 27:5
**Floor** 1:19 2:5
2:10 145:4
**Florida** 1:1,20
1:25 2:5,11
24:15 42:24
44:7 49:9 50:3
51:13,17,18
145:4 147:3,7
147:24 148:3
148:14
**flow** 88:3,15
**flywheel** 69:2
**followed** 47:7
110:25
**follows** 5:5
**Force** 10:20,22
11:2
**forced** 141:14
142:6
**forces** 62:7
**foregoing**
147:10
**foreign** 64:23

**forensic** 20:7
53:16 54:3,4
54:16 93:14
94:9
**forget** 123:20
**forgive** 41:11
**forgot** 22:4
**form** 22:12,14
23:1,7 120:11
127:19
**formal** 9:22
**formed** 25:6
41:20 43:10
**formulating**
48:20,23
**Fort** 2:11 145:4
**forwarded**
145:14
**four** 8:22 16:13
17:21 21:14,21
45:19 77:8,12
106:14 111:17
111:21 117:15
117:19,20
**frame** 18:10
**frames** 11:20
**frank** 33:23
**frankly** 26:17
122:21
**fresh** 65:24
**Friday** 145:12
**Frigate** 24:14,17
24:19 25:23
26:2 27:15
28:10,14 41:13
42:1,5
**fuel** 64:23,24
70:3,16,20
80:20,24 81:7
81:7,9,12,18
84:18,23 85:5
85:5 87:3,5,6
87:10 88:22
100:18,20,20
100:25 113:3
137:23 139:4,5
139:6,8,10,11

139:12
**FUNT** 1:18 2:3
**further** 85:2
93:7 94:2
142:8 145:12
147:14

**G**
**gallon** 135:14,16
**gallons** 134:24
135:2
**garage** 55:24
**Garnett** 104:3
**gases** 82:12
89:11
**gasket** 58:12
80:21,24 81:13
81:16,18 87:24
88:5,5,20
114:7,14,15
**gaskets** 78:11
87:16 107:16
112:9 114:4,15
114:17,19,22
114:24
**gasoline** 10:10
**gathered** 80:12
**gauge** 117:1,3,11
**gauges** 68:8,14
68:19,21,24,25
69:4,5,7
**gear** 130:21
131:2,22,22,23
**general** 13:16,23
26:5 106:23
109:15
**generally** 23:11
47:6 50:22
62:24 63:1
65:17,21 82:23
92:16 109:20
110:6 118:13
122:10,10,15
**generators**
99:22 100:3,7
100:10,14,17
100:24 101:1

130:4,10
**genuinely** 18:22
18:23 21:20
**Germany** 75:20
**getting** 36:13
62:1 78:16
102:25 111:3
**give** 6:23 7:18,23
24:8 25:21
33:21 38:21
129:5 139:13
142:18,24
**given** 5:18,21,24
6:3,6,12 48:25
51:3
**giving** 87:22
123:15
**glass** 15:5
**glosses** 126:3
**go** 7:25 16:20
20:1 29:17
38:23 43:4
47:5 52:11
68:17 81:9
84:20,22 88:24
90:3 93:10
101:19 102:24
112:1,19
120:12 121:10
126:7 139:1
141:19 142:24
**god** 43:3 45:19
**goes** 19:6 81:3
85:2 87:13
137:4
**going** 5:14 6:15
6:22,23 7:19
19:14 26:19,20
37:17 61:6,7
88:4,8,14 90:2
90:3,10,15,18
90:21 91:2
95:10 96:6,12
96:14 97:3
99:7 106:21
107:8,12,13,13
107:14,16

114:6 121:12
123:8 127:20
128:3 129:7
130:1,3,19
135:3 138:13
140:2 143:15
143:17
**gold** 131:23
**Goldman** 2:9,9
21:10 22:12,14
22:16,19,22
23:1,19,20,21
23:22 26:22
37:7 43:2
127:2,9,13,19
129:10 142:10
142:16,22
143:1,4,6,9,15
143:20,23
144:2 145:3,3
145:24
**Goldman's**
23:22
**golf** 15:25 16:3,7
16:15
**good** 5:8 118:3
141:17
**gooey** 73:19
**gotten** 61:23
62:9 71:14,17
72:13 83:9,24
**gouges** 109:16
**gouging** 109:12
**go-to** 39:2
**granted** 111:3
**gray** 56:17
**gray's** 56:18
**grinding** 141:18
**grounding** 19:3
**groups** 23:8,9
26:13
**guess** 36:13 43:5
81:6
**guidance** 54:15
**guidelines**
110:23
**guy** 115:14

**guys** 46:10 93:19

**H**
**half** 11:12
106:24,25
**hall** 125:2,3,12
125:15 126:4
132:20,22
133:6,6,16
141:5
**hand** 37:17
148:10
**handbasket**
126:8
**handbook** 111:2
111:6
**handed** 12:10
**handling** 38:12
115:21
**handwritten**
33:12 34:19
**hang** 94:14
**happen** 89:25
91:2
**happened** 92:16
115:1
**happy** 7:23
110:24
**Harbor** 24:24
25:1,3,6,11,13
25:17 26:2
27:3,22,24
28:3,3,8 29:11
29:14,20 30:7
30:19,21 31:3
31:7,12 32:2,4
32:25 33:24
35:16,19,24
41:13 42:1
43:7,8,10,10
44:3 47:15,18
47:23 48:1
**hard** 19:16
125:18 137:19
**haul** 122:18,19
123:3,15
**head** 55:1 56:19

61:9 69:20
71:11,11,20
73:8 80:3,6
114:22,24
**heading** 89:14
90:24
**heads** 52:15 60:3
60:16,19,24
61:1 62:20
63:3 84:6
87:19 97:19,22
97:24 98:4
109:5 139:25
141:25
**heard** 21:12
**heat** 50:21 64:17
64:19 65:17,21
99:3,8 106:22
109:1
**heater** 132:9
**hell** 126:8
**Hellman** 2:9
23:23 145:3
**help** 48:19,23
**highly** 92:21
93:13
**hire** 53:7
**hired** 13:11
16:21,21
**hiring** 134:3
**history** 10:14
**hit** 94:16
**Hmm** 22:13
**hobby** 14:10
**hold** 6:15 44:2,3
44:12 131:14
143:17
**holding** 67:16
107:1
**hole** 64:8 65:3,6
71:15,18 72:14
80:2,6,7 81:2,8
81:14 88:19,23
88:25 89:24
90:4 91:9,14
91:20 92:17,19
125:3

**holed** 64:1,3,13
64:15,17,18
65:1 80:20,23
**holes** 11:21,22
99:8 137:23
139:4
**honest** 115:18
**horsepower**
109:22
**hot** 71:14,17
72:13
**hour** 26:25 28:1
28:5 35:14
67:13 107:18
108:14 117:8,9
131:25 137:14
137:18
**hours** 31:16
33:17 34:2,4,5
35:11 74:13,14
74:15 75:2,3
78:6,14,25
95:5,11,21
110:6,21
116:12,18,18
116:20,22,25
117:2,2,3,3,5
117:12,12
137:14,19
**hour's** 117:1
**houses** 108:2
**housings** 90:5
106:23 107:2
**huge** 70:14
**Hugo** 18:8
**hundred** 74:8
**hundreds** 24:13
43:3 55:24
**Hurricane** 18:8
**Hutcheson** 1:13
3:3 5:1,4,8
14:18 145:2,7
145:22 147:9
148:7
**Hutcheson's** 4:4
**hydraulic** 82:4
82:16,20,22

**I**

**IAMI** 44:15,16
44:17,17 45:9
46:5
**idea** 6:16 28:12
47:6 50:17
59:11 79:2
91:10 94:22
98:14,16 100:1
100:2 101:18
101:19
**ideas** 100:6
**imagine** 97:10
**immediately**
11:23
**impact** 12:8
57:10 86:10
**imperative**
83:13
**important** 61:21
66:8 76:14
77:1 86:15,19
86:22 91:12,20
91:24
**impossible** 54:3
92:15 93:2,14
**INA** 42:24
**inadvertently**
139:5
**inaudible** 64:6
**inception** 29:2
41:15 43:9
**incident** 68:1
74:2 94:20
100:7 101:15
106:4 137:12
139:1
**include** 132:8
139:22
**included** 121:2
123:4
**including** 56:19
111:1
**inclusive** 111:19
**income** 26:5
32:15
**incorporated**

24:20
**increases** 87:13
**independent**
24:24 25:2
27:2 42:13
43:25 121:11
**INDEX** 3:1 4:1
**indicate** 32:24
55:5,8 70:3
76:19 81:17
100:16 103:25
105:7 112:22
116:4,20,22
118:22 125:1
136:10
**indicated** 55:7
79:17 82:25
91:3 103:5
116:10
**indicates** 104:2
**indicating** 55:3
137:19
**indication** 70:4
70:6 80:15,18
**indicative** 61:25
90:17 117:24
118:8,23
119:25
**individual** 5:9
21:6
**individually**
43:16
**individuals**
51:18 91:13
**industry** 122:5
122:14
**ineffective** 61:7
99:8
**infect** 56:3
**infinitive** 53:8
**inflated** 131:5
**information**
102:22 145:12
**ingested** 81:21
82:1 83:2
**initial** 49:17
59:9 85:11

121:4,5
**initially** 47:5
72:7 86:23
**inject** 81:7
**injected** 84:25
**injections** 112:4
113:4
**injector** 113:14
113:17
**injectors** 112:3,4
112:8,20,23
113:9
**injector's** 56:21
**inquiries** 14:2
**inside** 81:3
106:16 142:6
**inspect** 51:23
60:23 61:20
62:13 66:1,3,8
66:10,12,14,16
68:3,5 83:12
86:11,13,16,20
86:22,25 98:6
107:9,9,11
108:1 111:11
139:11,12
**inspected** 60:7
61:18 75:25
76:1 108:21,22
109:10,11
138:23 139:7
**inspecting** 29:3
**inspection** 54:4
58:19,23 59:9
59:9,17,18,21
60:2,17 61:14
63:11,17 66:23
74:23 85:18,20
86:7 96:22
97:24 102:7
109:19 112:2
119:3 138:4
**inspections**
110:15 111:8
**install** 13:5
132:10
**installed** 76:20

76:25 77:25
**installing** 12:20
  12:22,23,25
  134:5
**instance** 68:18
  74:16 119:22
  120:5,25
**instruct** 74:9
**instructed** 26:19
**instruction** 47:7
**insurance** 1:8
  5:11 18:6,12
  18:14 19:2
  20:14,22 21:18
  21:20,22 22:2
  22:9,25 23:10
  23:13 25:12,15
  25:18 26:6,13
  26:15 32:12
  35:21 36:7,10
  36:19,22,25
  42:20,24,25
  47:17 49:2
  145:6
**insured** 22:4
  47:10 51:3
  75:1
**insurers** 23:14
**integral** 56:21
**Intelligence**
  10:25
**intended** 14:11
**intensive** 18:24
**interest** 35:23,24
**interested**
  147:18
**internal** 71:21
  74:21 93:7
  97:20
**International**
  44:19
**introduced** 61:5
  82:1
**introduction**
  83:20
**invested** 31:17
**investigate**

46:22 57:11
**investigated**
  94:13
**investigation**
  13:25
**investigative**
  46:11
**Investigators**
  44:19
**invoice** 32:2
  33:11,12,14,15
  33:23 78:6,9
  103:4,7 104:7
  104:9,23
  111:18 112:6
  112:14,16,19
  113:6,10 114:7
  114:8,10,18,20
  115:13,17
**invoices** 32:3
  102:23 104:15
  105:6 114:9,11
  115:10,19,20
  115:25 136:8
  136:10,13,15
**involved** 12:18
  18:5 45:1
**involvement**
  124:22
**involves** 46:23
  112:2
**in-frame** 108:5,5
  108:6,10,12,16
  110:12,14,17
**iron** 62:25 63:4
  63:6,8,9
  108:24
**issue** 58:4,7
  128:16
**issued** 51:16
**item** 103:9 104:6
  112:19 113:8
  113:11 115:11
  128:14
**items** 86:16,20
  121:16
**i.e** 50:20

**J**

**job** 10:15,22
  11:2,16,18
  12:3 13:2,10
  13:23 14:4,9
  14:19 36:3
  46:18,20 99:9
  115:4
**join** 44:22
**joining** 46:16,17
**joint** 87:18
**journal** 61:13
  82:24
**journals** 106:22
  107:14 109:13
**July** 28:24 59:9

**K**

**keep** 85:9 137:9
**kind** 14:23 18:15
  132:12,24
  143:24
**King** 145:19
**kit** 78:10
**kits** 111:19
  114:7 118:18
  118:19,21
  119:3 120:7
  140:2
**knew** 87:20
  116:16
**know** 7:10,11,15
  7:23 9:18 11:9
  17:7 18:17,24
  18:24 19:5,16
  20:16 23:25
  25:9,17,20
  26:12 27:13,20
  27:22 29:8
  31:6,13 32:3
  33:10 35:19
  36:1 38:10,24
  39:24 41:10
  43:2 45:24
  46:15 47:17
  48:1 51:12
  54:18 58:4,16

58:17,21 59:3
  60:5 63:6,22
  64:12 67:8
  69:12,22 71:2
  71:16 73:6,22
  74:1 75:22
  76:22 81:1
  89:6,6,19,22
  90:16 91:7,13
  91:20 93:10
  94:11,23 96:16
  97:17 98:10
  99:19 101:13
  102:18 103:11
  103:15 104:18
  104:19 108:24
  110:4 116:17
  117:4 118:3,10
  118:22 119:23
  120:12 122:6
  123:15,18,21
  123:23 124:25
  127:23 129:25
  133:1 134:24
  135:2,9,14
  137:10 138:6
  138:19 143:18
**knowledge** 92:4
  110:9
**known** 108:4
**knows** 90:23
  91:2
**knuckle** 81:4

**L**

**lab** 69:5,7
**labor** 104:2,13
  132:5,8
**lack** 50:13,15,17
  51:4 70:5 87:3
  87:4,5,5,6,7,11
  87:12 98:22
  99:1,2 102:2
**lacks** 50:19
**Lamadrid** 1:5
  5:10 46:19
  52:6,11 55:15

56:10,16 57:7
  58:17 75:4,7
  76:1 78:4
  83:21 95:10,14
  98:1 100:4,9
  100:10 101:20
  104:25 110:17
  115:21 116:8
  116:16 121:8
  121:19,21
  126:7 128:11
  132:14 134:2,6
  134:10
**Lamadrid's**
  47:20 51:23
  56:6 63:19
  104:7 106:4
  121:1,25
  122:22
**Lamdrid** 145:6
**large** 8:12 26:13
  99:10,13,14
**larger** 99:15
**Las** 143:1,10
**Lauderdale** 2:11
  145:4
**lawsuit** 59:22
**lay** 121:2,15
  123:6,14,18
  124:4 135:17
  135:18,18,24
  140:5
**leak** 80:20,24
  87:18,20 90:14
  139:6,10
**leaked** 89:24
**leaking** 87:23
  90:17 96:17
**left** 10:14 11:1
  14:3 16:14
  54:23 58:10,11
  58:12,12 74:15
**Legal** 145:19
**letter** 30:11
  145:16
**let's** 8:15 71:22
  92:7,7 103:16

103:18 105:12
115:18 120:15
142:11 143:6
**levels** 111:12
**licenses** 44:3
**licking** 87:14
**life** 116:23
**lightning** 19:4
**likelihood** 93:20
100:19
**limited** 42:10
107:25
**line** 103:8 104:6
112:19 113:8
113:11 114:13
125:9,10
134:20 146:2
**lines** 114:14
142:19
**list** 118:12
**listed** 5:15 34:18
122:22
**lists** 48:6
**liters** 67:23
**little** 8:16 40:23
67:2 120:15
131:17
**LLC** 1:5 145:5
**Lloyd's** 22:5,6,8
22:9,19,24
23:5,6,7
**lock** 82:4,16,20
**lofted** 12:9
**log** 32:22
**logical** 95:16
96:12
**logically** 79:5
**London** 18:6,10
**London-based**
23:14
**long** 8:20 10:17
11:10 13:18
15:1,2 16:3,5
16:12 17:24
24:19 25:5,9
40:18,18 43:19
45:18 96:16,17

**107:**25 115:19
115:20 131:14
132:10,11
135:19,19
138:9 144:2
**longer** 45:7,20
**look** 31:19 35:5
53:22 64:25
66:18 67:11
72:19 76:3,6
77:1 91:24
93:23 103:16
103:18 111:16
112:16 113:5
116:23 117:14
125:7 131:5
**looked** 48:11
76:8,10 79:19
116:10
**looking** 39:16
40:20 53:17
67:10,14 75:6
76:16 91:17
92:3,17 93:10
94:15,21 105:6
108:22 114:18
117:16 128:10
**looks** 32:21
37:18
**loose** 96:18
**lose** 50:22 73:14
89:3 95:15
138:21
**loss** 19:2,23 20:2
20:5 50:25
54:11 66:7
69:3 73:5,6
78:19,23,25
80:16 93:3
94:1 95:20
96:11 97:16,16
101:17
**loss-related**
126:5,7 130:24
**lost** 63:17 95:14
101:12
**lot** 10:7 14:2

38:13 39:13
96:5 137:14
**lots** 18:14
**lower** 87:6 140:2
**lubricant** 67:16
**lubricated** 49:25
88:9 89:9
**lubricating** 89:3
96:9
**lubrication**
50:19,22,25
51:4 61:6,7
65:18 71:8
73:14,21 96:13
96:15 99:3
**lying** 61:8 67:18
67:18 77:18

_____

**M**

**machine** 94:11
135:20
**machined** 94:1
**machinery**
11:22 12:19,20
12:21,25,25
13:5 17:10
61:5 74:17
77:7 100:22
132:9,9 136:6
136:11,19
137:21
**main** 61:13
100:23 107:1,1
107:15,15
108:2 118:10
118:15 140:3
**maintained**
138:10
**major** 106:18,20
107:7,16
108:13,13
109:22 110:2,4
110:11,14
111:20 112:1
113:16 120:2,2
120:3
**making** 91:7,13

91:21 93:20
118:3
**manager** 13:16
13:23
**manifold** 57:8
57:17 58:6
80:21,24 81:13
81:15,18 83:2
87:16,24 88:4
88:17,20 89:8
89:10,11,16,19
89:21,23 90:6
90:14,20 98:2
135:21 140:1
**manifolds** 60:4
90:8
**manifold's**
87:19
**manner** 83:25
**manufacture**
115:19
**manufactured**
77:12
**manufacturer**
75:17 120:9
**manufacturer's**
109:23
**manufacturing**
75:14 76:4,15
77:4,11 118:11
118:15,19
119:2
**marina** 121:20
**marine** 9:20,23
10:9,11 11:25
12:4 17:17
18:23,24 19:5
19:12,18,21
20:9 23:10
24:2,14,17,18
24:19 25:14,23
25:24 26:2
27:15 28:10,14
36:4 39:8,9
40:17,19,22
41:4,5,13,25
42:5,7,13 43:6

43:23 44:6,19
45:6,10 46:13
51:7,9,19,22
55:23 61:17
74:11 111:6
125:9,21,23
131:12,18
132:7 141:17
**mariner** 111:7
111:10 117:10
**mariners** 111:1
**Marines** 41:2
**mark** 24:13 54:1
54:7,14,19,20
54:22 55:1
56:10
**marked** 55:4
64:11 76:18,23
77:10,16
118:22
**marrying** 142:1
**match** 113:9
125:6,12,16,18
126:8
**matchable** 125:7
**material** 132:8
**materials** 48:7,9
132:5
**math** 32:17
**matter** 10:10
41:8 67:10
74:11 138:10
138:14 145:9
**mean** 9:8 13:6
24:13 29:1
37:7 38:8 39:5
39:18 40:25
43:4,7 44:25
46:15 69:8,11
69:12,18 80:7
82:7 87:11
88:16 90:14,21
92:15 125:19
144:1,7,8
**meaning** 20:2
129:24
**meant** 116:15

measure 106:21
mechanic 9:23
  20:9 51:8,9,22
  53:16 54:3
  94:5 124:19
  131:25 133:23
  134:5,7,11,17
  134:22 135:18
  141:14,17
mechanical 10:6
  20:7 46:12
  53:7,22 54:4
  54:15 55:24
  74:13 93:14
mechanics 9:21
  51:20 136:2
medical 14:25
meetings 9:18
melting 72:2
member 10:23
  44:20 45:7,8
  45:12,13,14,18
  45:21 46:14
members 46:10
mention 56:21
  63:19 116:18
mentioned 63:16
  63:20 133:20
  133:22
messy 141:11,17
metal 50:21
  62:20,22 64:19
  64:23 67:3,18
  72:7,24 73:7,7
  73:8,8,9,18
  79:4,5,5 85:2
  99:3,3
metallurgist
  63:5
metals 73:6,9
meter 117:9
  137:14,18
methods 137:5
Miami 1:2,5,20
  2:3,5 5:10 49:9
  50:4 51:17
  58:15,18,22

59:7 76:2
104:8,12 122:2
122:13,25
123:12 145:5
MIAMI-DADE
  147:4 148:4
Micron 135:17
midway 117:14
mile 34:11,14
miles 33:18
  67:13 74:9,12
military 10:16
  10:17,19
million 93:12
mine 19:17
mini 143:20
minimum 112:9
minute 67:2
  78:16 108:22
  109:14
minutes 100:23
  139:13
Miscellaneous
  132:3
missing 63:17
  80:10 95:1
  96:1,8,10,13
  96:13
mixed 71:11
Mm-hmm 53:5
  105:14 143:3
model 99:18
modern 99:18
moment 105:12
Monday 145:12
money 26:14
  29:2,5 30:21
  31:3,6
month 136:4
months 16:5,13
  16:16 38:8
motor 101:5
moved 57:8
moving 50:19
  65:13
muffler 86:11
multitude 64:24

## N

name 5:8,9 8:7
  22:4 145:15
NAMS 46:12
Natal 8:6,8,17
  9:3 10:14
National 1:8
  5:11 22:1
  35:20 39:8
  46:13 47:17
  145:6
nature 10:2
naval 8:10 9:6,7
  9:9,13
navigational
  17:11
necessarily
  20:23 69:8
  82:5 90:14,21
  109:12 121:13
necessary 59:14
  110:18 130:25
  131:4 133:24
  140:5 145:10
necessitate
  126:9 140:3
need 7:22 44:6
  69:8 89:5
  106:17,19
  107:21 109:8
  125:1 126:5
  131:1 134:4,10
  135:9 140:17
  143:25 144:7
needed 131:8
  134:7,25
  135:24 136:21
needle 84:24
  86:10
needs 74:5
  135:10
never 61:18
  67:24 69:20
  89:24 92:19,22
  108:10 125:6
new 17:6,10,10
  17:10 45:23

46:1,9,9 78:3
103:14 107:18
111:3 137:21
137:21 138:12
nice 92:18
Nicholson 11:6,8
  11:10,17 12:14
  13:3,9
Ninety-five
  25:22 26:7
nonmoving
  65:19
Nope 15:21
  44:11
norm 80:14
  125:5 130:20
  131:12,12,13
normal 73:25
  90:25 122:3
NORTHWEST
  1:19 2:4
Notary 1:25
  147:7,24
  148:14
notes 123:9,10
  123:25 147:13
notice 145:8
number 6:15
  22:9,25 25:20
  31:14,16 34:2
  39:6,15 40:25
  47:8 50:21
  71:25 75:22
  85:3 95:9 96:5
  116:20,22
  132:7 137:20
  142:25 145:12
numbers 76:9
  76:11,12,13
  113:8 124:13
numerous 5:23
  8:12 50:19
N-A-T-A-L 8:8

## O

OATH 148:1
object 22:14

23:1 127:12
objection 127:2
  127:9,15,19
observe 79:10
  79:19 80:2,5,8
  80:9 106:9
  139:8
observed 55:2
  79:12,16,22,23
  79:24 80:1,13
  105:21 106:2,6
  106:13
observer 105:20
observing 92:24
obtain 9:11
obvious 95:18
  121:18
Obviously 6:22
  7:6 15:12
  52:22 129:17
occasion 20:8
  21:4 122:6
  124:18
occasions 5:21
  20:15,16 23:12
Ocean 25:1,3,6
  25:11,13,18
  26:3 27:3,22
  27:24 28:2,3,8
  29:11,14,20
  30:7,19,22
  31:3,7,12 32:2
  32:4 33:1,24
  35:16,19,24
  41:14 42:1
  43:7,8,10,11
  43:14 47:15,18
  47:23 48:1
October 33:5
  34:1
office 142:17,24
  142:25 143:1,4
  144:8 145:11
  145:12
official 148:10
oh 24:12 31:15
  39:20 43:3

45:19 70:12,16
73:23 122:21
143:1
**oil** 49:25 50:13
50:14,15,17,20
65:25 66:7,8
66:10,12,16,19
66:22,25 67:3
67:4,5,8,15,17
67:20,22,23,25
67:25 68:5
70:5,7,12,17
70:20,25 71:2
71:12 72:19,22
72:23 73:2,5
73:12,13,14,14
73:17,19,23,24
73:24,25 74:1
74:5,10,14,18
74:20 78:16,17
78:19,19,22,22
78:23,24,25
79:2,6,7,9
80:16 81:6,18
85:3 87:4,5,7,8
87:12,13,14,15
87:18,24 88:2
88:3,4,9,14,19
89:1,2,2,9,16
89:18,20,24
90:1,8,14,17
90:20 95:14,15
95:20,25 96:9
96:11,13,18,19
96:20,25 97:3
97:6,9 98:21
98:22 99:1,10
101:10,11,12
101:14,16
102:2 109:22
111:2,5,11
112:8 113:18
113:23,23
132:3,3
**oils** 79:8 109:3
**okay** 5:14,18
6:11,18,21,25

7:4,20 8:3,9
9:15 10:13,17
11:1,5,24 12:7
12:14,18 13:2
13:9,22 14:3
14:12,14,19,23
15:22 16:3,9
16:14 17:2,4
17:24 18:2,9
19:15,21,25
20:18,24 21:2
21:17,21,25
22:9,15,23
23:4,9,12,22
24:1 25:2 26:1
27:5,19 28:2
28:17 29:5,9
29:11,19 30:1
30:10,13,20
31:2,10 32:20
32:24 33:2,5,6
33:9,12,25
34:15,21,25
35:3,9 36:13
37:1,15,22,25
38:3,6,11
39:11 40:10,18
41:2,18,22,24
42:21 43:16,19
43:22 44:2
45:5,18,25
46:8 49:7,21
50:11,24 51:15
52:4,7,24
53:13 55:5,21
56:15 57:20,21
58:1,5,13,21
59:17,20 60:10
60:12 61:25
62:9 63:14
64:16 65:2,23
66:10,22,25
67:4,24 71:5
72:22 73:11,16
78:13,22 79:13
79:19,24 80:5
80:19 81:12,17

81:20 83:5
84:17 85:7,14
86:3 87:22
88:24 89:5,7
90:19 91:1,19
93:17 94:4
97:18 98:6,10
99:13 100:1,14
102:16,21
103:10,21,24
103:25 104:15
105:2,21 106:2
106:6,9,12,15
106:19 107:6
107:19 108:7,9
108:15 110:4
110:12 112:1
112:10 113:2,8
113:12,14
114:3 116:10
117:21 118:1,6
118:10,14,18
119:1,6,10
120:15,17
122:1,4,8,16
123:3,6,25
124:3,25
125:14 126:11
126:12,19
127:6,14
128:17 130:6
130:13 131:11
132:18 133:5
133:22 134:9
134:15,19
136:14,21
137:1 138:15
139:13 140:11
141:3 143:8,12
143:19,22,23
**Olas** 143:2,10
**old** 74:17,22
78:22,22,24
82:7 100:9
101:18 107:18
109:24 137:22
**omitted** 120:4

**once** 21:1 22:3,3
23:21 52:2,5
52:25 57:5
68:11,14,16,17
73:4 92:11
93:3,5 131:14
**one's** 33:5
**ongoing** 9:17
**open** 83:6,8
95:18
**opening** 108:25
**operates** 79:3
**operating** 62:8
**opined** 94:25,25
95:7,7 128:13
**opining** 93:11
**opinion** 49:6,7
49:10,12,12,13
49:17,22 50:1
50:8 52:24
53:21,24 54:7
54:17 74:5
92:4,22 93:1
96:2 107:19
109:7 112:7
115:24 120:18
131:8 138:7,7
139:19,24
140:8 141:3
**opinions** 48:20
48:24 51:14,16
91:3 119:11
128:12
**order** 44:6 53:7
59:13 71:17
96:19 99:16
107:22 108:1
124:13,15
125:2 129:18
131:2 133:17
134:25 136:22
136:23 140:15
140:17 143:25
**ordered** 114:25
**ordering** 143:16
145:14
**orders** 143:20

**organization**
44:18,21 45:25
**origin** 10:8 19:7
19:24,25 20:2
20:4,10 46:24
47:12 53:18
54:5 57:4,11
57:15,23 58:9
92:6,11,21
93:3,9
**original** 100:8
100:12 121:17
145:14
**originally** 94:25
95:12
**Osprey** 42:23,24
**outfitted** 17:12
**outfitting** 17:7
**output** 138:20
**outside** 141:5,16
**overall** 6:11
101:24 138:15
**overhaul** 75:13
78:15 105:21
105:24 106:18
106:20 107:7
107:17,20,22
108:5,5,6,7,10
108:12,13,16
108:19 109:9
110:11,12,14
110:18 111:20
112:1,5,13
113:15,16,19
114:5 116:1,4
116:6,21 117:4
117:5 119:8,9
119:12,18,20
137:7 139:19
139:20,22,25
**overhauled**
15:20 75:9,12
77:3 78:6,8
95:12 106:13
106:16 115:8
**overhauling**
105:12,15

106:2,9 117:7
**overhauls** 15:8
17:11 105:17
137:9,10
**overheat** 89:4
96:15 97:15
98:17,25 102:4
**overheated**
97:13,18
102:10,11,18
102:19
**overheating**
64:1,4 98:18
99:5
**overheats** 72:1
**overlooks** 36:14
**overseas** 18:6
**owed** 31:6,9
**owned** 14:16,21
20:16
**owner** 21:7 74:9
**owners** 26:10,12
26:13
**ownership** 35:23
35:24
**owns** 43:10
121:19
**oxide** 63:9
**O-Rings** 63:17
63:18,21

―――――――
**P**
**page** 3:5 4:3
33:9,10,11,19
33:20 48:7,9
53:4 111:16,20
117:15,15,15
117:20 146:2
**paid** 30:21 31:3
31:11 34:16
47:18
**paint** 125:1,5,10
125:15,20,21
126:7 130:18
130:19,20
131:1,19,20,21
132:1,2,4,22

133:8,11
134:24,25,25
135:5,14,15
140:15,17
**painted** 125:23
131:23 133:13
**painting** 126:9
132:20 133:6,8
133:16
**paints** 121:15
125:12 131:15
131:16
**pallet** 52:2
**pallets** 55:25
**pan** 66:16,19,22
67:1,11,15,25
**panel** 101:2,5
**paper** 30:12
77:8,13,19
**paragraph**
111:24
**part** 30:4,5
32:20 33:13,14
52:21 56:18,21
56:22 76:23,24
77:10,23 78:3
80:14 92:3
101:7 102:22
103:19 112:17
115:5
**partially** 135:19
**participated**
105:15,19,24
**particular** 36:22
37:8 38:7
50:16,18 63:3
72:16 74:16
83:2 97:12
112:10 115:2,6
120:5 131:20
**parties** 51:16
147:16,17
**partners** 23:25
**parts** 50:19 51:2
54:1,1,7 55:2,3
55:6,8,13,16
55:22,24 56:1

56:3,7,8,11
57:2 59:1,5,7
59:11,12,18,20
59:23,25 60:1
60:7,10 65:13
65:19 75:14,15
75:16,18,19,19
75:20,23,25
76:2,3,10,16
76:18,19 77:2
77:4,7,8 91:25
92:25 94:1,8
94:11 96:2
104:2,13
108:21 115:5,5
118:24,25
120:10,12
**party** 47:10 75:1
**pass** 36:18
**passages** 85:3,3
107:10,10
113:22,23
**passing** 57:1
**Paul's** 42:22
**pay** 45:1,16,17
47:14
**paying** 45:2
**PDF** 143:21
**peers** 44:23
**pen** 54:21
**pending** 7:24,25
**PENNSYLVA...**
1:9
**penultimate**
103:8
**people** 26:12
36:24 44:23
70:8,12,15
74:13,15
**percent** 25:22
26:7 71:25
**percentage**
25:17
**perform** 15:8
28:6 56:12
107:22 108:12
125:11 138:18

140:6,11
**performance**
138:16,18,19
138:20
**performed**
25:18 28:14
29:3,6,15 31:7
31:11 32:4,11
33:3 34:22
43:13 47:19,24
48:3 58:19,23
109:19 110:17
111:16,20
113:19 114:1
115:12 116:6
117:5,23
120:23 136:7
136:15 137:10
139:20 141:1
**performing** 27:2
**period** 126:20
131:14
**personally** 27:24
148:7
**pertaining** 29:21
**phone** 142:25
**phonecall** 47:6
**photograph**
54:21,22,22
**photographed**
137:18
**photographic**
56:1
**physically** 73:17
**Pichel** 124:16,19
**Pichel's** 124:10
124:12
**picture** 53:10,17
**piece** 69:9
**pieces** 92:10,11
92:12,13
**pillow** 132:3
**pin** 81:4
**pipes** 70:9,10
**piston** 63:3,12
63:13 64:1,3,7
64:12,15,16

65:1,3,7 71:9
71:14,15,16,19
71:20,24 72:1
72:2,14,16
73:8 79:11,12
79:14,15,16,17
79:20,21,23,25
80:1,2,6,7,17
80:19,23 81:2
81:3,8,11,14
84:3,6 88:19
89:25 90:1,4
91:9,15,17,17
91:20 95:9
98:17,23,23,25
99:5 102:4
111:19
**pistons** 61:3
63:24 64:7,17
80:11 98:20
**pits** 102:15
**pitting** 102:7,9
102:12,13,17
**PITTSBURGH**
1:8
**place** 22:20,21
58:10,11,14
82:13 121:22
**places** 136:3
**plaintiff** 20:25
21:4,6
**Plaintiffs** 1:6,14
2:2
**Plaintiff's** 4:3
129:10,11
**plan** 48:16
128:12
**planning** 16:20
**plastic** 55:25
**plate** 133:9,10
**plausible** 49:11
49:12 50:6,7
50:10 83:1
**play** 15:25 16:6
16:15
**playing** 16:3
**please** 7:10,23

112:17 130:16
145:8
**PM** 95:7 145:12
**point** 36:21 67:7
110:4 144:7
**points** 125:25
**pole** 94:16
**Police** 10:20,21
11:1
**policies** 23:10
**policy** 41:8
**polish** 109:13
**port** 54:23,24
60:17,23
**portion** 130:13
**portions** 130:16
**Portugal** 16:1,8
16:12,14,20
**position** 14:25
18:3
**positive** 141:15
**possibility** 89:25
**possible** 53:21
71:15 90:7,11
92:10 101:1,3
**possibly** 92:5
**potentially**
81:23
**potion** 83:16
**power** 87:11
**practice** 125:9
125:21 131:18
**prep** 130:18,20
131:1,21 132:1
132:2 133:7
135:4
**prepare** 35:10
**present** 20:13
68:1
**presented** 128:6
**preserve** 54:1,2
**preserved** 59:4
67:22 85:21
94:3
**president** 46:15
**pressure** 66:7
70:5 78:19,23

79:1 80:16
81:7 87:4,6,7,8
87:12,13 88:7
88:15 90:4,11
96:21 102:2
111:4 141:15
**pressures** 90:12
**pressurize**
141:13
**Presumably**
116:20,22
**presume** 143:15
**previously**
117:16
**pre-existing**
86:4 135:5
**pre-loss** 129:19
129:24 130:2
**price** 27:8,10
129:18 133:1
**pricing** 129:17
**primary** 38:24
39:4 96:10
**priming** 135:6
**printed** 30:18
**printout** 30:15
**prior** 73:5 74:2
91:7,11 92:24
96:24 110:21
137:11
**private** 21:7
26:10,12
**probability**
72:18 95:13
**probable** 53:9
64:25 71:13
86:18,20 92:21
93:12
**probably** 6:10
24:9 38:8 40:4
40:14,23 61:12
71:24 72:15
82:9 96:14
106:14 131:9
139:9
**problem** 50:11
92:1 93:7

100:16 134:19
135:22 141:21
**problems** 93:8
**proceeds** 26:15
115:24
**produced** 31:22
109:22 115:16
**professional**
8:13 139:24
**professionally**
16:1,2
**professionals**
44:18 45:4
**program** 8:20
109:25
**promo** 135:17
**promptly** 145:16
**promulgated**
108:25
**promulgates**
109:3
**proper** 54:6,8,10
54:14,18,20
85:21 110:15
134:8
**properly** 54:8,18
59:4 85:22
89:17 94:3
96:4,7 107:23
108:20 115:7
138:10
**property** 89:3
**prove** 128:2
**provide** 25:11
142:17
**provided** 28:20
36:6 105:3
**providing** 27:7,7
28:7 115:10
**proximity**
100:15
**prudent** 74:14
74:18,19
110:25 111:7
111:10 117:10
141:12
**Public** 1:25

147:7,24
148:14
**puddle** 67:11
**puff** 70:15
**pull** 125:3
133:17
**pulled** 70:15
**pump** 66:12
68:23
**purchase** 45:24
46:2 115:11
**purchased**
114:22
**purpose** 45:22
**push** 113:1
**put** 95:21 112:3
120:19 129:8
131:18 133:2
135:3 136:5
138:12 142:6
**puts** 111:1
**P.A** 1:18 2:3
**p.m** 1:16,16
144:9

## Q

**qualifications**
44:13
**qualified** 10:11
135:18 136:2
**qualify** 91:23
**quantity** 103:9
**question** 7:3,3
7:15,15,20,24
7:25 19:14
22:16 26:20,23
27:23 43:5
50:7 54:13
57:20 60:22
69:17 73:11
75:1 83:23
85:14 89:23
90:19 91:24
102:16 103:1
118:1 119:16
122:7 125:14
126:21 127:7

127:11,20
128:18,18
134:4
**questioning**
51:12,13
**questions** 6:23
7:12 142:9,10
**quite** 26:17
33:23 115:18
122:21
**quote** 53:6 95:7
132:15
**quoted** 132:14
**quotes** 111:18

## R

**race** 12:1,9,12
16:2,23 17:7
17:12
**radiator** 67:12
**radio** 17:10
**ran** 113:1
**range** 121:6
**rate** 27:5 122:18
122:19,22
123:4,21
**rates** 27:1 47:14
122:22
**Raw** 65:24
**reaching** 110:21
**read** 68:25 69:13
91:4 142:13
143:7 145:13
**reading** 117:1
117:11 124:6,6
124:7 142:11
142:14 144:10
**reads** 36:8,9
116:12
**real** 115:7
**really** 48:18
54:13 89:20
117:6 118:21
125:25 128:17
133:11 138:10
**reared** 8:10 9:7
**reason** 30:1

33:19 36:9
45:20 51:25
55:19 68:10
75:5,8 76:22
94:4,5 105:2,4
121:14,18
139:12 141:7
142:14
**reasonable**
122:5,11,13,17
134:16,18
135:13
**reasonably** 58:8
**reassembled**
56:24 57:5
68:18 69:2
85:12 93:5
94:1,2
**reassembling**
95:5
**rebuild** 15:10
103:12,13
108:13 112:2
130:1 135:21
**rebuilding**
102:23 130:8
130:10
**rebuilt** 15:9,18
75:4 101:20
103:2,5,9
104:1,21 105:1
105:8 115:14
115:16 120:7
142:4
**recall** 17:20 35:6
41:12
**receipt** 103:18
**receive** 103:8
**received** 47:2
122:1
**recognized**
115:13 120:9
**recollect** 6:1
29:17 49:5
60:20 73:3
76:5 81:19
132:23 139:3

**recollection** 32:1
42:17 72:24
**recommendati...**
110:25
**recommended**
110:3,5,7,13
**recondition**
104:2,13,14
**reconditioned**
104:17 105:8,9
113:13,14
**reconditioning**
119:14
**record** 32:9
36:11 37:14
76:12 109:19
129:13 143:14
147:12
**recorded** 137:15
**records** 24:5
29:18,19 31:20
102:24
**recut** 142:5
**refer** 74:24
93:19 123:24
**reference** 48:7
**referenced** 48:9
**references**
114:22
**referencing**
63:21
**referred** 123:24
124:12
**referring** 10:6
49:20 63:18,23
92:12 119:17
119:20,21
120:25 123:11
124:9 130:7
132:10 140:20
**reflect** 74:24
112:14 136:23
**reflected** 136:8
136:14
**reflective** 121:8
**reflects** 114:11
**refresher** 131:9

131:13,18
135:10
**refurbished**
15:4 59:24,25
60:2 94:12
98:2 103:2
120:7
**Refurbishing**
11:19
**refurbishment**
52:16 56:20
117:24 118:2,4
118:6 119:7,11
119:14,17,19
119:21,25
120:4
**refurnished**
103:6
**regard** 136:18
**regardless** 79:7
**regards** 119:17
**region** 15:5
**regress** 11:23
**regular** 38:25
44:10 74:19
**Reif** 145:19
**Reinstall** 132:8
**reiterate** 91:23
127:23
**related** 30:2,22
31:8,12 84:18
84:23 85:5,5
**relates** 4:5 10:3
28:11 29:16,19
31:24 34:22
46:18
**relating** 29:6
**relation** 31:18
48:11 116:15
**relative** 147:15
147:16
**relaunch** 131:20
**relevance** 26:18
**reliable** 75:18
118:24
**Reliabuilt** 120:8
120:11,14

**reliant** 121:25
124:8 129:3
**relief** 66:14
101:25
**rely** 84:4 128:24
**remain** 138:7
**remains** 108:8
**remarking**
120:3
**remember** 24:21
38:22 40:3
41:4 47:4
69:16 76:7,8,9
76:10 88:7
108:22 118:23
122:21 137:22
**remind** 121:19
**removals** 52:22
**remove** 58:14
107:21,24
**removed** 52:25
57:17 58:5
67:17,21 80:11
80:12 98:1
**removing** 52:19
**rendered** 107:3
**repair** 19:8,8
46:25 47:1
118:8,9 120:5
120:19 123:7
125:22
**repairing** 118:4
137:6,9
**repairs** 120:16
121:5,12,23
124:14 125:2
135:1
**repaying** 131:12
**repeat** 80:22
129:21
**repeating** 85:9
**rephrase** 7:15
**replace** 107:13
113:16 128:14
136:3,25 137:3
**replaced** 101:22
107:16 109:18

112:9 114:4,17
**replacement**
118:9 119:14
120:5 131:2
142:3
**replacing** 128:15
130:10 133:10
137:6
**report** 4:6 34:25
35:3,6,10 37:6
37:10,17 38:1
38:4 48:6
49:17 54:10
63:16 69:13
81:20 82:25
83:11 99:21
111:17,23,24
116:24 117:1
117:15 118:7
119:18,23
120:25 121:5
121:17 123:12
123:13 128:11
128:24 136:5
147:9
**reported** 1:24
49:11 50:3
**reportedly**
116:24
**reporter** 1:24
7:6 19:15
84:11 142:16
142:20,23
143:3,5,8,12
143:19,22
144:1,4 147:1
147:6 148:14
**reporting** 13:17
14:6,21 15:2
15:22 46:23
74:25
**reports** 19:6
35:4 36:5,17
74:24 75:2
123:25 124:4
129:4
**represent** 5:9

117:2 142:21
**represented** 104:22,24
**requested** 147:11
**required** 136:12 142:17,24
**research** 38:20 38:25 39:5,17 40:24
**reserved** 144:12
**residue** 67:18
**response** 6:25
**responsibilities** 11:16 12:4 13:3,23 17:4
**restroom** 84:11
**result** 29:6 50:2 64:1,3,25 93:8 93:9,10 96:3 127:18 128:25 141:14
**resulting** 96:10
**results** 82:23
**resumed** 84:16 139:17
**return** 145:16
**returned** 13:11
**reverse** 88:4,6
**review** 48:20,24 116:7 119:7 129:14 134:16 147:11
**reviewed** 48:10 48:13 102:22 122:12
**reviewing** 48:16
**reweld** 142:5
**reworked** 98:1,2
**rigging** 17:6,9
**right** 7:12,13,16 7:17,21 8:2,24 13:18,22 27:23 33:6,7,8 40:15 54:23 57:3 64:9 77:5 78:2 78:15 81:10,10

82:23 83:15
85:18 87:11,12
88:2,11,22
89:13 95:16,20
95:22,24 98:17
98:25 103:23
106:23 112:20
114:12 115:3
115:21 121:10
121:12 123:20
125:20 129:5
137:5 140:6
142:8,10 143:6
143:17
**ring** 70:22 71:5 71:6,8 80:10 95:10 101:9
**rings** 63:23 70:13,17,20 71:10 72:15 80:11
**rise** 87:9
**riser** 86:13
**riverbearing** 131:17
**road** 67:11 70:14
**rod** 61:11 73:8 81:5 82:24 118:10,15 140:4
**rods** 55:4 61:10 61:11 62:8,10 62:13 78:10 81:4,4 82:21 82:24 107:12 111:19
**role** 10:22
**roll** 109:20
**Rolly** 125:23
**room** 108:1 132:9 139:2 141:9,20,22
**Royal** 42:25
**RPM** 49:20 51:12,16,19 69:1 87:6,9,13

88:13 91:4,8
91:16 95:1
96:20 101:9
114:20 128:23
**RPM's** 92:2
**rubber** 72:6 95:9 101:8,9
**rules** 6:18
**run** 78:18 101:10 109:21 111:14
**running** 70:9 130:21 131:2 131:22,22,23
**runs** 22:9 45:23 81:3
**rust** 63:6,8

_____
**S**
**s** 37:10 42:4
**safe** 58:12
**sailor** 8:14
**salted** 61:17
**sample** 67:5 79:2 101:16
**SAMS** 45:5,12 45:14,18,25
**sand** 140:11,14 140:15,16,17
**sat** 77:13
**saw** 51:2 60:14 69:17 70:22 72:19,24 84:5 86:8 88:4 97:14
**saying** 16:24 53:13 67:20 81:14 116:5,5 128:13
**says** 36:17,17 53:6 56:1 95:15 111:4 114:13,14 117:11,22
**scale** 60:15 63:9
**scenario** 87:22
**scenarios** 92:7

**school** 9:5,11
**schooled** 8:5
**schooling** 9:16 44:5
**scoring** 80:9,15 80:16
**Scotland** 11:4,4 12:2
**screw** 61:12
**se** 42:8
**sea** 12:10 42:25 43:1 131:24,25 133:22,23 134:1,5,13,17 134:22
**seal** 50:2,11 88:12 95:1,6 95:10,13,19,25 96:1,11,11,17 96:21 97:1,9 101:9 103:14 128:13,13 148:10
**seals** 49:23,24,25 61:13 66:3 72:5,6,7,15 80:12 91:4,14 91:21 96:8 101:18,22 107:1,15
**seat** 65:9 85:24 86:1,7
**seats** 64:22 72:8 72:9 84:19 85:8
**second** 61:7 68:18 86:23,25 93:10 94:15,17 94:20,23,24 97:16 98:13 100:5 103:8 106:25 127:15 128:6
**see** 26:16 46:16 46:16 48:7 60:13 62:10 66:18,25 69:25

70:13,18 72:15
73:2,18 74:20
76:3,3,6 78:9
80:24 81:12
82:13,16,18,21
85:7,11,24
86:6,9 87:15
87:18,24 88:19
88:22 95:20
96:24 97:6,19
97:23 98:3
102:6,9,17,19
102:22 103:1,7
109:21 114:13
116:24 125:20
130:9
**seen** 69:20 70:10 77:16 82:4 114:20
**segoldman@a...** 2:12
**sell** 77:25
**sells** 120:9
**send** 58:14 69:5 74:19
**senior** 36:14 44:9
**senses** 69:1
**sent** 30:19 49:17 52:16 94:8
**sentence** 117:18 117:22
**sequence** 19:6 46:23 53:9 83:14
**serial** 75:22
**series** 6:22,23 24:4
**serious** 87:18 90:18
**served** 22:1 23:12,18,23
**service** 24:14 26:2 75:11 103:9,9 111:19 112:3 117:25 119:15,25

120:2
serviceable
 128:14
serviced 112:5,8
 112:23
services 14:6,22
 15:2,22 24:17
 24:19,24 25:1
 25:3,6,11,11
 25:13,18,23,24
 26:3 27:2,3,15
 27:24 28:3,6,8
 28:10,14,14,20
 28:23 29:6,12
 29:15,21 30:8
 30:22,22 31:3
 31:7,12 32:4
 35:17,19,24
 41:13,14 42:2
 43:7,9,10,11
 43:14 47:15,19
 47:23 48:2
 110:2,5 113:4
 120:2 145:19
SES 41:19 42:1
 42:4,8 43:18
 43:20
set 114:15,22
seven 16:5,15
severe 97:21
shaft 106:24
 107:2,11,14
 140:3
shafts 107:12
 109:7,8
shake 69:20
sheet 32:22,22
 32:25 33:16,23
 34:19 122:23
 146:1
sheets 33:2
shelf 77:13
shell 133:9,10
shelves 77:8
SHERIDA 1:24
 145:19 147:6
 147:24 148:6

148:14
ship 56:19,20
shop 59:12
short 84:14
 139:15 143:13
shortly 56:16
shot 71:18
show 31:21
 32:20 37:11
 78:7 103:13,23
 109:6 114:7,11
 115:7,25
showed 48:5
 102:7
showing 56:7
 78:7 104:20
 115:14 137:18
shows 97:15
side 82:14 125:1
 125:10,15,16
 125:24 126:6,9
 132:20,24
 133:6,13
 140:19,20
sides 125:8,12
 125:21 126:4
 130:18,19
 132:1
sign 61:25
 145:10,13,15
signal 70:2
signature 145:9
 145:15,21
 146:25
signed 47:22
 48:2
signing 144:10
signs 36:6
similar 89:23
 131:6,6
simple 33:16
 104:20
simply 13:5 96:2
 116:7 125:17
simultaneously
 141:4
single 92:3

single-ended
 16:23 17:12
sink 138:13
sit 30:20 31:10
 44:2 77:8
 134:7
sitting 55:23
 133:15
six 110:1
size 107:25
 135:13
skeptical 56:6,9
Ski 42:25 43:1
skirt 95:9,13
small 82:7
smaller 8:12,13
Smith 36:23
 37:1,5,25 38:4
 38:7,12,19
 49:18
smoke 49:10
 56:17,22,23,25
 69:10,11,14,15
 69:15,16,18,21
 69:23,25 70:1
 70:2,3,4,8,11
 70:15,18,23
 71:6,7 96:24
 97:3,8
societies 9:18
Society 45:6,10
sold 77:9
sole 24:16 45:22
 84:4 116:5
somebody
 115:10 116:18
 117:7
Somewhat 57:25
somp 90:2
soot 89:19
sorry 12:24
 14:16 16:24
 28:3 42:19
 48:22 64:2
 76:1 89:15
 100:2 107:4
sort 39:17 47:7

90:24 109:18
sounds 131:24
source 100:18
South 9:4 10:19
 10:20,21 11:1
 11:14 13:11
Southeast 2:10
 145:4
Southeastern
 11:25 12:4
SOUTHERN
 1:1
space 92:13
 107:25 110:16
 135:20 141:2
 141:13,16
span 39:22 40:1
speak 36:24
 51:19 69:14
 91:10
specialist 53:15
 73:21
specialists 18:22
specialize 19:1
 93:15
specializes 93:18
specializing
 25:14
specialty 17:7
specific 10:22
 24:10 85:5
 119:22 123:14
 129:25
specifically 10:6
 128:21
specifications
 109:24
speed 74:12
spell 8:7
spent 34:2
spoiled 52:1
 66:5 85:17
 127:5,25 129:3
spoke 37:4 51:12
spoken 36:23
 51:15
spoliation 80:13

spooling 96:7
St 18:7 42:22
STABINSKI
 1:18 2:3
staff 56:13
stage 97:11,15
 99:7
stains 102:15
stamp 77:23,24
 137:19
stamped 75:21
stamps 75:21
stands 10:24
star 116:11
 117:19
starboard 74:22
 75:3 125:3
 130:2,7,8
 131:3 133:18
 136:23 137:11
start 42:15 56:5
 70:11 72:2,6,8
 111:15 125:17
 135:6
started 14:5
 18:10 24:2
 28:23 38:23
 41:13 52:22
 53:2 141:18
starters 135:21
starts 109:3,25
 110:1
state 1:25 14:25
 44:7 128:6
 147:3,7,24
 148:3,14
stated 78:14
 101:9 129:18
 129:23
statement 52:9
 52:12 53:4
 83:21
States 1:1 15:25
 16:2,4,6,10,11
 16:15
stay 45:7,13,13
steadily 99:8

**steam** 10:10
  15:10,13 82:8
  82:9
**steam-engine**
  15:5
**steel** 14:5,7,17
  15:4,7,7,9,9
**stem** 125:9
  133:13
**Steve** 26:21
**Steven** 2:9 145:3
  145:24
**Stewart** 1:13 3:3
  5:1,4 14:18
  145:2,22 147:9
  148:7
**sticker** 116:11
  116:14
**sticky** 64:21
  73:19
**stop** 8:15
**strike** 19:4 26:25
  52:18 58:17
  71:16 75:13
  100:2 102:21
  124:25 126:13
**stripped** 78:8
**stuck** 64:22
  102:1 116:18
**studying** 9:9
**sub** 67:16
**subcontracted**
  42:9
**subject** 59:22
**submits** 78:6
**submitted** 36:10
  103:4 104:25
  116:4,8 130:5
  136:8,10
**submitting**
  128:12
**subsequent**
  34:21 76:20
  135:7
**subsequently**
  39:10 56:25
  67:17 75:6

**substances**
  141:9
**substantiate**
  115:11
**suddenly** 109:2
**sufficient** 66:19
  108:18 110:22
  113:15 115:9
**suggest** 84:9
  112:12 113:25
  114:3,16 127:4
  127:8 128:2,25
  137:13,16
**summary** 113:3
**sun** 67:19
**supplemental**
  4:6 37:10,17
  38:1,3 48:6
  53:3 111:22,24
  117:1 120:25
  121:17 123:11
**supplied** 38:3
**suppliers** 120:13
**supplies** 36:18
**supplying** 38:1
  115:13
**support** 78:5
  105:1 113:21
**supported** 75:7
  114:8 128:11
**supporting**
  103:12 104:25
  112:25 113:6
  114:20 120:24
**supposed** 121:11
**sure** 7:2 25:9
  29:22 31:5,5
  59:3 84:13
  86:2 92:14
  141:18 142:12
**surfaces** 142:1
**surmise** 116:17
**survey** 91:11
**surveyed** 24:3
**surveying** 10:12
  18:17,17 27:6
  28:4,7 43:23

**surveyor** 18:20
  19:1,5,18,22
  24:3,18 36:4
  39:2 41:25
  42:7,14 43:6
  44:7,10,10
  45:23
**surveyors** 18:22
  18:22,23 25:13
  25:24 38:23,24
  39:4 45:6,10
  45:11 46:1,3,5
  46:8,13
**Susan** 36:23
  37:1,5 49:18
**susceptible**
  108:24,25
**suspect** 70:19
  100:19
**suspected** 66:6
**suspects** 70:8
**sustain** 131:16
**sustained** 94:2
**switch** 37:16
**switched** 89:7
**sworn** 5:5 148:8
**system** 66:8,10
  89:1 90:3 98:6
  100:20
**systems** 107:9
**S-A-M-S** 45:5

---

**T**

**tact** 92:18
**take** 7:22 13:7
  19:15 31:22
  35:9 38:9
  53:15,24 54:21
  54:22 55:1
  59:14 63:13
  67:5 79:2
  84:11 89:5
  92:7 93:23
  96:11,16,18
  103:16,18
  106:17,18,20
  107:8 112:7,16

  113:5 117:14
  121:14 135:5
  135:18 140:9
  143:20 144:2
  145:8
**takedown** 128:7
**taken** 1:14 9:20
  10:1,3 48:21
  53:17 61:16
  63:12 67:17
  69:1 84:15
  111:3 139:9,16
  147:10
**takes** 12:14
**talk** 78:15
  105:12 120:15
  142:11 143:10
**talked** 37:1,25
  81:20 111:17
  137:7 140:5
**talking** 11:20,21
  28:25 39:7,9
  43:22 49:24
  67:23 74:17
  78:16,20 82:10
  93:15 104:8,19
  108:13 109:14
  111:22 115:4
  116:17 119:10
  119:11,13,18
  119:22 122:25
  130:10 133:8
**tampered** 57:12
  75:21
**tank** 15:4 100:22
  137:23 139:4,5
**tanks** 139:8,11
  139:12
**tape** 55:3,4
  79:17
**target** 108:3
**task** 92:15
**tear** 65:11
  126:16,22
  127:1,4,18
  128:1,2,9,16
  128:20,22,22

  129:1
**teardown** 86:24
  87:1 112:2
**tearing** 52:23
**tell** 8:3 10:2 13:7
  19:25 21:11
  24:12 30:20,24
  31:16,19,20,23
  34:2 38:22
  39:1,13 40:11
  40:20,21,24
  42:14 42:2,12
  49:2,5 52:13
  52:18 53:18
  54:4 55:16
  57:3 64:14
  68:17 69:3,24
  79:3 83:18,19
  93:8 94:13,14
  94:17 110:2
  114:18 127:25
  128:8,18
  130:16 133:15
  133:21
**telling** 21:12
  67:24 68:13
  77:21 108:14
  114:25
**temperature**
  71:16,23 72:3
  72:11,13 97:20
**temperatures**
  71:22 97:5
**termed** 131:13
**terms** 58:25
  74:13
**test** 68:13,22
  113:1 125:11
**testified** 5:5
  20:24 21:8,18
  21:22 22:1,6
  23:18 32:10
  111:12
**testimony** 5:22
  27:7,7 48:13
  48:17,21,24
  52:24 89:22

91:19 108:9
111:10 120:6
121:21 134:9
134:15 142:13
147:10
**testing** 68:7
**they'd** 20:7
**thin** 89:2
**thing** 7:24 22:19
37:22 45:3,9
61:5,7 67:14
79:3 107:10
111:15 132:2
137:1
**things** 9:19 10:2
10:7 45:24
46:12 69:13
84:20,22 90:5
108:2,23 109:3
109:5 141:25
**think** 6:1 21:1
21:14 22:3
23:16 24:21
26:18 31:1,2
31:14 32:14
34:13,13 35:22
39:3 40:4
47:14 49:1,19
53:3 58:6,7
69:24 72:6,7,8
72:9 77:6
80:10 82:25
85:15 88:18
91:12 93:11
95:25 97:14
99:21 112:25
117:6 119:4,4
119:8 120:1,1
120:3 122:22
123:11,12
124:6,7 127:3
129:25 133:13
133:14 135:17
135:25 136:21
**third** 1:19 2:5,10
114:13 127:13
145:4

**thirty** 145:14
**thoroughly**
113:22
**thought** 41:17
137:3
**three** 8:23 12:5
23:16 40:4,5,8
40:10 45:19
95:9 106:14
115:3,4 117:18
144:6
**TI** 24:4 132:11
136:3
**time** 7:22 12:16
14:20 16:18
18:4,5,9,9
25:10 27:14
32:22,25 33:2
33:15,23 34:8
34:10,19 35:9
35:12,14,16,20
36:25 37:4
38:3,6 39:4,22
40:1 41:9
42:10,10,43 43:18
52:10,14 57:9
60:2 63:11
68:1,18 73:19
74:1,23 79:7
95:13 98:11,11
98:13 100:7,15
101:14,21
107:19 111:8
111:14 112:5
116:21,23
123:14,24
125:8 127:13
131:15 137:11
138:5 141:6
143:24 145:9
**timely** 128:15
**times** 5:23 15:3
21:2,8,13,15
22:5 23:17
106:6
**tips** 84:25
**tired** 138:6

**Titan** 4:7 124:22
129:8 130:5
131:21
**title** 10:22 36:3
**TL** 42:23
**today** 5:15 6:23
7:11 19:9,11
19:18 28:13
30:20 31:2,10
44:2 99:17
124:1 133:15
**today's** 131:15
**told** 21:3 38:9
41:8 42:1
47:15 52:6,15
52:16 55:22
56:2 67:13
69:16 75:4
79:13,15 97:25
100:4,10
101:20
**tolerance** 141:25
**tolerances**
109:14
**ton** 23:7 73:9
**tons** 19:4
**top** 21:11 33:7
61:3,8 81:7
84:6,25 111:18
111:18 119:8
120:1
**top-end** 139:18
139:19,22,25
**tore** 56:2
**torn** 52:21,25
53:19,23,25
55:11 56:3
66:21
**total** 28:10 32:15
33:17,17 34:2
38:18 129:22
**totally** 75:12
78:5,8
**touch** 54:11
72:22 73:12,17
**touched** 73:1
**tough** 62:4

**trace** 92:17
**trade** 17:22
132:7
**trading** 14:2
**transcribe** 76:12
**transcript**
142:18 145:23
147:11,12
**translates** 74:13
**transmitted**
30:10
**transom** 125:10
133:12
**transport** 61:10
**travel** 34:7,10
**Travelers** 42:22
42:23 138:2,24
**trial** 131:24,25
133:23,23
134:1,5,13,17
134:22
**trialed** 12:10
**trick** 7:11
**tried** 78:4
**tries** 19:7
**triple-expansion**
15:5,10
**true** 49:16 98:20
147:12
**truly** 145:17
**try** 7:2 19:14,17
46:24 61:8
82:22 94:5,19
128:3
**trying** 39:17
43:12 119:19
141:22
**turbo** 49:25,25
50:2,12,14
52:16,19,25
54:22 56:20
57:8,17 58:5
80:21,25 81:13
82:10 87:15,23
88:3,6,8,9,20
90:9 96:3,4,6,9
96:9,17 97:1,1

97:9 104:1
**Turbocharger**
104:3,4
**turbochargers**
104:13,16,19
104:21 105:7
**turbos** 60:6
82:15 102:23
103:2,5,9
**Turi** 12:9,12
**turnaround**
143:24
**twice** 23:16,16
52:3 57:5
68:17
**two** 8:25 9:1,2
16:22 21:15
23:16 33:9,19
40:4 43:21
48:7,10 84:2,3
84:6 103:8
104:21 106:7
114:22 117:18
120:13 125:19
132:13 138:3
142:1 144:6
**two-part** 125:19
**type** 15:5,9
32:21 44:5
45:9 47:22
62:20,22 74:7
86:9 96:8
106:3 108:7,10
133:7 144:3
**typed** 30:13,18
**types** 18:21
106:15 107:20
**typewritten**
33:13
**typically** 89:13
89:15 118:19

U

**ultimate** 120:18
**ultimately** 65:7
**unable** 83:15
**unacceptable**

132:6
**unburned** 64:23
70:3,16
**uncommon** 53:7
**underneath**
106:25
**undersigned**
148:6
**understand** 7:10
7:16 22:17
28:23 85:14
142:20,23
143:5
**understanding**
5:16 24:23
60:1 69:15
77:7
**understood** 7:8
7:19
**underwriter**
22:7
**underwriters**
18:5,6,11,12
22:5 23:7
**underwrites**
22:24
**underwriting**
23:8,9
**undoubtedly**
51:5
**Union** 1:8 5:11
22:2 35:20
47:17 145:6
**United** 1:1 16:15
**university** 8:5,6
8:17 9:3 10:14
11:23
**university's** 8:7
**unusual** 125:13
125:17 142:2
**Urban** 11:4
**urethane** 125:20
**usage** 74:16
**use** 70:9 74:7,7
75:3 111:9
113:15 115:1
**useless** 107:3

**uses** 141:12
**usual** 70:8,19
100:19
**usually** 43:6
70:15 113:3
144:2

──────
**V**
──────

**v** 1:7 145:6
**valve** 66:14 72:8
73:9 83:7,8
86:1,6 90:5
102:1,14,17
**valves** 64:20,21
64:22 65:9,10
84:19 85:8,24
86:8,9 89:12
90:5 102:7,10
140:1
**various** 9:17
18:6 23:8
41:24 69:12
77:22
**vehicle** 101:6
**verbal** 6:24
**vessel** 26:13
120:16 123:7
132:11
**vessels** 8:12,12
8:13 10:4
107:24
**Visqueen** 141:12
142:6
**voiced** 49:6,8

──────
**W**
──────

**W** 109:25
**wait** 144:8
**waive** 142:14
145:9,15,21
**walk** 10:13
**wall** 62:8 71:9
71:10 81:3
**walls** 81:10
109:4
**want** 7:11 25:8
26:13 42:15

57:16 85:9
94:14 111:16
129:5 141:24
**wanted** 38:9,10
**warm** 82:9 96:7
109:6
**warn** 109:2
**wash** 79:6
**wasn't** 14:9
15:12 42:8
54:17 56:9,14
64:10 78:12
79:15 96:4,22
101:7
**water** 61:4,5,9
61:23 62:1,9
62:19 64:23
65:24,24 81:20
82:1,1,3,6,12
82:23 83:1,8,9
83:16,19,20,22
83:24 84:2,5,9
86:16,18,21
132:9
**waterline** 140:21
140:21
**wax** 77:8,18
**way** 54:6,9,10,14
54:18,20 73:6
82:12 83:10
88:2 90:10
100:5
**wear** 79:5,6
126:15,22
127:1,4,18,25
128:2,9,16,19
128:21,22
129:1
**week** 12:13
**weeks** 115:3,5
144:6
**Welch** 145:19
**went** 8:6,11,25
9:11 10:16
11:4 12:1,1,12
16:1,8 18:7
54:25 67:12

133:12 138:23
**weren't** 12:24
65:2
**we'll** 7:25 32:6
47:6 78:15
129:8 143:10
**we're** 7:7 12:24
39:3 41:6
43:22 78:16
94:21 96:13,13
105:6 115:4
120:25 130:3
133:8 135:21
139:13 140:20
**we've** 21:15
40:25
**white** 56:17
**win** 12:11,12
**wish** 145:15
**withstand** 71:21
71:24
**witness** 3:3 6:4,7
6:13 22:1
23:13,19,23
144:11 148:10
**witnessed**
105:17,18
**won** 12:8
**word** 120:3
**words** 12:9
18:19 113:24
118:5 130:9
**work** 10:13
17:14,24 18:7
20:20 24:23
25:2,14,15,17
26:5 29:2,15
29:20 30:2
31:7,11,17
32:4,11,18,18
33:3 34:16,18
34:22 36:14
40:19 41:2
42:4 43:6,13
46:4,6,10
47:19,23 48:3
50:23 62:18

92:9 93:4
115:12 117:23
119:6,7,15,16
119:24 124:18
134:8 135:4
136:7,12,14
140:11,22,25
141:3,5
**worked** 11:6
19:11,18 20:13
35:20 38:18
39:11,15 40:6
40:13,22 41:23
41:25 42:3,6
42:11,13,17
43:8,9,24
59:23,25 60:2
69:7,8 75:10
77:3 85:13
122:23 133:21
**workers** 136:2
**working** 11:7,19
15:1 19:13
24:2 41:13,20
43:19 68:8,14
68:19,21,24
69:4,6 89:17
96:4 141:10
**workmanship**
95:8
**works** 26:2
58:19,22 59:8
76:2 104:9,12
122:2,13 123:1
123:2
**worksheet** 33:16
**worn** 60:15
136:6,19,24
137:6,21
**wouldn't** 41:8
59:15 70:4,24
72:15 85:10
87:3,7,8,9,15
87:23 92:3
99:9
**wrapped** 77:18
**write** 23:10

**writing** 35:6
41:6 49:6
**written** 47:7
**wrote** 34:25 35:4
52:11 99:21
**W6** 110:6,10

———————
**Y**
**yacht** 1:5 5:10
58:18 76:2
104:8,12
115:15,15
122:2,13,25
123:2 124:23
125:8 145:5
**yachts** 4:7 11:6,8
11:11,17 12:1
12:15 13:3,9
16:2 17:7,8
58:22 59:7
124:23 129:8
**yard** 55:23 56:6
141:12
**yeah** 6:14 9:2,12
11:14,14 12:17
13:6,14,21
14:13,15 15:15
16:17,20 17:19
18:11 19:14
21:7,14,19
22:3,22 28:18
29:4,13 30:4
30:14,16,24
31:5 32:1
33:22 34:6
35:2 36:11
37:3,9 38:13
39:13,22 42:15
43:3 44:17
46:21 49:15
55:18 58:10
63:15,15 67:6
80:23 85:16,23
89:7 90:1,24
95:3 97:10,11
98:16,19 99:7
99:12 100:9,11

100:13 101:7
101:12,24
103:20 104:4
104:10,15
105:4,5,17
107:5 108:17
110:20 112:11
112:18 113:7
113:11 114:10
117:17 118:9
122:10 123:2,5
124:11 129:6
132:17 133:25
134:12,14
136:16 138:25
140:5 141:7,19
**year** 6:2 11:7,12
12:1 74:9
103:2 138:2
**years** 6:8,11
8:22,23,25 9:1
9:2 21:15 24:1
39:6 40:1,2,4,4
40:5,8,10
43:21 45:19
53:14 77:8,12
138:3
**yes-or-no** 127:6
127:20,21
**young** 138:8
**Yup** 112:21

———————
**Z**
**ZAFFRULLAH**
1:24 145:19
147:6,24 148:6
148:14
**zero** 78:6 107:18
108:14 117:7,8
**zero-hour** 78:12
**Zurich** 42:18,20
42:21

———————
**$**
**$1,000** 30:25
31:4
**$1,700** 104:12

**$10,625** 130:21
**$1000** 31:14
**$106** 135:16
**$110,000** 120:20
121:3 123:4,17
**$125,000** 26:24
32:11
**$17,000** 133:5,14
**$19,000** 132:11
**$2,500** 131:9
135:13
**$25.31** 114:14
**$250** 131:24
**$270** 131:25
134:18
**$29,000** 132:12
**$400** 34:16
**$500** 34:16
**$55** 28:5 35:14
**$625** 132:4
**$79** 114:15
**$79.30** 114:23
**$85** 28:1
**$850** 103:11
**$87,000** 121:2,6

———————
**0**
**02/15/15** 148:15
**064683** 148:15

———————
**1**
**1/2/07** 103:7
114:11
**10/21/2010**
34:21
**100** 39:21 40:6
67:13 74:14
**101** 12:8
**11-21163-CIV...**
1:3 145:6
**110** 133:21
**12** 112:20
**12V71** 24:4
**12,000** 24:9
**1271** 24:7
108:11 132:11
136:3 142:3

**1271s** 106:8,12
**129** 4:7
**14th** 114:21
**15** 67:23 71:25
**151-foot** 15:4
**17** 1:16 5:2
145:8
**17th** 147:21
148:11
**1972** 8:19
**1974** 10:15
**1978** 10:18 11:2
**1980** 13:20
**1983** 74:25
**1984** 13:20 14:4
**1987** 10:12
**1988** 15:3 16:6
**1989** 20:13 24:2
41:23
**1990** 41:3 43:23

———————
**2**
**2** 103:9
**2:15** 1:16
**20** 6:10,12 21:2
24:1,9 40:1
53:14
**20%** 138:20,21
**200th** 24:13
**2000** 43:23,23
**2002** 25:9 41:17
**2004** 77:23
**2006** 24:21
114:21 115:1
**2007** 75:4 76:19
76:20,21,23,25
77:11,17,23,24
77:25 95:12
101:20 102:23
103:3,6 104:17
105:10 112:5
112:13 113:20
114:25 115:1
119:12
**2008** 100:7
**2009** 78:1 100:7
**2010** 28:24 33:6

**34**:1,12 59:10
74:3 139:7
**2011** 26:14
32:11,15 38:8
**2012** 1:16 5:2,25
77:17 145:1,8
147:21 148:11
**21st** 33:5 34:1
**22** 40:1
**25** 6:6
**27TH** 1:19 2:4

———————
**3**
**3** 79:10,14,15
**3.8** 34:4
**3/12** 37:18
**3/30** 37:19 121:1
**3/30/2012** 37:20
48:6
**30** 145:14
**305** 2:6
**32** 4:4
**33125** 1:20 2:5
**33316** 2:11
145:4
**3441** 116:12
**356-0460** 2:11
**37** 4:6
**3700** 117:3

———————
**4**
**4** 145:1
**4th** 2:10 145:4
**4,000** 110:6,21
**4,200** 137:19
**40** 135:25 136:3
140:9
**40%** 35:22
47:16
**4300** 117:2,2,3
117:11
**45** 100:23
**47-foot** 14:5,7,17
15:7

———————
**5**
**5** 3:6

**5%** 26:8 32:17
**5:00** 145:12
**5:11** 1:16 144:9
**50** 6:3 34:13
  39:19,20 40:14
  40:24 74:15
**500** 78:25

---
**6**

**6** 34:4
**643-3100** 2:6
**65** 34:11
**66** 135:17
**671** 82:8

---
**7**

**70** 135:17,17,18
**73** 8:19
**74** 8:19
**750** 75:2 78:14
  95:11,21
  116:25
**757** 1:19 2:4
**78** 11:9 12:15
**79** 11:9,13 12:15

---
**8**

**8.9** 34:4,5
**80** 11:13,14
  12:15
**800** 2:10 145:4
**81** 11:14
**84** 13:19 15:23
**88** 15:23 16:15
  18:9
**89** 18:1,1,2,9
  19:9,11,17

---
**9**

**9:00** 145:12
**90%** 41:9
**95%** 32:14
**954** 2:11
**954)712-2600**
  145:20
**970** 71:23